

**GeoVera Advantage™**
INSURANCE SERVICES, INC.
PO Box 2408, Fairfield, CA 94533-0604

Surplus Lines Agent
Wesley C. Duesenberg, Jr.
Southern Insurance Underwriter's Inc.
4500 Mansell Road
Alpharetta, GA 30022
Agent #A014570

Producing Agent
Morgan Bradley
Alfa Agency Of Alabama
2101 US Highway 98 STE A-B
Daphne, AL 36526
Agent #SIU03179-0523

DNB INVESTMENTS LLC
OSCAR ANEZ
PO BOX 7718
MOBILE, AL 36670

Notice Date: August 26, 2020

Subject: Your Insurance Policy GC90041253

*Dear Dnb Investments LLC,*

**Thank you for renewing your homeowners policy with GeoVera Specialty Insurance Company.**

We are honored to have you as a returning customer and that you continue to choose us to protect your greatest investment.

**Review your insurance policy.**

A copy of your homeowners insurance policy is included in this packet. We encourage you to take a moment to review and verify the accuracy of all enclosed information so that we may best serve your needs. In addition to the enclosed landlord best practices guide, this packet includes the following documents:

- **Policy Declarations:** The policy declarations section contains important details about your policy, including the policyholder's name, the policy coverage limits, the policy term, and the location insured by this policy.

- **Policy and Endorsements:** Your policy is your insurance contract. Your endorsements are amendments that may add, delete, or exclude coverage(s). Included in your renewal packet are any forms that are new to your policy.

- **Important Notices:** These notices highlight particularly important coverages, policy changes, and discounts.

**Register your insurance policy online at myGeoSource.com.**

myGeoSource allows you to make payments, to view policy information and policy forms, and to report and manage claims.

**Report your claim anytime, anywhere.**

Report your claim online at myGeoSource.com or contact our claims team at 1-800-631-6478.

Your complete satisfaction is our first priority. We feel confident that you will be pleased with your choice of GeoVera Specialty as your homeowners insurance provider, and we thank you for your business.

Sincerely,

The Customer Care Team at GeoVera Advantage

*Get in touch with us*



Register Online
visit myGeoSource.com
to register your policy



Call Customer Service
Mon-Fri, 6am-5pm PST
1-800-232-3347



Report a Claim
myGeoSource.com
1-800-631-6478

Insured-RDEC

EXHIBIT A

DNB 000001



**GeoVera Advantage™**
INSURANCE SERVICES, INC.
PO Box 2408, Fairfield, CA 94533-0604

## Your Policy Renewal Declarations

HO-3 Tenant
Insurance provided by: GeoVera Specialty Insurance Company

Your Policy Number is **GC90041253**

Your Policy Term is Aug 27, 2020 - Aug 27, 2021
12:01 AM Standard Time at the Insured Premises

**CERTIFIED COPY**

J. Pelayo

DNB INVESTMENTS LLC
OSCAR ANEZ
PO BOX 7718
MOBILE, AL 36670

**Total Annualized Amount**

# $1,337.72

### Your policy information

**Property Location**
25829 Argonne Dr
Daphne, AL 36526-6419

**Policyholder Name and Mailing Address**
Dnb Investments Llc
Oscar Anez
PO Box 7718
Mobile, AL 36670

For policy or billing questions, visit myGeoSource.com to register your policy or contact your producer:
Alfa Agency Of Alabama
Morgan Bradley
Producer Number - SIU03179-0523
mbradley@alfains.com
1-251-626-3383

Insurance is provided only as to the specific limits applicable below:

| Coverage Details | Limits of Liability |
|---|---|
| A - Dwelling | $185,000 |
| B - Other Structures | No Coverage |
| C - Personal Property | $9,250 |
| D - Loss of Use | $18,500 |
| E - Personal Liability | $300,000 |
| F - Medical Payments to Others | $2,000 |

### Applicable Deductible(s)

- $5,550.00/3% Windstorm and Hail
- $1,000.00 All Other Perils

## Important coverage information

This contract is registered and delivered as a Surplus Lines Coverage under Alabama Surplus Lines Insurance Law.

Any claim under this policy will be settled on a replacement cost basis subject to the terms of the policy.

*Get in touch with us*


**Register Online**
visit myGeoSource.com
to register your policy


**Call Customer Service**
Mon-Fri, 6am-5pm PST
1-800-232-3347


**Report a Claim**
myGeoSource.com
1-800-631-6478

Insured-RDEC



GeoVera Advantage™
INSURANCE SERVICES, INC.
PO Box 2408, Fairfield, CA 94533-0604

# Your Policy Renewal Declarations

HO-3 Tenant
Insurance provided by: GeoVera Specialty Insurance Company

Your Policy Number is GC90041253

Visit myGeoSource.com to view your payment history.

| Breakdown of Premium, Fees, and Taxes | Annual |
|---|---|
| Premium** | $1,062.00 |
| Policy Fee* | $75.00 |
| Inspection Fee* | $75.00 |
| Tax | $75.72 |
| Company Underwriting Fee* | $50.00 |
| Total Annualized Amount | $1,337.72 |

*Fees are fully earned and nonrefundable.
**Surcharges and Discounts are included in the Premium.

| Your Policy Documents | Form Number | Limits of Liability |
|---|---|---|
| Signatures | CLIL, 01-12 | |
| Homeowners 3 - Special Form | HO 00 03, 05-11 | |
| No Section II - Liability Coverages For Home Day Care Business Limited Section I - Property Coverages For Home Day Care Business | HO P 004, 05-11 | |
| Special Provisions - Alabama | US 01 01, 03-15 | |
| Electronic Aggression Exclusion | US 01 02, 09-18 | |
| Limited Smog, Rust, Mold, Rot, Or Bacteria Coverage And Limited Seepage Or Leakage Coverage | *US 03 55, 02-20 | |
| Loss Assessment Coverage | US 04 35, 03-15 | |
| Personal Property Replacement Cost Loss Settlement | US 04 90, 03-15 | |
| Company Underwriting Fee Disclosure | *US 05 03, 09-07 | |
| Policy Fee Disclosure | US 05 05, 03-15 | |
| No Coverage For Other Structures | US 05 08, 03-15 | |
| Master Endorsement - Non-Owner Occupied Dwelling | *US 05 10, 02-20 | |

*Continued on next page*

*Get in touch with us*



Register Online
visit myGeoSource.com
to register your policy



Call Customer Service
Mon-Fri, 6am-5pm PST
1-800-232-3347



Report a Claim
myGeoSource.com
1-800-631-6478

Insured-RDEC



GeoVera Advantage™
INSURANCE SERVICES, INC.
PO Box 2408, Fairfield, CA 94533-0604

## Your Policy Renewal Declarations

HO-3 Tenant
Insurance provided by: GeoVera Specialty Insurance Company

Your Policy Number is **GC90041253**

| Your Policy Documents | Form Number | Limits of Liability |
|---|---|---|
| Limited Liability Company | US 05 36, 04-16 | |
| Roof Systems Payment Schedule | *US 06 46, 05-20 | |
| Important Notice - New Policy Terms | *US 09 76, 04-20 | |
| Important Notice - New Policy Terms | *US 09 83, 05-20 | |
| GeoVera Specialty Insurance Company's Privacy Policy | *USPRIV, 05-16 | |

**Authorized Agent**

Wesley C. Duesenberg, Jr.
Southern Insurance Underwriter's Inc.
4500 Mansell Road
Alpharetta, GA 30022
Surplus Lines Agent, #A014570

**Countersigned by:**

Countersigned at: Alpharetta, GA

*Get in touch with us*


**Register Online**
visit myGeoSource.com
to register your policy


**Call Customer Service**
Mon-Fri, 6am-5pm PST
1-800-232-3347


**Report a Claim**
myGeoSource.com
1-800-631-6478

Insured-RDEC



GeoVera Advantage™
INSURANCE SERVICES, INC.
PO Box 2408, Fairfield, CA 94533-0604

# Roof Systems Payment Schedule

HO-3 Tenant
Insurance provided by: GeoVera Specialty Insurance Company

Your Policy Number is GC90041253

DNB INVESTMENTS LLC
OSCAR ANEZ
PO BOX 7718
MOBILE, AL 36670

Notice Date: August 26, 2020

Subject: Roof Systems Payment Schedule Endorsement

*Dear Dnb Investments LLC,*

This letter is to highlight a significant coverage restriction on your homeowners insurance policy, depending on when your roof was last replaced.

Your policy contains the Roof Systems Payment Schedule Endorsement, which was added as a mandatory endorsement for all policies with roofs 15 years or older. The endorsement limits loss settlements for roof systems to a *percentage* of the repair or replacement cost when the damage is caused by windstorm or hail, or damage caused by rain, snow, or sleet, whether or not wind driven. Windstorm damage includes damage caused by tropical storms and hurricanes.

The Roof System Payment Schedule Endorsement lists the percentage of payment that will be made under the endorsement. This percentage payment is dependent on the dominant roof material and the roof year, which was verified by you as part of the application process. The roof age is determined at the time of the loss using the roof year shown on your most recent Property Detail Page that accompanies the Policy Declarations. We encourage you to review all of the information on your Property Detail Page for accuracy as it reflects the most recent information we have on the policy file and is used in rating your policy. With this endorsement change, it is more essential that you verify the roof year shown is correct and reflects when your roof was last replaced. In order to keep this information up to date, we ask you to promptly notify us each time the roof is replaced by:

- Working with your agent to confirm the work performed on your roof meets the requirements of a full roof replacement
- Sending an e-mail to info@geoveraadvantage.com with the required documentation, including building permits, photos and contractor paid invoices with work performed and completion dates
- Contacting your agent

Please note that Replacement Cost continues to be provided for your home other than its roof system when the damage is caused by windstorm or hail, or damage caused by rain, snow, or sleet, whether or not wind driven. In addition, Replacement Cost coverage continues to be provided for your home, including the roof system, when it is damaged by a covered peril other than windstorm or hail, or damage caused by rain, snow, or sleet, whether or not wind driven.

This letter does not provide any coverage; all policy terms and provisions are contained in the policy itself. Please read your policy and endorsements carefully for a complete description of coverages and exclusions. Please contact your Agent or Broker if you have any questions about this coverage reduction.

Sincerely,

The Customer Care Team at GeoVera Advantage

*Get in touch with us*



Register Online
visit myGeoSource.com
to register your policy



Call Customer Service
Mon-Fri, 6am-5pm PST
1-800-232-3347



Report a Claim
myGeoSource.com
1-800-631-6478

Insured-RDEC

# Foster Responsibility In Tenants

Educate your tenants on the importance of having renters insurance.

Aside from tenants protecting their valuables from damage and theft, renters insurance is a smart choice to protect your investment. Your Homeowners/Landlord policy may not protect you from losses caused by your tenants. A renters insurance policy provides a way for you to subrogate the claim and avoid a financial loss.

## Recent studies in 2016 show,



**95%** of Homeowners had homeowners insurance. Homeowners tend to view homeowners insurance as an absolute necessity --and most often it is.

Only,



**41%** of Renters had renters insurance. Renters are often unaware of the benefits that renters insurance can provide.

## So How Do We Educate Our Tenants?

Renters insurance is often inexpensive for the tenant - on average, $12 a month.

Remind them of their obligation to promptly report maintenance issues that could be critical if ignored, like a leak or faulty appliance.

Create an open dialogue between you and your tenants to prevent negligence and carelessness that could damage everyone involved.

Discuss possible hazards and habits to avoid, like unattended burning candles.

Requiring your tenant to secure renters insurance as part of their lease agreement is the best way you can find a quality tenant.



© GeoVera Holdings, Inc. All rights reserved

GVSIC-HO3T-ED-0418

DNB 000006

# GEOVERA SPECIALTY INSURANCE COMPANY
# IMPORTANT NOTICE – NEW POLICY TERMS

This highlight of new terms is intended to identify a change we have made to your Homeowners insurance policy coverage. This notice is not intended to provide any coverage; all policy terms and provisions are contained in the policy itself.  Please read your renewal policy and endorsements carefully for a complete description of coverages and exclusions.

**The following change results in a reduction of coverage:**

- **US 06 46 (05-20)** Roof Systems Payment Schedule is added to your policy.

This endorsement modifies the policy with respect to how we settle losses to "roof system(s)" damaged by the perils of windstorm or hail, or damage caused by rain, snow, or sleet, whether or not wind-driven.  We will pay only a percentage of the cost to repair or replace the damaged parts of the "roof system(s)" with materials of like kind and quality. The percentage amount we will pay for such losses is based on the roof age and dominant roof material.

We do not cover any costs to comply with ordinance or law related to losses to "roofing system(s)" caused by the perils of windstorm or hail, or damage caused by rain, snow, or sleet, whether or not wind driven.

Please contact your Agent or Broker if you have any questions about the applicability of this change to your specific insurance coverage.

DNB 000007

## GEOVERA SPECIALTY INSURANCE COMPANY'S PRIVACY POLICY

Thank you for selecting GeoVera Specialty Insurance Company as your insurance company. At GeoVera Specialty Insurance Company, we recognize that privacy is important to you. That is why we are committed to protecting your privacy through the adoption of the following privacy principles:

### COLLECTION OF INFORMATION

We collect, retain and use information about you, including members of your household, only where we believe that it will help or is necessary to provide you products and services or otherwise conduct our business. We collect nonpublic personal financial information about you from the following sources:

- Information we receive from you or through your agent or broker on applications or other forms;

- Information we receive from or about you in the process of adjusting claims;

- Information about your coverages and loss activity with other carriers; and

- Information we receive from a consumer reporting agency.

Such information includes identifying information such as your name, address, and social security number; financial information such as your income, payment history or credit history; and, under certain circumstances, health information such as information about an illness, disability or injury. It could also include information on claims with other insurance companies and us and the condition and maintenance of your property.

