TO: claims@geoveraadvantage.com
SENT: Tuesday, February 28, 2023 10:49:56 AM Pacific Standard Time
SUBJECT: 2024229243
ATTACHMENTS: DNB Investments, LLC Appraisal Demand (DBN Investments LLC ).pdf;
===========================================================

To whom it may concern: Please see the attached.

--



Ron Goode
Ron@FortiusLaw.com

Fortius Law Group, LLC
Claims@FortiusLaw.com
(251) 786-1054

_____

fortiuslaw.com | 2001 L Street NW, Suite 500, Washington, DC 20036

The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

EXHIBIT B



Fortius Law Group, PLLC
2001 L St NW
Suite 500
Washington, DC 20036

www.fortiuslaw.com

Shane P. Welch
Direct Dial: (202) 963-1661
shane@fortiuslaw.com

November 5, 2022

**Via Email (to claims@geoveraadvantage.com)**
Steve Miller
GeoVera Advantage Insurance Services, Inc.
PO Box 124 Fairfield, CA 94533

Re:   Insured: DNB Investments LLC
      Property Address: 25829 Argonne Dr. Daphne AL 36526
      Date of Loss: October 29, 2020
      Claim No.: 2024229243
      Policy No.: GC90041253

## DEMAND FOR APPRAISAL

Please accept this letter as formal written demand for appraisal on behalf of DNB Investments LLC ("Client"). As GeoVera Advantage Insurance Services, Inc ("GeoVera") knows, Client submitted claim number 2024229243 for property loss suffered on October 29, 2020, at 25829 Argonne Dr. Daphne AL 36526. To date, Client and GeoVera have failed to reach an agreement on the amount of loss at issue. As an element of this dispute, the parties disagree as to the actual cash value and replacement cost value of the covered repairs as determined by GeoVera.

Under Client's insurance policy with GeoVera, both the insured and insurer maintain the right to invoke appraisal if the parties fail to reach agreement on the amount of loss.

Client selects Geoffrey Tibbils as its competent, disinterested appraiser. Mr. Tibbils can be reached by email at gt@irwinclaims.com or by phone at (985)-773-2800. We look forward to GeoVera's response and working together to select a competent, impartial umpire. If you have any questions in the interim, please contact our Case Manager Ron Goode via email at Ron@fortiuslaw.com or by phone at (251) 786-1054.

Sincerely,

Shane P. Welch