

Christina May Bolin
Direct Dial: (251) 415-9280
Email: CMBolin@csattorneys.com

March 3, 2023

**Via Electronic Mail**
shane@fortiuslaw.com
Shane P. Welch, Esq.
Fortius Law Group
2001 K, St, NW
Suite 500
Washington, DC 20036

RE:   Insured: DNB Investments LLC
      Policy Number: GC90041253
      Claim Number: 2024229243
      Type of loss: Water
      Date of Loss: October 29, 2020
      Loss Location: 25829 Argonne Dr. Daphne, AL  36526-6419

Dear:

My firm has been retained by GeoVera Specialty Insurance Company (hereinafter "GeoVera") to conduct an investigation into the claim you have made for damages at 325829 Argonne Dr., Daphne, AL 36526. Please be advised we are handling and responding to your claim on behalf of GeoVera.  We understand that you represent the insured DNB Investments, LLC.  If that is no longer the case, please let me know as soon as possible.

Our understanding of your claim is that on or around October 29, 2020, damage was sustained when the toilet leaked.

The policy states as follows:

**SECTION I – CONDITIONS**

**C. Duties After Loss**

EXHIBIT C

**In case of loss to covered property, we have no duty to provide coverage under this policy if there is a failure to comply with the following duties. These duties must be performed either by you, an "insured" seeking coverage, an assignee or representative of any of them.**

    **7.    As often as we reasonably require:**

        **a.    Show the damaged property;**

        **b.    Provide us with records and documents we request and permit us to make copies; and**

        **c.    You, any "insured" and anyone you hire in connection with your claim must:**

            **(1)    Submit to examinations under oath and recorded statements, while not in the presence of any other "insured"; and**

            **(2)    Sign the same.**

        **d.    If you are an association, corporation, or other entity: any members, officers, directors, partners or similar representatives of the association, corporation, or other entity must:**

            **(1)    Submit to examinations under oath and recorded statements while not in the presence of any other members, officers, directors, partners or similar representatives of the association, corporation, or other entity or an "insured"; and**

            **(2)    Sign the same.**

        **e.    Your agents, representatives, including any public adjusters engaged on your behalf, any anyone insured this policy other than an "insured" in c. or d. above, must:**

            **(1)    Submit to examinations under oath and recorded statements, while not in the presence of any other agent, representative, including any other public adjusters, or an "insured"; and**

            **(2)    Sign the same.**

    **. . .**

9. **At our request, provide to us or execute an authorization which allows us to obtain on your behalf, records and documentation we deem relevant to the investigation of your loss.**

A certified copy of the policy is attached hereto.

Accordingly, we would like to schedule the examinations under oath of Oscar Anez and his representatives Ron Goode and David Smith at our office in Daphne, AL. We are willing to work with you to conduct it quickly and we will work around your schedules.

Please contact my assistant, Kimberly Howard at kbhoward@csattorneys.com or 251-415-9256 to schedule the examinations under oath.

GeoVera has also received your demand for appraisal. Prior to agreeing to appraisal and that there is a dispute as to the amount of damage, GeoVera needs to further investigate the claim and these examinations under oath are necessary to that investigation. Once completed, GeoVera will be in a position to respond to the appraisal demand.

Please be advised that GeoVera does not, by its investigation of the claim, by this letter or otherwise, waive, nor does it intend to waive, any of the terms, conditions, provisions, limitations, or exclusions of the policy, any of its rights or defenses under applicable law. Should GeoVera learn or be advised of other facts with respect to this loss, GeoVera reserves the right to raise any applicable defenses under the policy or by law.

If you have any questions or additional information you feel is pertinent, please feel free to contact me.

                Yours truly,

                Christina May Bolin, Esq.

CMB/kbh

3772112.1