# Kim B. Howard

| | |
|---|---|
| **From:** | Christina May Bolin |
| **Sent:** | Friday, March 3, 2023 3:57 PM |
| **To:** | 'shane@fortiuslaw.com' |
| **Cc:** | Kim B. Howard |
| **Subject:** | DNB Investments, LLC |
| **Attachments:** | (3772112.2).DRAFT EUO Demand Letterpdf.pdf; Attachment (003).pdf |

Please see attached correspondence. Thank you.

---

**Christina May Bolin**
*Partner*
*Admitted in: AL, MS, FL & NY*
Direct:   251.415.9280
Cell:      251.490.6815
Fax:      251.432.1700
Email:   cmbolin@csattorneys.com



Christian & Small LLP
One Timber Way
Suite 101
Daphne, AL 36527

http://www.csattorneys.com

  

---

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. There is no intent of the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. If you have received this message in error, please notify the sender immediately by telephone at 205-795-6588 or by electronic mail at support@csattorneys.com, and delete this message and all copies and backups thereof.

EXHIBIT C