# Kim B. Howard

| | |
|---|---|
| **From:** | Kim B. Howard |
| **Sent:** | Monday, March 6, 2023 4:09 PM |
| **To:** | 'shane@fortiuslaw.com' |
| **Cc:** | Christina May Bolin |
| **Subject:** | DNB Investments - EUO letter |
| **Attachments:** | Revised EUO Demand Letter.pdf |

Shane,

Attached please find our Revised EUO Demand letter, dated today, March 6, 2023. We inadvertently left off John Smith's name on our initial letter to you dated March 3, 2023.

Thank you,
Kim

---

*Kim B. Howard*

*Legal Assistant to*
*Christina May Bolin and Gabrielle E. Reeves*

Christian Small

Direct: 251-415-9256
Main:  251-432-1600
Fax:   251-432-1700
Email: kbhoward@csattorneys.com

Christian & Small LLP
One Timber Way,
Suite 101
Daphne, AL 36527
http://www.csattorneys.com

---

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. There is no intent of the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. If you have received this message in error, please notify the sender immediately by telephone at 205-795-6588 or by electronic mail at support@csattorneys.com, and delete this message and all copies and backups thereof.