Any information obtained from a report prepared by an insurance-support organization may be retained by the insurance support organization and disclosed to other persons.

### DISCLOSURE OF INFORMATION

We usually do not disclose nonpublic personal information about you without your consent. However, in some circumstances we may disclose the following personal information about you without your prior authorization:

- Information from your application or other forms, such as your name, address and social security number;

- Information about your transactions with us, our affiliates or others, such as your policy coverage, premiums and payment history; and

- Information about your claim history.

We do not disclose any personal information about you to anyone unless allowed by law. We may disclose personal information about you to:

- State insurance departments, for their regulation of our business;

- Other government authorities;

- Our agents and brokers as necessary to conduct our business;

- Organizations that perform underwriting and claims investigations;

- Another insurance company to which you have applied for a policy or submitted a claim;

DNB 000008

- Insurance support agencies, law enforcement agencies and our reinsurers; and
- Any other third party, as permitted or required by law.

> **Most importantly, GeoVera Specialty Insurance Company does not and will not disclose or sell your nonpublic personal information to anyone for marketing purposes.**

## CONFIDENTIALITY AND SECURITY

We restrict access to nonpublic personal information about you to those who need it to serve your insurance needs and to maintain and improve customer service. We maintain physical, electronic, and procedural safeguards that comply with federal and state laws and regulations to guard your nonpublic personal information.

## YOUR RIGHT TO ACCESS AND CORRECT INFORMATION

Upon your written request, we will send you a copy of relevant information we have about you in connection with your application for coverage. Please address your request to Customer Service, GeoVera Specialty Insurance Services, 1455 Oliver Road, Fairfield, CA 94534. If you feel that our information is incorrect, let us know and we will review it. If we agree, we will correct our files. If we do not agree, you may file a short statement of dispute with us. This statement will be included with any information disclosure we make in the future, or sent to anyone you designate who may have received such information in the past two years, or as otherwise required by law.

## DISCLOSURE AND PROTECTION OF FORMER CUSTOMERS' INFORMATION

We may disclose all the personal information we have collected, as described above. However, even if you no longer have a customer relationship with us, we will continue to follow our privacy policies and practices to protect your information.

DNB 000009

IN WITNESS WHEREOF, the Company has caused the facsimile signatures of its President and Secretary to be affixed hereto, and has caused this policy to be signed on the Declarations Page by an authorized representative of the Company.

**GeoVera Specialty Insurance Company**

Kevin Nish
President

Karen Padovese
Secretary

DNB 000010

**HOMEOWNERS**
**HO 00 03 05 11**

# HOMEOWNERS 3 – SPECIAL FORM

**AGREEMENT**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**DEFINITIONS**

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

**B.** In addition, certain words and phrases are defined as follows:

**1.** "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

**a.** Liability for "bodily injury" or "property damage" arising out of the:

**(1)** Ownership of such vehicle or craft by an "insured";

**(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

**(3)** Entrustment of such vehicle or craft by an "insured" to any person;

**(4)** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

**(5)** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

**b.** For the purpose of this definition:

**(1)** Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

**(2)** Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**(3)** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

**(4)** Motor vehicle means a "motor vehicle" as defined in **7.** below.

**2.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**3.** "Business" means:

**a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

**b.** Any other activity engaged in for money or other compensation, except the following:

**(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

**(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

**(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

**(4)** The rendering of home day care services to a relative of an "insured".

**4.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

**5.** "Insured" means:

**a.** You and residents of your household who are:

**(1)** Your relatives; or

**(2)** Other persons under the age of 21 and in your care or the care of a resident of your household who is your relative;

**b.** A student enrolled in school full-time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

**(1)** 24 and your relative; or

© Insurance Services Office, Inc., 2010

DNB 000011

**(2)** 21 and in your care or the care of a resident of your household who is your relative; or

**c.** Under Section **II:**

**(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person described in **5.a.** or **b.** "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

**(2)** With respect to a "motor vehicle" to which this policy applies:

**(a)** Persons while engaged in your employ or that of any person described in **5.a.** or **b.;** or

**(b)** Other persons using the vehicle on an "insured location" with your consent.

Under both Sections **I** and **II,** when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

**6.** "Insured location" means:

**a.** The "residence premises";

**b.** The part of other premises, other structures and grounds used by you as a residence; and

**(1)** Which is shown in the Declarations; or

**(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **a.** and **b.** above;

**d.** Any part of a premises:

**(1)** Not owned by an "insured"; and

**(2)** Where an "insured" is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one-, two-, three- or four-family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured"; or

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use.

**7.** "Motor vehicle" means:

**a.** A self-propelled land or amphibious vehicle; or

**b.** Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage".

**9.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**10.** "Residence employee" means:

**a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

**11.** "Residence premises" means:

**a.** The one-family dwelling where you reside;

**b.** The two-, three- or four-family dwelling where you reside in at least one of the family units; or

**c.** That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

DNB 000012

**SECTION I – PROPERTY COVERAGES**

**A. Coverage A – Dwelling**

**1.** We cover:

**a.** The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

**b.** Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

**2.** We do not cover land, including land on which the dwelling is located.

**B. Coverage B – Other Structures**

**1.** We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

**2.** We do not cover:

**a.** Land, including land on which the other structures are located;

**b.** Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

**c.** Other structures from which any "business" is conducted; or

**d.** Other structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling, provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

**3.** The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage **A.** Use of this coverage does not reduce the Coverage **A** limit of liability.

**C. Coverage C – Personal Property**

**1. Covered Property**

We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

**a.** Others while the property is on the part of the "residence premises" occupied by an "insured"; or

**b.** A guest or a "residence employee", while the property is in any residence occupied by an "insured".

**2. Limit For Property At Other Locations**

**a. Other Residences**

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

**(1)** Moved from the "residence premises" because it is:

**(a)** Being repaired, renovated or rebuilt; and

**(b)** Not fit to live in or store property in; or

**(2)** In a newly acquired principal residence for 30 days from the time you begin to move the property there.

**b. Self-storage Facilities**

Our limit of liability for personal property owned or used by an "insured" and located in a self-storage facility is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

**(1)** Moved from the "residence premises" because it is:

**(a)** Being repaired, renovated or rebuilt; and

**(b)** Not fit to live in or store property in; or

**(2)** Usually located in an "insured's" residence, other than the "residence premises".

DNB 000013

3. **Special Limits Of Liability**

   The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

   **a.** $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

   **b.** $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

   This limit includes the cost to research, replace or restore the information from the lost or damaged material.

   **c.** $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

   **d.** $1,500 on trailers or semitrailers not used with watercraft of all types.

   **e.** $1,500 for loss by theft of jewelry, watches, furs, precious and semiprecious stones.

   **f.** $2,500 for loss by theft of firearms and related equipment.

   **g.** $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

   **h.** $2,500 on property, on the "residence premises", used primarily for "business" purposes.

   **i.** $1,500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to antennas, tapes, wires, records, disks or other media that are:

   **(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

   **(2)** In or upon a "motor vehicle".

   **j.** $1,500 on portable electronic equipment that:

   **(1)** Reproduces, receives or transmits audio, visual or data signals;

   **(2)** Is designed to be operated by more than one power source, one of which is a "motor vehicle's" electrical system; and

   **(3)** Is in or upon a "motor vehicle".

   **k.** $250 for antennas, tapes, wires, records, disks or other media that are:

   **(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

   **(2)** In or upon a "motor vehicle".

4. **Property Not Covered**

   We do not cover:

   **a.** Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

   **b.** Animals, birds or fish;

   **c.** "Motor vehicles".

   This includes a "motor vehicle's" equipment and parts. However, this Paragraph **4.c.** does not apply to:

   **(1)** Portable electronic equipment that:

   **(a)** Reproduces, receives or transmits audio, visual or data signals; and

   **(b)** Is designed so that it may be operated from a power source other than a "motor vehicle's" electrical system.

   **(2)** "Motor vehicles" not required to be registered for use on public roads or property which are:

   **(a)** Used solely to service a residence; or

   **(b)** Designed to assist the handicapped;

   **d.** Aircraft, meaning any contrivance used or designed for flight, including any parts whether or not attached to the aircraft.

   We do cover model or hobby aircraft not used or designed to carry people or cargo;

   **e.** Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

   **f.** Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

DNB 000014

**g.** Property in an apartment regularly rented or held for rental to others by an "insured", except as provided in **E.10.** Landlord's Furnishings under Section **I** – Property Coverages;

**h.** Property rented or held for rental to others off the "residence premises";

**i.** "Business" data, including such data stored in:

   **(1)** Books of account, drawings or other paper records; or

   **(2)** Computers and related equipment.

   We do cover the cost of blank recording or storage media and of prerecorded computer programs available on the retail market;

**j.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** – Property Coverages; or

**k.** Water or steam.

### D. Coverage D – Loss Of Use

The limit of liability for Coverage **D** is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use below.

**1. Additional Living Expense**

If a loss covered under Section **I** makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**2. Fair Rental Value**

If a loss covered under Section **I** makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises.

**3. Civil Authority Prohibits Use**

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Additional Living Expense and **2.** Fair Rental Value above for no more than two weeks.

**4. Loss Or Expense Not Covered**

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

### E. Additional Coverages

**1. Debris Removal**

**a.** We will pay your reasonable expense for the removal of:

   **(1)** Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

   **(2)** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit is available for such expense.

**b.** We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

   **(1)** Your trees felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

   **(2)** A neighbor's trees felled by a Peril Insured Against under Coverage **C**;

   provided the trees:

   **(3)** Damage a covered structure; or

   **(4)** Do not damage a covered structure, but:

   **(a)** Block a driveway on the "residence premises" which prevents a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

DNB 000015

**(b)** Block a ramp or other fixture designed to assist a handicapped person to enter or leave the dwelling building.

The $1,000 limit is the most we will pay in any one loss, regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

This coverage is additional insurance.

**2. Reasonable Repairs**

**a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

**b.** If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against. This coverage does not:

**(1)** Increase the limit of liability that applies to the covered property; or

**(2)** Relieve you of your duties, in case of a loss to covered property, described in **C.4.** under Section **I** – Conditions.

**3. Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

**a.** Fire or Lightning;

**b.** Explosion;

**c.** Riot or Civil Commotion;

**d.** Aircraft;

**e.** Vehicles not owned or operated by a resident of the "residence premises";

**f.** Vandalism or Malicious Mischief; or

**g.** Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

**4. Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**5. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

**a.** We will pay up to $500 for:

**(1)** The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

**(2)** Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

**(3)** Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

**(4)** Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

DNB 000016

This coverage is additional insurance. No deductible applies to this coverage.

**b.** We do not cover:

**(1)** Use of a credit card, electronic fund transfer card or access device:

**(a)** By a resident of your household;

**(b)** By a person who has been entrusted with either type of card or access device; or

**(c)** If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

**(2)** Loss arising out of "business" use or dishonesty of an "insured".

**c.** If the coverage in **a.** above applies, the following defense provisions also apply:

**(1)** We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

**(2)** If a suit is brought against an "insured" for liability under **a.(1)** or **(2)** above, we will provide a defense at our expense by counsel of our choice.

**(3)** We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under **a.(3)** above.

**7. Loss Assessment**

**a.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Coverage **A**, other than:

**(1)** Earthquake; or

**(2)** Land shock waves or tremors before, during or after a volcanic eruption.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

**b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**c.** Paragraph **Q.** Policy Period under Section **I** – Conditions does not apply to this coverage.

This coverage is additional insurance.

**8. Collapse**

**a.** The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse.

**b.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**c.** This Additional Coverage – Collapse does not apply to:

**(1)** A building or any part of a building that is in danger of falling down or caving in;

**(2)** A part of a building that is standing, even if it has separated from another part of the building; or

**(3)** A building or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**d.** We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if such collapse was caused by one or more of the following:

**(1)** The Perils Insured Against named under Coverage **C;**

**(2)** Decay, of a building or any part of a building, that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

**(3)** Insect or vermin damage, to a building or any part of a building, that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

DNB 000017

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**e.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **d.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

**f.** This coverage does not increase the limit of liability that applies to the damaged covered property.

**9. Glass Or Safety Glazing Material**

**a.** We cover:

**(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

**(2)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

**(3)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

**(2)** On the "residence premises" if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided in **a.(2)** above. A dwelling being constructed is not considered vacant.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

**10. Landlord's Furnishings**

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in each apartment on the "residence premises" regularly rented or held for rental to others by an "insured", for loss caused by a Peril Insured Against in Coverage **C,** other than Theft.

This limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

This coverage does not increase the limit of liability applying to the damaged property.

**11. Ordinance Or Law**

**a.** You may use up to 10% of the limit of liability that applies to Coverage **A** for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**c.** We do not cover:

**(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

DNB 000018

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**12. Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against under Coverage **C.**

This coverage does not increase the limits of liability that apply to the damaged covered property.

## SECTION I – PERILS INSURED AGAINST

**A. Coverage A – Dwelling And Coverage B – Other Structures**

**1.** We insure against direct physical loss to property described in Coverages **A** and **B.**

**2.** We do not insure, however, for loss:

**a.** Excluded under Section **I** – Exclusions;

**b.** Involving collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above;

except as provided in **E.8.** Collapse under Section **I** – Property Coverages; or

**c.** Caused by:

**(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

**(a)** Maintain heat in the building; or

**(b)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

**(2)** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

**(a)** Fence, pavement, patio or swimming pool;

**(b)** Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building, or other structure;

**(c)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**(d)** Pier, wharf or dock;

**(3)** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(4)** Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

**(5)** Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

**(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

**(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

DNB 000019

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

**(6)** Any of the following:

**(a)** Wear and tear, marring, deterioration;

**(b)** Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

**(c)** Smog, rust or other corrosion, or dry rot;

**(d)** Smoke from agricultural smudging or industrial operations;

**(e)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C.**

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

**(g)** Birds, rodents or insects;

**(h)** Nesting or infestation, or discharge or release of waste products or secretions, by any animals; or

**(i)** Animals owned or kept by an "insured".

**Exception To c.(6)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A** or **B** resulting from an accidental discharge or overflow of water or steam from within a:

**(i)** Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

**(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

Section **I** – Exclusion **A.3.** Water, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **c.(5)** and **(6)** above.

Under **2.b.** and **c.** above, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**B. Coverage C – Personal Property**

We insure for direct physical loss to the property described in Coverage **C** caused by any of the following perils unless the loss is excluded in Section **I** – Exclusions.

**1. Fire Or Lightning**

**2. Windstorm Or Hail**

This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

DNB 000020

3. **Explosion**

4. **Riot Or Civil Commotion**

5. **Aircraft**

   This peril includes self-propelled missiles and spacecraft.

6. **Vehicles**

7. **Smoke**

   This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism Or Malicious Mischief**

9. **Theft**

   **a.** This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

   **b.** This peril does not include loss caused by theft:

   **(1)** Committed by an "insured";

   **(2)** In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

   **(3)** From that part of a "residence premises" rented by an "insured" to someone other than another "insured"; or

   **(4)** That occurs off the "residence premises" of:

   **(a)** Trailers, semitrailers and campers;

   **(b)** Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

   **(c)** Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 90 days immediately before the loss.

10. **Falling Objects**

    This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight Of Ice, Snow Or Sleet**

    This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

12. **Accidental Discharge Or Overflow Of Water Or Steam**

    **a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    **b.** This peril does not include loss:

    **(1)** To the system or appliance from which the water or steam escaped;

    **(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing;

    **(3)** On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

    **(4)** Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

    **c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

    **d.** Section **I** – Exclusion **A.3.** Water, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

13. **Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

    This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

    We do not cover loss caused by or resulting from freezing under this peril.

DNB 000021

14. **Freezing**

    **a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, but only if you have used reasonable care to:

        **(1)** Maintain heat in the building; or

        **(2)** Shut off the water supply and drain all systems and appliances of water.

    However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

    **b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

15. **Sudden And Accidental Damage From Artificially Generated Electrical Current**

    This peril does not include loss to tubes, transistors, electronic components or circuitry that is a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

16. **Volcanic Eruption**

    This peril does not include loss caused by earthquake, land shock waves or tremors.

## SECTION I – EXCLUSIONS

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

    1. **Ordinance Or Law**

        Ordinance Or Law means any ordinance or law:

        **a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided for in **E.11.** Ordinance Or Law under Section **I – Property Coverages;**

        **b.** The requirements of which result in a loss in value to property; or

        **c.** Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

        Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

        This Exclusion **A.1.** applies whether or not the property has been physically damaged.

    2. **Earth Movement**

        Earth Movement means:

        **a.** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

        **b.** Landslide, mudslide or mudflow;

        **c.** Subsidence or sinkhole; or

        **d.** Any other earth movement including earth sinking, rising or shifting.

        This Exclusion **A.2.** applies regardless of whether any of the above, in **A.2.a.** through **A.2.d.,** is caused by an act of nature or is otherwise caused.

        However, direct loss by fire, explosion or theft resulting from any of the above, in **A.2.a.** through **A.2.d.,** is covered.

    3. **Water**

        This means:

        **a.** Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

        **b.** Water which:

            **(1)** Backs up through sewers or drains; or

            **(2)** Overflows or is otherwise discharged from a sump, sump pump or related equipment;

        **c.** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

        **d.** Waterborne material carried or otherwise moved by any of the water referred to in **A.3.a.** through **A.3.c.** of this exclusion.

DNB 000022

This Exclusion **A.3.** applies regardless of whether any of the above, in **A.3.a.** through **A.3.d.,** is caused by an act of nature or is otherwise caused.

This Exclusion **A.3.** applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire, explosion or theft resulting from any of the above, in **A.3.a.** through **A.3.d.,** is covered.

**4. Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

**5. Neglect**

Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

**6. War**

War includes the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**7. Nuclear Hazard**

This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in **N.** Nuclear Hazard Clause under Section **I** – Conditions.

**8. Intentional Loss**

Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**9. Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage **A, B** or **C** by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**B.** We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**1.** Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

**2.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**3.** Faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the "residence premises".

**SECTION I – CONDITIONS**

**A. Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**1.** To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

**2.** For more than the applicable limit of liability.

**B. Deductible**

Unless otherwise noted in this policy, the following deductible provision applies:

With respect to any one loss:

**1.** Subject to the applicable limit of liability, we will pay only that part of the total of all loss payable that exceeds the deductible amount shown in the Declarations.

**2.** If two or more deductibles under this policy apply to the loss, only the highest deductible amount will apply.

DNB 000023

## C. Duties After Loss

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

**1.** Give prompt notice to us or our agent;

**2.** Notify the police in case of loss by theft;

**3.** Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** – Property Coverages;

**4.** Protect the property from further damage. If repairs to the property are required, you must:

   **a.** Make reasonable and necessary repairs to protect the property; and

   **b.** Keep an accurate record of repair expenses;

**5.** Cooperate with us in the investigation of a claim;

**6.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**7.** As often as we reasonably require:

   **a.** Show the damaged property;

   **b.** Provide us with records and documents we request and permit us to make copies; and

   **c.** Submit to examination under oath, while not in the presence of another "insured", and sign the same;

**8.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

   **a.** The time and cause of loss;

   **b.** The interests of all "insureds" and all others in the property involved and all liens on the property;

   **c.** Other insurance which may cover the loss;

   **d.** Changes in title or occupancy of the property during the term of the policy;

   **e.** Specifications of damaged buildings and detailed repair estimates;

   **f.** The inventory of damaged personal property described in **6.** above;

   **g.** Receipts for additional living expenses incurred and records that support the fair rental value loss; and

   **h.** Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** – Property Coverages, stating the amount and cause of loss.

## D. Loss Settlement

In this Condition **D.,** the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in **E.11.** Ordinance Or Law under Section **I** – Property Coverages. Covered property losses are settled as follows:

**1.** Property of the following types:

   **a.** Personal property;

   **b.** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

   **c.** Structures that are not buildings; and

   **d.** Grave markers, including mausoleums;

   at actual cash value at the time of loss but not more than the amount required to repair or replace.

**2.** Buildings covered under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:

   **a.** If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, without deduction for depreciation, but not more than the least of the following amounts:

      **(1)** The limit of liability under this policy that applies to the building;

      **(2)** The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

      **(3)** The necessary amount actually spent to repair or replace the damaged building.

      If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

© Insurance Services Office, Inc., 2010

HO 00 03 05 11

DNB 000024

**b.** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

**(1)** The actual cash value of that part of the building damaged; or

**(2)** That proportion of the cost to repair or replace, without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

**c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

**(1)** Excavations, footings, foundations, piers, or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

**(2)** Those supports described in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

**(3)** Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

However, if the cost to repair or replace the damage is both:

**(1)** Less than 5% of the amount of insurance in this policy on the building; and

**(2)** Less than $2,500;

we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **D.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

**E. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

**1.** Repair or replace any part to restore the pair or set to its value before the loss; or

**2.** Pay the difference between actual cash value of the property before and after the loss.

**F. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

**G. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

**1.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**2.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

DNB 000025

### H. Suit Against Us

No action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this policy and the action is started within two years after the date of loss.

### I. Our Option

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

### J. Loss Payment

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**1.** Reach an agreement with you;

**2.** There is an entry of a final judgment; or

**3.** There is a filing of an appraisal award with us.

### K. Abandonment Of Property

We need not accept any property abandoned by an "insured".

### L. Mortgage Clause

**1.** If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

**2.** If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**a.** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**b.** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

**c.** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs **F.** Appraisal, **H.** Suit Against Us and **J.** Loss Payment under Section **I** – Conditions also apply to the mortgagee.

**3.** If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**4.** If we pay the mortgagee for any loss and deny payment to you:

**a.** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

**b.** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**5.** Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

### M. No Benefit To Bailee

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

### N. Nuclear Hazard Clause

**1.** "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**2.** Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

**3.** This policy does not apply under Section **I** to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

### O. Recovered Property

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

### P. Volcanic Eruption Period

One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

### Q. Policy Period

This policy applies only to loss which occurs during the policy period.

© Insurance Services Office, Inc., 2010

DNB 000026

**R. Concealment Or Fraud**

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made false statements;

relating to this insurance.

**S. Loss Payable Clause**

If the Declarations shows a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

**SECTION II – LIABILITY COVERAGES**

**A. Coverage E – Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

**1.** Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

**B. Coverage F – Medical Payments To Others**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

**1.** To a person on the "insured location" with the permission of an "insured"; or

**2.** To a person off the "insured location", if the "bodily injury":

**a.** Arises out of a condition on the "insured location" or the ways immediately adjoining;

**b.** Is caused by the activities of an "insured";

**c.** Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

**d.** Is caused by an animal owned by or in the care of an "insured".

**SECTION II – EXCLUSIONS**

**A. "Motor Vehicle Liability"**

**1.** Coverages **E** and **F** do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

**a.** Is registered for use on public roads or property;

**b.** Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

**c.** Is being:

**(1)** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

**(2)** Rented to others;

**(3)** Used to carry persons or cargo for a charge; or

**(4)** Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

**2.** If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability", unless the "motor vehicle" is:

**a.** In dead storage on an "insured location";

**b.** Used solely to service a residence;

**c.** Designed to assist the handicapped and, at the time of an "occurrence", it is:

**(1)** Being used to assist a handicapped person; or

**(2)** Parked on an "insured location";

**d.** Designed for recreational use off public roads and:

**(1)** Not owned by an "insured"; or

DNB 000027

**(2)** Owned by an "insured" provided the "occurrence" takes place:

    **(a)** On an "insured location" as defined in Definition **B.6.a., b., d., e.** or **h.;** or

    **(b)** Off an "insured location" and the "motor vehicle" is:

        **(i)** Designed as a toy vehicle for use by children under seven years of age;

        **(ii)** Powered by one or more batteries; and

        **(iii)** Not built or modified after manufacture to exceed a speed of five miles per hour on level ground;

**e.** A motorized golf cart that is owned by an "insured", designed to carry up to four persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

    **(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

        **(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

        **(b)** Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

        **(c)** Cross public roads at designated points to access other parts of the golfing facility; or

    **(2)** A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

**B. "Watercraft Liability"**

**1.** Coverages **E** and **F** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

**a.** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

**b.** Rented to others;

**c.** Used to carry persons or cargo for a charge; or

**d.** Used for any "business" purpose.

**2.** If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

**a.** Is stored;

**b.** Is a sailing vessel, with or without auxiliary power, that is:

    **(1)** Less than 26 feet in overall length; or

    **(2)** 26 feet or more in overall length and not owned by or rented to an "insured"; or

**c.** Is not a sailing vessel and is powered by:

    **(1)** An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

        **(a)** 50 horsepower or less and not owned by an "insured"; or

        **(b)** More than 50 horsepower and not owned by or rented to an "insured"; or

    **(2)** One or more outboard engines or motors with:

        **(a)** 25 total horsepower or less;

        **(b)** More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

        **(c)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

        **(d)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

            **(i)** You declare them at policy inception; or

            **(ii)** Your intent to insure them is reported to us in writing within 45 days after you acquire them.

    The coverages in **(c)** and **(d)** above apply for the policy period.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

**C. "Aircraft Liability"**

This policy does not cover "aircraft liability".

**D. "Hovercraft Liability"**

This policy does not cover "hovercraft liability".

DNB 000028

### E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others

Coverages **E** and **F** do not apply to the following:

### 1. Expected Or Intended Injury

"Bodily injury" or "property damage" which is expected or intended by an "insured", even if the resulting "bodily injury" or "property damage":

**a.** Is of a different kind, quality or degree than initially expected or intended; or

**b.** Is sustained by a different person, entity or property than initially expected or intended.

However, this Exclusion **E.1.** does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property;

### 2. "Business"

**a.** "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

**b.** This Exclusion **E.2.** does not apply to:

**(1)** The rental or holding for rental of an "insured location";

**(a)** On an occasional basis if used only as a residence;

**(b)** In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(c)** In part, as an office, school, studio or private garage; and

**(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

### 3. Professional Services

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

### 4. "Insured's" Premises Not An "Insured Location"

"Bodily injury" or "property damage" arising out of a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured";

that is not an "insured location";

### 5. War

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

### 6. Communicable Disease

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

### 7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

### 8. Controlled Substance

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

DNB 000029

**F. Coverage E – Personal Liability**

Coverage **E** does not apply to:

**1.** Liability:

  **a.** For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in **D.** Loss Assessment under Section **II** – Additional Coverages;

  **b.** Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

   **(1)** That directly relate to the ownership, maintenance or use of an "insured location"; or

   **(2)** Where the liability of others is assumed by you prior to an "occurrence";

   unless excluded in **a.** above or elsewhere in this policy;

**2.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

**3.** "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

**4.** "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

  **a.** Workers' compensation law;

  **b.** Non-occupational disability law; or

  **c.** Occupational disease law;

**5.** "Bodily injury" or "property damage" for which an "insured" under this policy:

  **a.** Is also an insured under a nuclear energy liability policy issued by the:

   **(1)** Nuclear Energy Liability Insurance Association;

   **(2)** Mutual Atomic Energy Liability Underwriters;

   **(3)** Nuclear Insurance Association of Canada;

   or any of their successors; or

  **b.** Would be an insured under such a policy but for the exhaustion of its limit of liability; or

**6.** "Bodily injury" to you or an "insured" as defined under Definition **5.a.** or **b.**

  This exclusion also applies to any claim made or suit brought against you or an "insured" to:

  **a.** Repay; or

  **b.** Share damages with;

  another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**G. Coverage F – Medical Payments To Others**

Coverage **F** does not apply to "bodily injury":

**1.** To a "residence employee" if the "bodily injury":

  **a.** Occurs off the "insured location"; and

  **b.** Does not arise out of or in the course of the "residence employee's" employment by an "insured";

**2.** To any person eligible to receive benefits voluntarily provided or required to be provided under any:

  **a.** Workers' compensation law;

  **b.** Non-occupational disability law; or

  **c.** Occupational disease law;

**3.** From any:

  **a.** Nuclear reaction;

  **b.** Nuclear radiation; or

  **c.** Radioactive contamination;

  all whether controlled or uncontrolled or however caused; or

  **d.** Any consequence of any of these; or

**4.** To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

**SECTION II – ADDITIONAL COVERAGES**

We cover the following in addition to the limits of liability:

**A. Claim Expenses**

We pay:

**1.** Expenses we incur and costs taxed against an "insured" in any suit we defend;

**2.** Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **E** limit of liability. We need not apply for or furnish any bond;

DNB 000030

**3.** Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

**4.** Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**B. First Aid Expenses**

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

**C. Damage To Property Of Others**

**1.** We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

**2.** We will not pay for "property damage":

**a.** To the extent of any amount recoverable under Section **I;**

**b.** Caused intentionally by an "insured" who is 13 years of age or older;

**c.** To property owned by an "insured";

**d.** To property owned by or rented to a tenant of an "insured" or a resident in your household; or

**e.** Arising out of:

**(1)** A "business" engaged in by an "insured";

**(2)** Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

**(3)** The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

This Exclusion **e.(3)** does not apply to a "motor vehicle" that:

**(a)** Is designed for recreational use off public roads;

**(b)** Is not owned by an "insured"; and

**(c)** At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

**D. Loss Assessment**

**1.** We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

**a.** "Bodily injury" or "property damage" not excluded from coverage under Section **II** – Exclusions; or

**b.** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

**(1)** Is elected by the members of a corporation or association of property owners; and

**(2)** Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

**2.** Paragraph **I.** Policy Period under Section **II** – Conditions does not apply to this Loss Assessment Coverage.

**3.** Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

**a.** One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

**b.** A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

**4.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**SECTION II – CONDITIONS**

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** Limit Of Liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

© Insurance Services Office, Inc., 2010

DNB 000031

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** Limit Of Liability shown in the Declarations.

### B. Severability Of Insurance

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

### C. Duties After "Occurrence"

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:

   a. The identity of the policy and the "named insured" shown in the Declarations;

   b. Reasonably available information on the time, place and circumstances of the "occurrence"; and

   c. Names and addresses of any claimants and witnesses;

2. Cooperate with us in the investigation, settlement or defense of any claim or suit;

3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

4. At our request, help us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   c. With the conduct of suits and attend hearings and trials; and

   d. To secure and give evidence and obtain the attendance of witnesses;

5. With respect to **C.** Damage To Property Of Others under Section **II** – Additional Coverages, submit to us within 60 days after the loss a sworn statement of loss and show the damaged property, if in an "insured's" control;

6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

### D. Duties Of An Injured Person – Coverage F – Medical Payments To Others

1. The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

### E. Payment Of Claim – Coverage F – Medical Payments To Others

Payment under this coverage is not an admission of liability by an "insured" or us.

### F. Suit Against Us

1. No action can be brought against us unless there has been full compliance with all of the terms under this Section **II.**

2. No one will have the right to join us as a party to any action against an "insured".

3. Also, no action with respect to Coverage **E** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

### G. Bankruptcy Of An "Insured"

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

### H. Other Insurance

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

### I. Policy Period

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

### J. Concealment Or Fraud

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

DNB 000032

## SECTIONS I AND II – CONDITIONS

### A. Liberalization Clause

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

**1.** A subsequent edition of this policy; or

**2.** An amendatory endorsement.

### B. Waiver Or Change Of Policy Provisions

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

### C. Cancellation

**1.** You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

**2.** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

**a.** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

**b.** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

**c.** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

**(1)** If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

**(2)** If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**d.** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

**3.** When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**4.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

### D. Nonrenewal

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

### E. Assignment

Assignment of this policy will not be valid unless we give our written consent.

### F. Subrogation

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **F** or Paragraph **C.** Damage To Property Of Others under Section **II** – Additional Coverages.

### G. Death

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

**1.** We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

DNB 000033

**2.** "Insured" includes:

    **a.** An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

    **b.** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

© Insurance Services Office, Inc., 2010    **HO 00 03 05 11**

DNB 000034

**HOMEOWNERS**
**HO P 004 05 11**

# LIMITED HOME DAY CARE COVERAGE
# ADVISORY NOTICE TO POLICYHOLDERS

> **CAUTION:** This is a summary of the limited coverage provided in your Homeowners Policy for Home Day Care services. No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations Page for complete information on the coverage you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF YOUR POLICY SHALL PREVAIL. PLEASE READ YOUR POLICY CAREFULLY.**

A. "Business", as defined in the policy, means:

   **1.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

   **2.** Any other activity engaged in for money or other compensation, except the following:

      **a.** One or more activities:

         **(1)** Not described in **b.** through **d.** below; and

         **(2)** For which no insured receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

      **b.** Volunteer activities for which no money is received, other than payment for expenses incurred to perform the activity;

      **c.** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

      **d.** The rendering of home day care services to a relative of an insured.

B. If you or any other insured regularly provides home day care services to a person or persons other than you or any other insureds as their trade, profession or occupation, that service is a "business".

C. If home day care service is not your or any other insured's given trade, profession or occupation but is an activity:

   **1.** That you or any other insured engages in for money or other compensation; and

   **2.** From which you or any other insured receives more than $2,000 in total/combined compensation from it and any other activity for the 12 months before the beginning of the policy period;

the home day care service and other activity will be considered a "business".

D. With respect to **C.** above, home day care service is only an example of an activity engaged in for money that may be a "business". Any single activity or combination of activities:

   **1.** Described in **A.2.** above; and

   **2.** Engaged in for money by you or any other insured;

may be considered a "business" if the $2,000 threshold is exceeded.

E. With respect to **A.** through **D.** above, coverage does not apply to or is limited with respect to home day care service which is a "business". For example, this policy:

   **1.** Does not provide:

      **a.** Section **II** coverages. This is because your "business" or the "business" of any other insured is excluded under Section **II** – Exclusions;

      **b.** Coverage, under Section **I,** for other structures from which any "business" is conducted; and

DNB 000035

**2.** Limits Section **I** coverage, under Coverage **C** – Special Limits Of Liability, for "business" property:

**a.** On the residence premises for the home day care "business" to $2,500. This is because Coverage **C** – Special Limits Of Liability imposes that limit on "business" property on the residence premises;

**b.** Away from the residence premises for the home day care "business" to $1,500. This is because Coverage **C** – Special Limits Of Liability imposes that limit on "business" property away from the residence premises. This limit does not apply to antennas, tapes, wires, records, disks or other media that are:

**(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

**(2)** In or upon a motor vehicle.

DNB 000036

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEOVERA SPECIALTY INSURANCE COMPANY
## SPECIAL PROVISIONS – ALABAMA

Throughout this policy, the following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace covered property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation, and obsolescence. Actual cash value applies to valuation of covered property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

### SECTION I – EXCLUSIONS

Paragraph **A.8. Intentional Loss** is replaced by the following:

**8.  Intentional Loss**

We do not provide coverage for any loss arising out of any act committed by or at the direction of an "insured" with the intent to cause a loss. However, if you commit an act with the intent to cause a loss, we will provide coverage to an innocent "insured" victim of domestic abuse, as defined in the "Domestic Abuse Insurance Protection Act", to the extent of that person's interest in the property when the damage is proximately related to and in furtherance of domestic abuse.

### SECTION I – CONDITIONS

Paragraph **H. Suit Against Us** is replaced by the following:

**H.  Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this policy and the action is started within six years after the date of loss.

### SECTIONS I AND II - CONDITIONS

Paragraph **F. Subrogation** is replaced by the following:

**F.  Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. However, this waiver does not apply if an "insured" is an innocent victim of domestic abuse as defined in the "Domestic Abuse Insurance Protection Act". In this case, we shall be subrogated to the rights of the innocent "insured" claimant to recover for any losses we paid for property damages.

In all other cases, if an "insured" has not waived in writing before a loss all rights of recovery against any person, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

All other provisions of this policy apply.

DNB 000037

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ELECTRONIC AGGRESSION EXCLUSION

This endorsement modifies insurance provided under the following:

**HOMEOWNERS 3 - SPECIAL FORM**

**SECTION II – EXCLUSIONS**

The following exclusion is added:

**Electronic Aggression Exclusion**

This policy does not cover "bodily injury" or "property damage" arising out of or resulting from "electronic aggression".

"Electronic aggression" is defined as harassment or bullying that is performed by way of any type of electronic means including, but not limited to, blogs, e-mail, text messaging, instant messaging, social networking, or chat rooms.

US 01 02 (09-18)                **GeoVera Specialty Insurance Company**                Page 1 of 1
Includes copyrighted material of ISO Properties, Inc., with its permission.

DNB 000038

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## LIMITED SMOG, RUST, MOLD, ROT, OR BACTERIA COVERAGE
### AND LIMITED SEEPAGE OR LEAKAGE COVERAGE
#### FORM HO 00 03 ONLY

**DEFINITIONS**

The following words and phrases are defined and are added to Paragraph **B**:

**"Bacteria"** means any type or form of bacterium, or any mycotoxin, spore, scent, or byproduct produced or released by such bacterium.

**"Mold or other fungi"** means:

**a.** Any type or form of mold or mildew;

**b.** Any other type or form of fungus; or

**c.** Any mycotoxin, spore, scent, or byproduct produced or released by such mold, mildew, or other fungus.

"**Per policy period seepage or leakage combined total sublimit**" means the $1,000 limit of liability that applies to the combined total of all of the following which occur during any one policy period:

**a.** With respect to Section **I**, covered loss caused by or resulting from water or steam that seeps or leaks, or the presence or condensation of humidity, moisture, or vapor that occurs, above the surface of the ground over a period of 14 days or more; and

**b.** With respect to Section **II**, covered "bodily injury" or "property damage" arising out of water or steam that seeps or leaks, or the presence or condensation of humidity, moisture, or vapor that occurs, above the surface of the ground over a period of 14 days or more.

This combined total $1,000 sublimit is the most we'll pay regardless of the number or type of coverages that may apply, the number of premises insured under this policy, the number of persons injured or whose property is damaged, or the number of "occurrences" or claims made.  This sublimit is included in, but does not increase, the maximum limits of liability under Sections **I** and **II** of your policy as shown on the Declarations page.

**"Per policy period mold combined total sublimit"** means the $5,000 limit of liability that applies to the combined total of all of the following which occur during any one policy period:

**a.** With respect to Section **I**, covered loss caused by smog, rust or other corrosion, "mold or other fungi", wet or dry rot, or "bacteria" resulting from a Peril named under **Section I – Perils Insured Against**, paragraph **B. Coverage C – Personal Property**; and

**b.** With respect to Section **II**, covered "bodily injury" or "property damage" arising out of smog, rust or other corrosion, "mold or other fungi", wet or dry rot, or "bacteria".

This combined total $5,000 sublimit is the most we'll pay regardless of the number or type of coverages that may apply, the number of premises insured under this policy, the number of persons injured or whose property is damaged, the number of "occurrences" or claims made, or the number or type of smog, rust or other corrosion, "mold or other fungi", wet or dry rot, or "bacteria" that caused the loss, injury, or damage.  This sublimit is included in, but does not increase, the maximum limits of liability under Sections **I** and **II** of your policy as shown on the Declarations page.

DNB 000039

### SECTION I – PROPERTY COVERAGES

**D. Coverage D – Loss Of Use**

The first paragraph of **D. Coverage D – Loss Of Use** is replaced by the following:

The limit of liability for Coverage **D** is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value, and **3.** Civil Authority Prohibits Use below.

However, loss of use covered under these three coverages caused by:

**a.** Smog, rust or other corrosion, "mold or other fungi", wet or dry rot, or "bacteria" is subject to the "per policy period mold combined total sublimit"; and

**b.** Water or steam that seeps or leaks, or the presence or condensation of humidity, moisture, or vapor that occurs, above the surface of the ground over a period of 14 days or more is subject to the "per policy period seepage or leakage combined total sublimit".

**E. Additional Coverages**

The following is added to **E. Additional Coverages**:

**Seepage Or Leakage**

We insure for direct physical loss to property described in Coverages **A**, **B**, and **C** caused by:

**a.** Water or steam that seeps or leaks; or

**b.** The presence or condensation of humidity, moisture, or vapor that occurs;

above the surface of the ground over a period of 14 days or more. However, such coverage is subject to the "per policy period seepage or leakage combined total sublimit".

### SECTION I – PERILS INSURED AGAINST

Paragraphs **2.c.(5)** and **2.c.(6)(c)** of **A. Coverage A – Dwelling And Coverage B – Other Structures** are deleted.

### SECTION I – EXCLUSIONS

The following exclusions are added to Paragraph **A.**:

**Seepage Or Leakage**

**a.** Water or steam that seeps or leaks; or

**b.** The presence or condensation of humidity, moisture, or vapor that occurs;

above the surface of the ground over a period of 14 days or more. In the event this exclusion applies, we will not pay for any damages sustained starting from the first day and instance the constant or repeated seepage or leakage of water or steam or the presence or condensation of humidity, moisture, or vapor began. This exclusion does not apply to the amount of coverage provided for **Seepage Or Leakage** in **E. Additional Coverages** under **Section I – Property Coverages**.

**Smog, Rust Or Other Corrosion, "Mold Or Other Fungi", Wet Or Dry Rot, Or "Bacteria"**

Smog, rust or other corrosion, "mold or other fungi", wet or dry rot, or "bacteria" means the presence, growth, proliferation, spread or any activity of smog, rust or other corrosion, "mold or other fungi", wet or dry rot, or "bacteria".

Loss caused by smog, rust or other corrosion, "mold or other fungi", wet or dry rot, or "bacteria" resulting from a Peril named under **Section I – Perils Insured Against**, paragraph **B. Coverage C – Personal Property** is covered. However, such loss is subject to the "per policy period mold combined total sublimit".

### SECTION II – CONDITIONS

The following is added to **A. Limit Of Liability**:

However, our liability under Coverages **E** and **F** for any covered "bodily injury" or "property damage" arising out of:

**a.** Smog, rust or other corrosion, "mold or other fungi", wet or dry rot, or "bacteria" is subject to the "per policy period mold combined total sublimit"; and

DNB 000040

**b.** Water or steam that seeps or leaks, or the presence or condensation of humidity, moisture, or vapor that occurs, above the surface of the ground over a period of 14 days or more is subject to the "per policy period seepage or leakage combined total sublimit".

Paragraph **B. Severability Of Insurance** is replaced by the following:

**B. Severability Of Insurance**

This insurance applies separately to each "insured" except with respect to the "per policy period mold combined total sublimit" and the "per policy period seepage or leakage combined total sublimit". This condition will not increase our limit of liability for any one "occurrence".

All other provisions of this policy apply.

DNB 000041

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## SUPPLEMENTAL LOSS ASSESSMENT COVERAGE

1.  **Additional Insurance – Residence Premises**

    We will pay up to a total of $5,000 for all assessments covered under:

    **a.**  Section **I** - Additional Coverage **E.7.** Loss Assessment; or

    **b.**  Section **II** – Additional Coverage **D.** Loss Assessment; or

    **c.**  Both **a.** and **b.** above;

    arising out of a single loss.

2.  **Section II – Exclusions**

    Section **II** – Exclusion **F.1.a.** does not apply to this coverage.

All other provisions of this policy apply.

DNB 000042

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## PERSONAL PROPERTY REPLACEMENT COST
## LOSS SETTLEMENT

**A.  Eligible Property**

1. Covered losses to the following property are settled at replacement cost at the time of the loss:

   **a.** Coverage **C**; and

   **b.** If covered in this policy:

   **(1)** Awnings, outdoor antennas, and outdoor equipment; and

   **(2)** Carpeting and household appliances;

   whether or not attached to buildings.

2. This method of loss settlement will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy and not subject to agreed value loss settlement:

   **a.** Jewelry;

   **b.** Furs and garments:

   **(1)** Trimmed with fur; or

   **(2)** Consisting principally of fur;

   **c.** Cameras, projection machines, films and related articles of equipment;

   **d.** Musical equipment and related articles of equipment;

   **e.** Silverware, silver-plated ware, goldware, gold-plated ware, and pewterware, but excluding:

   **(1)** Pens or pencils;

   **(2)** Flasks;

   **(3)** Smoking implements; or

   **(4)** Jewelry; and

   **f.** Golfer's equipment meaning golf clubs, golf clothing, and golf equipment.

Personal Property Replacement Cost loss settlement will not apply to other classes of property separately described and specifically insured.

**B.  Ineligible Property**

Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.

1. Antiques, fine arts, paintings, and similar articles of rarity or antiquity, which cannot be replaced.

2. Memorabilia, souvenirs, collectors items, and similar articles, whose age or history contribute to their value.

3. Articles not maintained in good or workable condition.

4. Articles that are outdated or obsolete and are stored or not being used.

**C.  Replacement Cost Loss Settlement Condition**

The following loss settlement condition applies to all property described in **A.** above:

1. We will pay no more than the least of the following amounts:

   **a.** Replacement cost at the time of loss without deduction for depreciation;

   **b.** The full cost of repair at the time of loss;

   **c.** The limit of liability that applies to Coverage **C**, if applicable;

   **d.** Any applicable special limits of liability stated in this policy; or

   **e.** For loss to any item described in **A.2.a. – f.** above, the limit of liability that applies to the item.

DNB 000043

2.  If the cost to repair or replace the property described in **A.** above is more than $500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

3.  You may make a claim for loss on an actual cash value basis and then make claim for any additional liability in accordance with this endorsement provided you notify us, within 180 days after the date of the loss, of your intent to repair or replace the damaged property, and the repair or replacement of the damaged property is completed within 365 days after the date of loss, unless you request in writing that this time be extended for an additional 180 days.

All other provisions of this policy apply.

DNB 000044

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## COMPANY UNDERWRITING FEE DISCLOSURE

The Company Underwriting Fee applicable to this policy is fully earned and non-refundable at policy inception.  If this policy is cancelled during its term, the Company will retain the entire Company Underwriting Fee.

All other provisions of this policy apply.

US 05 03 (09-07)             GeoVera Specialty Insurance Company             Page 1 of 1

DNB 000045

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## POLICY FEE DISCLOSURE

The Policy Fee applicable to this policy is fully earned and non-refundable at policy inception. If this policy is cancelled during its term, the surplus lines wholesaler will retain the entire policy fee.

All other provisions of this policy apply.

DNB 000046

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## NO COVERAGE FOR OTHER STRUCTURES

**SECTION I – PROPERTY COVERAGES**

**COVERAGE B – OTHER STRUCTURES**

**Coverage B - Other Structures** is deleted in its entirety in all forms and endorsements applicable to this policy and replaced with the following:

**Coverage B - Other Structures** is excluded from the policy. We do not cover other structures on the "residence premises" set apart from the dwelling by a clear space. This includes but is not limited to;

1. Swimming pools or structures connected to the dwelling by only a walkway, fence, utility line, or similar connection.

2. Land, including land on which the other structures are located.

3. Other structures rented or held for rental to any person.

4. Other structures used in whole or in part for "business"; or

5. "Swimming pool enclosure(s) and/or patio enclosure(s)" including an enclosure that is fully covered by the "roof" of the main dwelling covered under this policy.

All other provisions of this policy apply.

DNB 000047

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MASTER ENDORSEMENT – NON-OWNER OCCUPIED DWELLING
## FORM HO 00 03 ONLY

In all forms and endorsements applicable to this policy, the coverage provided is limited to the "insured location" and "residence premises" as defined below.

### DEFINITIONS

Paragraph **B.1.b.(1)** is replaced by the following:

**1.b.(1)**  Aircraft means any contrivance used or designed for flight, including but not limited to model or hobby aircraft;

Paragraph **B.6.** is replaced by the following:

**6.**  "Insured location" means:

**a.**  The "residence premises" at the described location shown in the Declarations.

Paragraph **B.8.** is replaced by the following:

**8.**  "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

**a.**  "Bodily injury"; or

**b.**  "Property damage".

Neither assault nor battery, committed by anyone, is an "occurrence", whether or not committed by or at the direction of an "insured".

Paragraph **B.11.** is replaced by the following:

**11.**  "Residence premises" means:

The one-, two-, three-, or four-family dwelling used principally as a private residence and regularly rented or held for rental to others and which is shown as the "insured location" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

However, "residence premises" does not include mobile homes, modular homes,

and/or prefabricated homes, whether or not they are permanently affixed to a foundation.

The following words and phrases are defined and are added to Paragraph **B**:

**12.**  "Criminal act" means any act or omission which, if the individual were found guilty, would subject the individual to criminal liability, regardless of whether any such allegations or charges are actually brought.

**13.**  "Hard floor covering" means the protective and/or decorative material permanently attached to a sub floor or slab floor, including but not limited to tile, glass, granite, porcelain, marble, mosaic, terra-cotta, stone, metal, or any combination thereof.

**14.**  "Roof" means the external upper covering of a structure and all materials permanently attached including but not limited to "roofing overlayment", batten boards, decking, felt, flashing, skylights, vents, or any combination thereof.

**15.**  "Roofing overlayment" means material permanently applied as a protective layer of a roof covering, including but not limited to slate, shakes, shingles, tiles, metal, fiberboard, concrete, rolled roofing, or any combination thereof.

**16.**  "Room" means an area within a dwelling or other structures enclosed or set apart by partitions, walls, doorways, archways, or any combination thereof, whether or not the doorways or archways have a functional door that can be closed.

**17.**  "Solar system(s)" means:

**a.**  Electricity generating solar panels and equipment including but not limited to inverters, monitoring and control devices, battery backup units, mounting hardware and any other electrical

DNB 000048

equipment necessary for its operation; or

**b.** Solar water heating system and equipment including but not limited to monitoring and control devices, plumbing, mounting hardware and any other plumbing or equipment necessary for its operation.

**18.** "Swimming pool enclosure(s) and/or patio enclosure(s)" mean structures that fully or partially cover or enclose a swimming pool and/or patio. The enclosure(s) may be constructed of wood, fiberglass, aluminum, glass, vinyl, canvas, fiber or wire mesh screen or any other material or combination of materials, whether or not engineered or custom designed or attached to or set apart from any building or structure.

**19.** "Unoccupied" means the dwelling is not being inhabited as a residence.

**20.** "Vacant" means the dwelling lacks the necessary amenities, adequate furnishings, or utilities and services to permit occupancy of the dwelling as a residence.

## SECTION I – PROPERTY COVERAGES

### A. Coverage A – Dwelling

Paragraph **2.** is replaced by the following:

**2.** We do not cover:

**a.** Land, including land on which the dwelling is located;

**b.** "Swimming pool enclosure(s) and/or patio enclosure(s)". This exclusion does not apply to an enclosure that is fully covered by the "roof" of the main dwelling covered under this policy;

**c.** Swimming pools or other structures set apart from the dwelling by a clear space except as provided in **Coverage B – Other Structures**; or

**d.** "Solar system(s)" or any increased cost to repair or rebuild covered property because of the existence of a "solar system".

### B. Coverage B – Other Structures is replaced by the following:

### B. Coverage B – Other Structures

**1.** We cover other structures on the "residence premises" set apart from the dwelling by a clear space. This includes swimming pools or structures connected to the dwelling by only a walkway, fence, utility line, or similar connection.

**2.** We do not cover:

**a.** Land, including land on which the other structures are located;

**b.** Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

**c.** Other structures used in whole or in part for "business";

**d.** "Swimming pool enclosure(s) and/or patio enclosure(s)". This exclusion does not apply to an enclosure that is fully covered by the "roof" of the main dwelling covered under this policy; or

**e.** "Solar system(s)" or any increased cost to repair or rebuild covered property because of the existence of a "solar system".

The limit of liability for this coverage will not be more than the limit shown in the Declarations for Coverage **B**. Use of this coverage does not reduce the Coverage **A** Limit of Liability.

### C. Coverage C – Personal Property

Paragraph **1.** Covered Property is replaced by the following:

**1. Covered Property**

We cover personal property that is owned by an "insured" that is used to service and maintain the "residence premises" while the property is located on the "residence premises".

**2. Limit For Property At Other Locations**

Paragraph **C.2. Limit For Property At Other Locations** is deleted.

DNB 000049

4. **Property Not Covered**

Paragraph **d.** is replaced by the following:

**d.** Aircraft, meaning any contrivance used or designed for flight, including but not limited to model or hobby aircraft, and any parts whether or not attached to the aircraft;

Paragraph **f.** is replaced by the following:

**f.** Property of roomers, boarders, tenants, and anyone who regularly resides at the insured premises who is not an "insured";

Paragraph **g.** is replaced by the following:

**g.** Property in an apartment, other than the "residence premises", regularly rented or held for rental to others by an "insured";

The following are added:

**l.** Your satellite dish, satellite antenna, or radio towers and their antenna. This exclusion also applies to all related receiving equipment including receiver mounts, transducers or other receiver parts or installation parts. Television sets are not an excluded item under this exclusion.

**m.** Mobile homes, modular homes, and/or prefabricated homes, or their contents, whether or not permanently affixed to a foundation.

**D. Coverage D – Loss Of Use** is replaced by the following:

**D. Coverage D – Loss Of Use**

The limit of liability for Coverage **D** is the total limit for the coverages in **1.** Fair Rental Value and **2.** Civil Authority Prohibits Use below.

1. **Fair Rental Value**

If a loss covered under Section **I** makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises, but in no event for more than 12 months from the date of loss.

2. **Civil Authority Prohibits Use**

If a civil authority prohibits use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Fair Rental Value above for no more than two weeks.

3. **Loss Or Expense Not Covered**

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under **1.** Fair Rental Value and **2.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

**E. Additional Coverages**

Paragraph **2. Reasonable Repairs** is replaced by the following:

2. **Reasonable Repairs**

We will pay the reasonable cost you incur for necessary repairs made solely to protect covered property from further damage, if the peril causing the loss and related damages is covered. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against. This does not relieve you of your duties, in case of a loss to covered property, as set forth in Section **I** – Conditions **C.4.** This coverage does not increase the limit of liability applying to the damaged covered property.

9. **Glass Or Safety Glazing Material,** Paragraph **b.(2).** is replaced by the following:

**b.** This coverage does not include loss:

**(2)** On the "residence premises" if the dwelling has been "vacant" or "unoccupied" for more than 30 consecutive days immediately before the loss, except when the breakage results directly from

DNB 000050

Earth Movement as provided for in **a.(2)** above. A dwelling being constructed is not considered "vacant" or "unoccupied".

The following are added:

### 13. "Swimming Pool Enclosure(s) And/Or Patio Enclosure(s)"

**a.** We will pay for direct physical loss to a "swimming pool enclosure(s) and/or patio enclosure(s)" resulting from any Peril Insured Against. However, such coverage is subject to a combined total limit of $5,000. Ordinance or Law Coverage does not apply to coverage provided under this Additional Coverage **E.13.**

**b.** The combined total limit stated above is the most that we will pay in any one policy period without regard to the number of losses, "occurrences", or claims made and without regard to the number of "swimming pool enclosure(s) and/or patio enclosure(s)" that may be covered under this policy. Loss in excess of the total combined limit specified above cannot be used toward the fulfillment or reduction of any deductible that may apply as set forth in the Declarations.

**c.** This coverage is included in the limit of liability that applies to the covered property, and therefore does not increase the limit of liability under this policy.

### 14. "Solar System(s)"

**a.** We will pay for direct physical loss to a "solar system" which you own or are responsible for resulting from any Peril Insured Against. However, such coverage is subject to a combined total limit of $1,000. The cost to detach and reset "solar systems" in order to repair or rebuild other covered property damaged as a result of direct physical loss from a Peril Insured Against is included in the combined total limit of $1,000. Ordinance or Law Coverage

does not apply to coverage provided under this Additional Coverage **E.14.**

**b.** The combined total limit stated above is the most that we will pay in any one policy period without regard to the number of losses, "occurrences", or claims made and without regard to the number of "solar systems" that may be covered under this policy. Loss in excess of the total combined limit specified above cannot be used toward the fulfillment or reduction of any deductible that may apply as set forth in the Declarations.

**c.** This coverage is included in the limit of liability that applies to the covered property, and therefore does not increase the limit of liability under this policy.

## SECTION I – PERILS INSURED AGAINST

### A. Coverage A – Dwelling And Coverage B – Other Structures

Paragraph **2.c.(4)** is replaced by the following:

**(4)** Vandalism and malicious mischief, if the dwelling has been "vacant" or "unoccupied" for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered "vacant" or "unoccupied".

Paragraph **2.c.(6)(g)** is replaced by the following:

**(g)** Birds, rodents, insects, vermin, marsupials, animals, reptiles, fish, or pests, including but not limited to, termites, snails, raccoons, opossums, skunks, bats, armadillos, flies, bed bugs, lice, ticks, locusts, cockroaches, and fleas;

Paragraph **2.c.(6)(i)** is replaced by the following:

**(i)** Arising out of or in any way related to any animal owned or kept by an "insured", an "insured's" tenant or any

DNB 000051

other person residing at any "insured location" or "residence premises".

Paragraph **2.c.(7)** is added as follows:

**(7)** Falling objects unless the "roof" or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not covered.

**B. Coverage C – Personal Property**

Under Peril **9.** Theft, Paragraph **b.(3)** is deleted.

**SECTION I – EXCLUSIONS**

**2. Earth Movement** is replaced by the following:

Earth Movement means:

**a.** Earthquake, including land shock waves or tremors before, during, or after a volcanic eruption;

**b.** Landslide, mudslide, or mudflow;

**c.** Subsidence or sinkhole;

**d.** Earth sinking, rising, or shifting;

**e.** Clay shrinkage or other expansion or contraction of soils or organic materials;

**f.** Settling, cracking, or expansion of foundations;

**g.** Scouring; or

**h.** Any other earth movement including earth sinking, rising, or shifting.

This Exclusion **A.2.** applies regardless of whether any of the above, in **A.2.a.** through **A.2.h.**, is caused by an act of nature or is otherwise caused.

However, direct loss by fire, explosion or theft resulting from any of the above, in **A.2.a.** through **A.2.h.**, is covered.

The following exclusions are added to Paragraph **A.**:

**10. Asbestos Or Lead**

Asbestos or lead means the presence or effects of any form of asbestos or lead.

**11. Biochemical Release From Terrorism**

Biochemical release from terrorism means the direct or indirect release of germs, disease, or other contagions, contaminants, pathogens, or poisons by any individual or group that releases such items by committing, or threatening to commit, an act of force, violence, or danger against any person(s), organization(s), or property that:

**a.** Intimidates or coerces, or appears to a reasonable person was intended to intimidate or coerce, any government authority, any civilian population, or any segment of any civilian population;

**b.** Disrupts, or appears to a reasonable person was intended to disrupt, any segment of the economy; or

**c.** Involves, or appears to a reasonable person was intended to involve, release of any such substances.

**12. Theft**, from the "residence premises" of:

**a.** Money, bank notes, bullion, gold, goldware, gold-plated ware, silver, silverware, silver-plated ware, pewter, pewterware, platinum, platinumware, platinum-plated ware, coins, medals, scrip, stored value cards, and smart cards;

**b.** Securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets, and stamps regardless of the medium (such as paper or computer software) on which the material exists; or

**c.** Jewelry, watches, furs, precious and semiprecious stones.

DNB 000052

### 13. "Criminal Acts" Or Illegal Activity

"Criminal acts" or illegal activity means any and all criminal or illegal acts performed by any "insured" that result in damage to your structure or personal property.

### 14. Existing Damage

Existing damage means:

**a**. Damages which occurred prior to policy inception regardless of whether such damages were apparent at the time of the inception of this policy or discovered at a later date; or

**b.** Claims or damages arising out of workmanship, repairs or lack of repairs arising from damage which occurred prior to policy inception.

This Exclusion **A.14.** does not apply in the event of a total loss caused by a Peril Insured Against.

### 15. Diminished Value

We do not cover any loss due to diminished value of any property covered under this policy.

### 16. Claim Expenses

We do not cover expenses you incur related to services performed to document, assess, investigate or evaluate your claim and/or damages in any way. Expenses you incur to prepare and/or present your claim related to any assignee(s) or third parties employed by you or your representative are not covered.

## SECTION I – CONDITIONS

### C. Duties After Loss

The introductory paragraph under **C.** Duties After Loss and Paragraph **1.** are replaced by the following:

In case of a loss to covered property, we have no duty to provide coverage under this policy if there is failure to comply with the following duties. These duties must be performed either by you, an "insured" seeking coverage, an assignee or a representative of any of them:

**1.** Give prompt notice to us or our agent of a claim, supplemental claim, or reopened claim. With respect to a loss caused by the peril of windstorm or hail, the claim must be reported promptly and is barred if not reported within 365 days after the date of loss.

The term "prompt notice" means within 72 hours after the date you knew or reasonably should have known about the loss or damage.

The terms "supplemental claim" or "reopened claim" mean any additional claim for recovery from us for losses from any claim which we previously adjusted pursuant to the initial claim.

Paragraph **6.** is replaced by the following:

**6.** Prepare an inventory of damaged personal property showing the quantity, description, age, actual cash value, and amount of loss. Attach bills, receipts, and related documents that establish ownership of the damaged personal property and justify the figures in the inventory.

Paragraph **7.** is replaced by the following:

**7.** As often as we reasonably require:

**a.** Show the damaged property;

**b.** Provide us with records and documents we request and permit us to make copies;

**c.** You or any "insured" under this policy must:

**(1)** Submit to examinations under oath and recorded statements, while not in the presence of any other "insured"; and

**(2)** Sign the same;

**d.** If you are an association, corporation, or other entity; any members, officers, directors, partners, or similar representatives of the association, corporation, or other entity must:

**(1)** Submit to examinations under oath and recorded statements, while not in the presence of any

DNB 000053

other members, officers, directors, partners, or similar representatives of the association, corporation, or other entity or an "insured"; and

**(2)** Sign the same;

**e.** Your agents, your representatives, including any public adjusters engaged on your behalf, and anyone insured under this policy other than an "insured" in **c.** or **d.** above, must:

**(1)** Submit to examinations under oath and recorded statements, while not in the presence of any other agent, representative, including any other public adjusters, or an "insured"; and

**(2)** Sign the same.

The following paragraph is added:

**9.** At our request, provide to us or execute an authorization which allows us to obtain on your behalf, records and documentation we deem relevant to the investigation of your loss.

**D. Loss Settlement**

Paragraph **2.d.** is replaced by the following:

**d.** We will pay no more than the actual cash value until the repairs are started or completed. We will initially pay at least the actual cash value of the insured loss, less any applicable deductible. We will pay any remaining amount necessary to perform such repairs as work is performed and expenses are incurred and you provide us with verifiable copies of paid receipts for work that is completed. We will not require you to advance payment for such repairs or expenses, with the exception of incidental expenses to mitigate further damages.

However, if the cost to repair or replace the damage is both:

**(1)** Less than 5% of the amount of insurance in this policy on the building; and

**(2)** Less than $2,500;

We will settle the loss as noted in **2.a.** and **b**. above whether or not actual repair or replacement is complete.

Paragraph **2.e.** is replaced by the following:

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **D.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building, and the repair or replacement of the damaged building is completed within 365 days after the date of loss, unless you request in writing that this time be extended for an additional 180 days.

The following items are added to **D. Loss Settlement,** Paragraph **2**:

**f.** The limit of liability that applies to the removal, repair, or replacement of all or part of a "roof" is limited to $10,000 if any part of the "roof" is composed of more than one layer of "roofing overlayment".

**g.** Payment for covered losses involving damage to "roofing overlayment" will be limited to the part of the "roofing overlayment" where the direct physical loss or damage to the "roofing overlayment" occurred without regard to matching or uniformity.

**h.** Payment for covered losses involving damage to "hard floor covering" will be limited to the "room(s)" where the direct physical loss or damage to the "hard floor covering" occurred without regard to matching or uniformity whether or not the "hard floor covering" is continuous throughout other "room(s)".

DNB 000054

**i.** Payment for covered losses involving damage to siding material will be limited to the part of the siding materials where the direct physical loss or damage occurred without regard to matching or uniformity. **j.** If the dwelling where loss or damage occurs has been "vacant" for more than 30 consecutive days before the loss or damage, we will:

**(1)** Not pay for any loss or damage caused by any of the following perils, even if they are covered causes of loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, when caused by or arising out of the freezing of a fire protective sprinkler system, unless you have protected the entire system against freezing;

**(c)** Dwelling glass breakage;

**(d)** Water damage;

**(e)** Theft;

**(f)** Attempted theft; or

**(g)** Malicious mischief.

Dwellings under construction are not considered "vacant".

**(2)** Reduce the amount we would otherwise pay for a covered loss by 15%.

**k.** When damage from hail consists only of dents to the exterior surface of a building or other structures, not causing structural damage, we will pay the lowest of the following amounts:

**(1)** The cost of repairing or replacing the damaged portion of the property.

**(2)** 2% of the limit of liability provided under Coverage **A** – Dwelling.

**l.** The amount of coverage that may be provided for in **E.** Additional Coverages **11.** Ordinance Or Law or by endorsement attached to the policy is only payable as incurred and only if the covered building is repaired or replaced with a building of like kind, quality, and use on the "residence premises".

**F. Appraisal** is replaced by the following:

**F. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written demand from the other and notify the other of the appraiser's name and contact information. An appraiser will not be considered impartial if their compensation is determined by the amount of the appraisal award. If the appraisers cannot agree on the amount of loss or the actual cash value in accord with this Condition, the two appraisers will choose a competent and impartial umpire. If the appraisers cannot agree upon an umpire within 15 days, you and we shall jointly ask a judge of a court of record in the judicial district where the "residence premises" is located to choose an umpire. Neither you nor we may assign the right to demand appraisal to anyone.

The appraisers will separately set the amount of loss and provide a written appraisal report specifically describing:

**a.** Each item of property being appraised;

**b.** The types or kinds of damage to each item of property:

**c.** The extent of the damage to each item of property;

**d.** The estimated costs of repair or replacement of each item of property;

**e.** The estimated amount of depreciation and/or obsolescence of each item of property; and

**f.** The actual cash value of each item of property.

DNB 000055

If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If the appraisers cannot agree, they will each submit their differences to the umpire, specifically describing the differences and the amount attributable to each difference. The umpire will set the amount of loss and provide an itemized written award specifically describing **a.** through **f.** above. An award will not be considered valid without the required itemization. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser;

**2.** Pay the costs of experts or any other expenses not mutually agreed in advance to share; and

**3.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal:

    **a.** You and we agree that any suit for or involving a disagreement in the amount of loss claimed under this policy shall be abated on the demand for appraisal by either you or us until after an appraisal award is issued in accord with this Condition; and

    **b.** We retain the right to apply the policy coverages, terms and conditions under this policy to any appraisal award.

**L.** **Mortgage Clause** is replaced by the following:

**L.** **Mortgage Clause**

**1.** If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

**2.** The mortgagee's right to receive payment under any claim is subject to, and conditioned upon, the mortgagor's right to recover under the policy. If we rescind or void the policy for any reason as to you, the policy is rescinded and voided as to the mortgagee as well. The mortgagee has no

separate right to recover under this policy if the policy is void or rescinded for any reason.

**3.** If we deny your claim and the policy is not voided or rescinded by us, that denial will not apply to a valid claim of the mortgagee that is covered under the policy, if the mortgagee:

    **a.** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

    **b.** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

    **c.** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs **F.** Appraisal, **H.** Suit Against Us, and **J.** Loss Payment under Section **I** - Conditions also apply to the mortgagee.

**4.** If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**5.** If we pay the mortgagee for any loss and deny payment to you:

    **a.** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

    **b.** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**6.** Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**N.** **Nuclear Hazard Clause**

Paragraph **3.** is replaced by the following:

DNB 000056

**3.** This policy does not apply under Section **I** to loss caused directly or indirectly by nuclear hazard. Direct loss by fire resulting from the nuclear hazard is covered to the extent required by law.

**R. Concealment Or Fraud** is deleted.

The following Conditions are added:

**T. Inflation Guard**

**1.** At the time of the renewal or any policy change, we will re-evaluate the cost index we use to determine the current replacement cost of the dwelling and structures covered under Coverage **A**. This may result in an increase in the amount of premium you are charged and an increase in the limits of liability for Coverages **A**, **B**, **C**, and **D**.

**2.** Any adjustment in premium resulting from the application of the adjusted cost index will be made based on the premium rates used by us at the time of the change.

**U. Assignment Of Benefits**

**1.** For any assignment of benefits after a loss, you must:

**a.** Disclose the assignment to us as soon as practicable and prior to the payment of any claim; and

**b.** Provide us with copies of documents including but not limited to, the assignment contract, any disclosures, damage estimates, repair invoices, or any other documents associated with the assignment; and

**c.** Comply with all of the Section **I** – Conditions, **C.** Duties After Loss**.** We have no duty to provide coverage under this policy if you fail to comply with these duties.

**2.** No assignment of claims benefits, regardless of whether made before loss or after loss, shall be valid without the written consent of all "insureds", all additional "insureds", and all mortgagee(s) named in this policy.

**3.** If we deny your claim pre-assignment, that denial will be applied to a valid claim of any assignee(s) and/or any other third parties contracted by you for services rendered to you to repair or replace damaged property. Post assignment, that denial will be applied to a valid claim for any assignee(s) and/or any other third parties contracted by you, ten (10) days after we have provided them with written notice and a copy of the denial.

**4.** We will not be responsible for payment to any assignee(s) or third parties for payments for services rendered arising out of property losses that are not covered under this policy.

**SECTION II – LIABILITY COVERAGES**

**Coverage E – Personal Liability** and **Coverage F – Medical Payments To Others** are restricted to apply only with respect to "bodily injury" and "property damage" that occurs on the premises shown in the Declarations and arises out of the ownership, maintenance, occupancy or use of the premises.

**SECTION II – EXCLUSIONS**

**E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others**

Paragraph **2. "Business"** is replaced by the following:

**2. "Business"**

**a.** "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

DNB 000057

**b.** This Exclusion **E.2.** does not apply to the rental or holding for rental of the "residence premises".

Paragraph **8. Controlled Substances** is replaced by the following:

**8. Controlled Substances**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer, or possession by any person of a Controlled Substance as defined under federal law. Controlled Substances include but are not limited to cocaine, LSD, marijuana, and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional provided it does not conflict with Federal law.

The following exclusions are added:

**9. Animals Owned Or Kept By An "Insured"**

"Bodily injury" or "property damage" arising out of or in any way related to the actions of any animal owned or kept by an "insured".

For purposes of this exclusion, animal owned or kept by an "insured" means any animal owned by an "insured" or in their care, custody, or control other than domestic animals not commonly considered livestock, such as dogs and cats kept as pets and not otherwise excluded under this policy.

**10. Asbestos Or Lead**

Asbestos or lead means the presence or effects of any form of asbestos or lead and includes any of the following:

**a.** "Bodily injury" arising out of the absorption, ingestion, or inhalation of, or prolonged exposure to asbestos or lead;

**b.** "Property damage" arising out of asbestos or lead; or

**c.** Any loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that any "insured" test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to, or assess the effects of asbestos or lead.

Because asbestos and lead are pollutants, this exclusion applies in addition to the Pollution Exclusion and any other pollution-related exclusion made a part of this policy.

**11. Assault Or Battery**

"Bodily injury" or "property damage" arising out of assault or battery, whether or not committed by or at the direction of an "insured".

**12. Biochemical Release From Terrorism**

"Bodily injury" or "property damage" arising out of or in connection with the direct or indirect release of germs, disease, or other contagions, contaminants, pathogens, or poisons by any individual or group that releases such items by committing, or threatening to commit, an act of force, violence, or danger against any person(s), organization(s), or property that:

**a.** Intimidates or coerces, or appears to a reasonable person was intended to intimidate or coerce, any government authority, any civilian population, or any segment of any civilian population;

**b.** Disrupts, or appears to a reasonable person was intended to disrupt, any segment of the economy; or

**c.** Involves, or appears to a reasonable person was intended to involve, release of any such substances.

**13. Bodies Of Water**

"Bodily injury" or "property damage" arising out of any "insured's" ownership or control of any natural or man-made body of water, including but not limited to:

**a.** Ponds;

DNB 000058

b. Lakes;

c. Streams;

d. Pools;

e. Swamps; and

f. Creeks.

This exclusion does not apply to swimming pools which are not otherwise excluded under this policy.

**14. "Criminal Acts"**

"Bodily injury" or "property damage" arising out of any "criminal act". A "criminal act" includes, but is not limited to, any of the following:

a. Assault or battery committed by any person;

b. The failure to suppress or prevent assault or battery by any person;

c. The failure to provide an environment safe from assault or battery or failure to warn of the dangers of the environment which could contribute to assault or battery;

d. The use of any force to protect persons or property whether or not the "bodily injury" or "property damage" was intended from the standpoint of an "insured" or committed by or at the direction of an "insured"; or

e. Any other "criminal act".

**15. Mobile Homes, Modular Homes, And/Or Prefabricated Homes**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use, or control of any mobile home, modular home, and/or prefabricated home. This exclusion applies whether or not the mobile home, modular home, and/or prefabricated home is permanently affixed to a foundation.

**16. Pollution**

a. "Bodily injury" or "property damage" arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants at, on, in, or from any "insured location"; or

b. Any loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that any "insured" test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

This exclusion does not apply to "bodily injury" or "property damage" caused by heat, smoke, or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it is intended to be.

**17. Punitive Or Exemplary Damages**

Punitive or exemplary damages, or any costs or interest attributable to such damages.

**18. Trampolines**

"Bodily injury" or "property damage" arising out of or in any way related to the ownership, maintenance, or use of any trampoline owned or borrowed by, rented or leased to, or in the care, custody, or control of any "insured".

**19. Unfenced Pools And/Or Pools With Diving Boards, Diving Structures, Or Slides**

a. "Bodily injury" arising out of any "insured's" ownership or control of a swimming pool which is not enclosed, fenced, or otherwise safeguarded as required by any applicable ordinance or law.

b. "Bodily injury" arising out of any "insured's" ownership or control of a

DNB 000059

swimming pool which has a diving board, diving structure, or slide.

**20. Vicious Dogs**

"Bodily injury" or "property damage" arising out of the actions of any canine that is a:

**a.** Vicious canine;

**b.** Staffordshire Bull Terrier;

**c.** American Pit Bull Terrier;

**d.** Rottweiler;

**e.** Doberman Pinscher;

**f.** Chow Chow; or

**g.** American Staffordshire Terrier.

For purposes of this exclusion:

  **(1)** Vicious canine means a canine, regardless of the breed, that any "insured" knows or should have known has attacked, bitten, or otherwise caused "bodily injury" to any person.

  **(2)** A canine is deemed to be a Staffordshire Bull Terrier, American Pit Bull Terrier, Rottweiler, Doberman Pinscher, Chow Chow, or American Staffordshire Terrier if its lineage contains part of that breed.

**SECTION II – CONDITIONS**

**A. Limit Of Liability** is replaced by the following:

**A. Limit Of Liability**

**1.** Our total liability under Coverage **E** for all damages arising out of any one "occurrence" will not be more than the Coverage **E** Limit of Liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made, or persons injured. All "bodily injury" and "property damage" arising out of any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

**2.** Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one "occurrence" will not be more than the Coverage **F** Limit of Liability shown in the Declarations.

**3.** The maximum amount we will pay per "occurrence" for "bodily injury" and "property damage" for a claimant that is a parent, sibling, or child of an "insured" who would otherwise not be excluded from coverage, is $25,000.

**4.** The maximum amount we will pay per "occurrence" for "bodily injury" and "property damage" arising out of the use, ownership, or maintenance of any firearm, BB gun, pellet gun, or air gun is $25,000.

**5.** The maximum amount we will pay per "occurrence" for "bodily injury" and "property damage" arising out of or in any way related to any animal whether or not owned by an "insured" is $25,000.

The following is added **to C. Duties After "Occurrence"** Paragraph **1.**:

  **d.** Submit to examination under oath, while not in the presence of another "insured", and sign the same.

The following condition is added to **D. Duties Of An Injured Person Coverage F – Medical Payment To Others**, Paragraph **1.**:

  **c.** Submit to a recorded statement.

**J. Concealment Or Fraud** is deleted.

The following Condition is added:

**K. Joint Obligations**

The terms of this policy impose joint obligations on persons defined as an "insured." This means that the responsibilities, acts, and failures to act of a person defined as an "insured" will be binding upon another person defined as an "insured".

**SECTIONS I AND II – CONDITIONS**

The following Conditions are added:

**H. Automatic Termination**

If we offer to renew and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

**I. Concealment Or Fraud**

The entire policy will be voidable if, regardless of whether related to a loss, any "insured", their agent, or their broker:

**1.** Conceals or misrepresents any material fact or circumstance;

**2.** Engages in fraudulent conduct; or

**3.** Makes false statements;

relating to this insurance.

We consider all information provided, or that should have been provided, and all questions asked on the on-line application for this policy to be material.

**J. Inspections And Surveys**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports, or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged.

We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes, or standards.

**3.** This condition applies not only to us, but also to any rating, advisory, inspection service, or similar organization which makes insurance inspections, surveys, reports, or recommendations.

**K. Salvage**

We may permit you to keep damaged insured property after a loss. If we permit you to keep damaged insured property, we will reduce the amount of loss proceeds payable to you under the policy by the value of the salvage.

**L. Service Of Suit**

If we fail to pay any amount claimed to be due under this policy and you sue us, we will, at your request, submit to the jurisdiction of a court of competent jurisdiction within the United States. Service of process in such suit may be made on us at the following address: Corporation Service Company, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833. Service of process in such suit may also be made on the Superintendent, Commissioner, or Director of Insurance for the state in which the suit is being filed, if the law so provides. We designate that appropriate officer, or that officer's successor, to mail a copy of the papers to us.

Nothing in this condition constitutes a waiver of our right to bring an action in any court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another court as permitted by law.

All other provisions of this policy apply.

DNB 000061

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED LIABILITY COMPANY
# AMENDATORY ENDORSEMENT

## FORM HO 00 03 (TENANT OCCUPIED PROPERTY ONLY)

### SCHEDULE*

Name And Address Of Organization (see Declarations page)

*Entries may be left blank if shown elsewhere in this policy for this coverage.

In consideration of the premium charged, it is warranted by the "named insured" that the organization named in the Schedule is a limited liability company or a corporation that owns the "residence premises".

To the extent that any provision of this endorsement conflicts with any coverage provisions within the policy or other endorsements attached to the policy, the terms of this endorsement shall apply.

The language of the policy is modified as follows:

**DEFINITIONS**

Definition **B.5.** which defines "insured" is replaced by the following:

    **5.** "Insured" means the organization named in the Schedule above.

Definition **B.6.** which defines "insured location" is replaced by the following:

    **6.** "Insured location" means:

        **a.** The "residence premises";
        **b.** That part of other structures and grounds at the location that are used to service the "residence premises" shown in the Declarations.

**SECTION II – EXCLUSIONS**

The following exclusion is added to the policy:

This coverage does not apply to "bodily injury" to an "employee", "residence employee" or a temporary employee of the organization named in the Schedule arising out of or in the course of the employee's employment by the organization.

All other provisions of this policy apply.

DNB 000062

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ROOF SYSTEMS PAYMENT SCHEDULE
## FORM HO 00 03 ONLY

This Roof Systems Payment Schedule modifies the policy with respect to how we settle losses to "roof system(s)" damaged by the perils of windstorm or hail, or damage caused by rain, snow, or sleet, whether or not wind-driven. To the extent that any provision of this endorsement conflicts with any coverage or additional coverage provisions within the policy or other endorsements attached to the policy, the terms of this endorsement shall apply.

**DEFINITIONS**

For purposes of this Roof Systems Payment Schedule only, the following definition is added to Paragraph **B**.

"Roof system(s)" means the surfacing that covers the top of a dwelling or other structure and all related materials and components insured under Section **I** – Property Coverages **A.** Coverage A – Dwelling and **B.** Coverage B - Other Structures of this policy including such items as:

**a.** Flashing, caps, vents, ridge vents, drip edges, scuppers and ice shields;

**b.** Sheathing, felt and membranes;

**c.** Shingles, tiles, sheets or shakes (regardless of system materials);

**d.** Tar, tar paper, asphalt or gravel;

**e.** Modified bitumen, bitumen, rubber, rolled roofing, built-up or sprayed polyurethane foam roofing;

**f.** Foam inserts, insulation, underlayment and elastomeric coating;

**g.** Cupola, finials, and snow guards;

**h.** Battens, counter battens, bird stops, and gravel stops; and

**i.** Coatings, adhesives, adherents and other finishing materials for "roof system(s)".

**SECTION I – PROPERTY COVERAGES**

**E. Additional Coverages**

For purposes of this Roof Systems Payment Schedule only, the following is added to **11. Ordinance or Law**, Paragraph **c.**:

**11. Ordinance or Law**

**c.** We do not cover:

**(3)** Any costs to comply with ordinance or law related to "roofing system(s)" when damage is caused by the perils of windstorm or hail, or rain, snow, or sleet, whether or not wind-driven.

**SECTION I – CONDITIONS**

For purposes of this Roof Systems Payment Schedule only, the following is added under **D. Loss Settlement**, Paragraph **2.**:

**D. Loss Settlement**

Paragraphs **2.a.** through **2.f.** do not apply to damaged "roof system(s)" when loss is caused by the perils of windstorm or hail, or damage caused by rain, snow, or sleet, whether or not wind-driven.

For purposes of this Roof Systems Payment Schedule only, the following is added under **D. Loss Settlement**, Paragraph **2.**:

**D. Loss Settlement**

With respect to a loss to "roof system(s)" caused by windstorm or hail, or rain, snow, or sleet, whether or not wind-driven, we will pay only a percentage of the cost to repair or replace the damaged parts of the "roof system(s)" with materials of like kind and quality. The percentage amount we will pay for such a loss is indicated in the Roof Systems Payment Schedule Table included in this endorsement.

The amount we will pay is subject to the limit of liability that applies to the damaged or destroyed building. In no event will we pay more than the percentage amount indicated in the

Includes copyrighted material of ISO Properties, Inc., with its permission.

DNB 000063

schedule below to repair or replace the damaged part(s) of the "roof system(s)" with material of like kind and quality.

When any part of the "roof" is composed of more than one layer of "roofing overlayment", the limit of liability that applies to the removal, repair, or replacement of all or part of the "roof system(s)" is limited to the lowest of the following amounts:

**(1)** The applicable percentage in this schedule of the cost to repair or replace the damaged parts of the "roof system(s)" with materials of like kind and quality; or

**(2)** $10,000.

The applicable percentage in this schedule applies to the cost to repair or replace the damaged part(s) of the "roof system(s)" including any applicable material costs, labor costs, general contractor overhead and profit, sales and other taxes and fees.

**ROOF SYSTEMS PAYMENT SCHEDULE**

To find the percentage which will apply to repair or replace the damaged parts of the "roof system(s)", refer to the age of roof and the "roof system(s)" material type for the damaged "roof system(s)" in the Roof Systems Payment Schedule Table included in this endorsement.

If the loss is to the "roof system(s)" of the dwelling, the applicable percentage in the Roof Systems Payment Schedule will be based on the dwelling's dominant roof material and age of roof at the time of loss determined using the roof year shown on the most recent Property Detail Page that accompanies the Declarations.

You agree to promptly notify us each time the dwelling roof is replaced so that we may adjust the information shown on the most recent Property Detail Page that accompanies the Declarations. If you fail to notify us, the applicable percentage in the Roof Systems Payment Schedule will be based on the dwelling's dominant roof material and age of roof at the time of loss determined using the roof year shown on the most recent Property Detail Page that accompanies the Declarations.

All other provisions of this policy apply.

DNB 000064

**Roof Systems Payment Schedule Table**

| Roof Age* | Dominant Roof Systems Material** | |
|---|---|---|
| | Asphalt Shingles, Architectural Shingles, and All Other | Concrete/Clay Tile or Shingle, Steel, and Hail Resistant |
| 0 | 100% | 100% |
| 1 | 99% | 100% |
| 2 | 98% | 99% |
| 3 | 97% | 98% |
| 4 | 95% | 97% |
| 5 | 92% | 95% |
| 6 | 89% | 93% |
| 7 | 85% | 90% |
| 8 | 81% | 87% |
| 9 | 77% | 84% |
| 10 | 73% | 81% |
| 11 | 69% | 78% |
| 12 | 65% | 75% |
| 13 | 61% | 72% |
| 14 | 58% | 69% |
| 15 | 55% | 66% |
| 16 | 52% | 63% |
| 17 | 48% | 60% |
| 18 | 44% | 57% |
| 19 | 40% | 54% |
| 20 | 36% | 51% |
| 21 | 32% | 48% |
| 22 | 28% | 45% |
| 23 | 25% | 42% |
| 24 | 25% | 40% |
| 25 | 25% | 40% |
| 26 | 25% | 40% |
| 27 | 25% | 40% |
| 28 | 25% | 40% |
| 29 | 25% | 40% |
| 30 or older | 25% | 40% |

\*    The age of roof at the time of loss is determined using the roof year shown on the most recent Property Detail Page that accompanies the Declarations.  If the loss is to "roof system(s)" of other structures located on the residence premises and covered under Coverage **B**- Other Structures, the applicable percentage in the Roof Systems Payment Schedule will be based on the other structure's age of roof at the time of loss.

\*\*   If two or more roof surfacing material types are present on a structure's "roof", the dominant roof material is used to rate your policy, which is shown on the most recent Property Detail Page that accompanies the Declarations. If the loss is to "roof system(s)" of other structures located on the residence premises and covered under Coverage **B**- Other Structures, the applicable percentage in the Roof Systems Payment Schedule will be based on the other structure's dominant roof material at the time of loss.

DNB 000065

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ROOF SYSTEMS PAYMENT SCHEDULE
## FORM HO 00 03 ONLY

This Roof Systems Payment Schedule modifies the policy with respect to how we settle losses to "roof system(s)" damaged by the perils of windstorm or hail, or damage caused by rain, snow, or sleet, whether or not wind-driven. To the extent that any provision of this endorsement conflicts with any coverage or additional coverage provisions within the policy or other endorsements attached to the policy, the terms of this endorsement shall apply.

**DEFINITIONS**

For purposes of this Roof Systems Payment Schedule only, the following definition is added to Paragraph **B**.

"Roof system(s)" means the surfacing that covers the top of a dwelling or other structure and all related materials and components insured under Section **I** – Property Coverages **A.** Coverage A – Dwelling and **B.** Coverage B - Other Structures of this policy including such items as:

**a.** Flashing, caps, vents, ridge vents, drip edges, scuppers and ice shields;

**b.** Sheathing, felt and membranes;

**c.** Shingles, tiles, sheets or shakes (regardless of system materials);

**d.** Tar, tar paper, asphalt or gravel;

**e.** Modified bitumen, bitumen, rubber, rolled roofing, built-up or sprayed polyurethane foam roofing;

**f.** Foam inserts, insulation, underlayment and elastomeric coating;

**g.** Cupola, finials, and snow guards;

**h.** Battens, counter battens, bird stops, and gravel stops; and

**i.** Coatings, adhesives, adherents and other finishing materials for "roof system(s)".

**SECTION I – PROPERTY COVERAGES**

**E.  Additional Coverages**

For purposes of this Roof Systems Payment Schedule only, the following is added to **11. Ordinance or Law**, Paragraph **c.**:

**11. Ordinance or Law**

**c.**  We do not cover:

**(3)** Any costs to comply with ordinance or law related to "roofing system(s)" when damage is caused by the perils of windstorm or hail, or rain, snow, or sleet, whether or not wind-driven.

**SECTION I – CONDITIONS**

For purposes of this Roof Systems Payment Schedule only, the following is added under **D. Loss Settlement**, Paragraph **2.**:

**D.  Loss Settlement**

Paragraphs **2.a.** through **2.f.** do not apply to damaged "roof system(s)" when loss is caused by the perils of windstorm or hail, or damage caused by rain, snow, or sleet, whether or not wind-driven.

For purposes of this Roof Systems Payment Schedule only, the following is added under **D. Loss Settlement**, Paragraph **2.**:

**D.  Loss Settlement**

With respect to a loss to "roof system(s)" caused by windstorm or hail, or rain, snow, or sleet, whether or not wind-driven, we will pay only a percentage of the cost to repair or replace the damaged parts of the "roof system(s)" with materials of like kind and quality. The percentage amount we will pay for such a loss is indicated in the Roof Systems Payment Schedule Table included in this endorsement.

The amount we will pay is subject to the limit of liability that applies to the damaged or destroyed building. In no event will we pay more than the percentage amount indicated in the

DNB 000066

schedule below to repair or replace the damaged part(s) of the "roof system(s)" with material of like kind and quality.

When any part of the "roof" is composed of more than one layer of "roofing overlayment", the limit of liability that applies to the removal, repair, or replacement of all or part of the "roof system(s)" is limited to the lowest of the following amounts:

**(1)** The applicable percentage in this schedule of the cost to repair or replace the damaged parts of the "roof system(s)" with materials of like kind and quality; or

**(2)** $10,000.

The applicable percentage in this schedule applies to the cost to repair or replace the damaged part(s) of the "roof system(s)" including any applicable material costs, labor costs, general contractor overhead and profit, sales and other taxes and fees.

**ROOF SYSTEMS PAYMENT SCHEDULE**

To find the percentage which will apply to repair or replace the damaged parts of the "roof system(s)", refer to the age of roof and the "roof system(s)" material type for the damaged "roof system(s)" in the Roof Systems Payment Schedule Table included in this endorsement.

If the loss is to the "roof system(s)" of the dwelling, the applicable percentage in the Roof Systems Payment Schedule will be based on the dwelling's dominant roof material and age of roof at the time of loss determined using the roof year shown on the most recent Property Detail Page that accompanies the Declarations.

You agree to promptly notify us each time the dwelling roof is replaced so that we may adjust the information shown on the most recent Property Detail Page that accompanies the Declarations. If you fail to notify us, the applicable percentage in the Roof Systems Payment Schedule will be based on the dwelling's dominant roof material and age of roof at the time of loss determined using the roof year shown on the most recent Property Detail Page that accompanies the Declarations.

All other provisions of this policy apply.

DNB 000067

**Roof Systems Payment Schedule Table**

| Roof Age* | Dominant Roof Systems Material** | |
|---|---|---|
| | Asphalt Shingles, Architectural Shingles, and All Other | Concrete/Clay Tile or Shingle, Steel, and Hail Resistant |
| 0 | 100% | 100% |
| 1 | 99% | 100% |
| 2 | 98% | 99% |
| 3 | 97% | 98% |
| 4 | 95% | 97% |
| 5 | 92% | 95% |
| 6 | 89% | 93% |
| 7 | 85% | 90% |
| 8 | 81% | 87% |
| 9 | 77% | 84% |
| 10 | 73% | 81% |
| 11 | 69% | 78% |
| 12 | 65% | 75% |
| 13 | 61% | 72% |
| 14 | 58% | 69% |
| 15 | 55% | 66% |
| 16 | 52% | 63% |
| 17 | 48% | 60% |
| 18 | 44% | 57% |
| 19 | 40% | 54% |
| 20 | 36% | 51% |
| 21 | 32% | 48% |
| 22 | 28% | 45% |
| 23 | 25% | 42% |
| 24 | 25% | 40% |
| 25 | 25% | 40% |
| 26 | 25% | 40% |
| 27 | 25% | 40% |
| 28 | 25% | 40% |
| 29 | 25% | 40% |
| 30 or older | 25% | 40% |

\*    The age of roof at the time of loss is determined using the roof year shown on the most recent Property Detail Page that accompanies the Declarations.  If the loss is to "roof system(s)" of other structures located on the residence premises and covered under Coverage **B**- Other Structures, the applicable percentage in the Roof Systems Payment Schedule will be based on the other structure's age of roof at the time of loss.

\*\*   If two or more roof surfacing material types are present on a structure's "roof", the dominant roof material is used to rate your policy, which is shown on the most recent Property Detail Page that accompanies the Declarations. If the loss is to "roof system(s)" of other structures located on the residence premises and covered under Coverage **B**- Other Structures, the applicable percentage in the Roof Systems Payment Schedule will be based on the other structure's dominant roof material at the time of loss.

DNB 000068

# GEOVERA SPECIALTY INSURANCE COMPANY
# IMPORTANT NOTICE – NEW POLICY TERMS

This highlight of new terms is intended to identify the changes we have made to our homeowners insurance policy coverage.  This notice is not intended to provide any coverage; all policy terms and provisions are contained in the policy itself.  Please read your renewal policy and endorsements carefully for a complete description of coverages and exclusions.  If there is any conflict between the policy and this summary, **the provisions of your policy shall prevail.**

Below is a summary of the coverage changes.

**Master Endorsements – See table on next page for specific form and applicable state(s)**

### SECTION I - DEFINITIONS

"Solar sytem(s)" has been defined.

### SECTION I - PROPERTY COVERAGES

We do not cover "solar sytems" under Coverage **A** – Dwelling or under Coverage **B** – Other Structures.

### SECTION I - ADDITIONAL COVERAGES

Additional coverage afforded under **"Solar System(s)"** is subject to a limit of $1,000.

### SECTION I - EXCLUSIONS

An exclusion for **Claim Expenses** has been added. We do not cover expenses you incur related to services performed by any assignee or third party employed by you to document, assess, investigate or evaluate your claim and/or damages.

### SECTION I - CONDITIONS

**Duties After Loss** has been revised to state that you must give prompt notice of a claim, supplemental claim, or reopened claim. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than 365 days after the date of loss.

Under **Loss Settlement**, limitations have been added to (1) limit payment for covered losses involving damage to "roofing overlayment" to the part of the "roofing overlayment" where the loss or damage occurred without regard to matching or uniformity; and (2) limit payment for covered losses involving damage to siding materials to the part of the siding materials where the loss or damage occurred without regard to matching or uniformity.

In the table below is a list of forms that are being replaced.  Changes to endorsements other than the Master Endorsements are editorial and do not affect coverage.

DNB 000069

**List of Replacement Forms by State**

| Form Name | Existing Form | Replacement Form | Applicable States |
|---|---|---|---|
| Special Provisions – Rhode Island | US 01 38 (07-18) | US 01 38 (02-20) | RI |
| Limited Smog, Rust, Mold, Rot or Bacteria Coverage and Limited Seepage or Leakage Coverage | US 03 55 (09-18) | US 03 55 (02-20) | AL, LA, NC, NJ, RI, SC, TX, VA |
| Master Endorsement | US 04 42 (02-19) | US 04 42 (02-20) | AL, NC, RI, SC, TX, VA |
| Master Endorsement - Louisiana | US 04 47 (02-19) | US 04 47 (02-20) | LA |
| Master Endorsement – Seasonal/Secondary Usage | US 05 04 (02-19) | US 05 04 (02-20) | AL, NC, RI, SC, TX, VA |
| Master Endorsement – Non-Owner Occupied Dwelling | US 05 10 (02-19) | US 05 10 (02-20) | AL, NC, RI, SC, TX |
| Master Endorsement – New Jersey | US 05 21 (02-19) | US 05 21 (02-20) | NJ |
| Master Endorsement – Seasonal/Secondary Usage – New Jersey | US 05 22 (02-19) | US 05 22 (02-20) | NJ |
| Loss of Use Exclusion | US 05 26 (03-15) | US 05 26 (02-20) | NJ, SC |
| Master Endorsement – Non-Owner Occupied Dwelling - Louisiana | US 05 27 (02-19) | US 05 27 (02-20) | LA |
| Master Endorsement – Seasonal/Secondary Usage - Louisiana | US 05 32 (02-19) | US 05 32 (02-20) | LA |
| Master Endorsement – Non-Owner Occupied Dwelling – New Jersey | US 05 53 (02-19) | US 05 53 (02-20) | NJ |
| Loss Settlement After a Catastrophic Event | US 05 60 (11-17) | US 05 60 (02-20) | TX |

Please contact your Agent or Broker if you have any questions about the applicability of these changes to your specific insurance coverage or about the availability of other coverage options.

DNB 000070