# Kim B. Howard

| | |
|---|---|
| **From:** | Christina M. Bolin |
| **Sent:** | Friday, March 10, 2023 11:39 AM |
| **To:** | Shane Welch; Kim B. Howard |
| **Cc:** | Ron Goode |
| **Subject:** | RE: DNB Investments - EUO letter |

Shane:

I have the entire first week of April open. As for the appraisal, there seems to be a disparity between the carrier and your client as to the scope of the damages and what has already been paid. My client would like to take the EUOs in part to find out what it is that we disagree about, before we can agree that we disagree and go forward with appraisal.

Let me know if any time that week works for you. Thanks!

**Christina May Bolin**
*Partner*
*Admitted in: AL, MS, FL & NY*
Direct:   251.415.9280
Cell:     251.490.6815
Fax:      251.432.1700
Email:    cmbolin@csattorneys.com



Christian & Small LLP
One Timber Way
Suite 101
Daphne, AL 36527

http://www.csattorneys.com

  

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. There is no intent of the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. If you have received this message in error, please notify the sender immediately by telephone at 205-795-6588 or by electronic mail at support@csattorneys.com, and delete this message and all copies and backups thereof.

**From:** Shane Welch <shane@fortiuslaw.com>
**Sent:** Friday, March 10, 2023 11:15 AM
**To:** Kim B. Howard <kbhoward@csattorneys.com>

EXHIBIT E

1

**Cc:** Christina M. Bolin <cmbolin@csattorneys.com>; Ron Goode <ron@ataclaims.com>
**Subject:** Re: DNB Investments - EUO letter

Kim:

It was a pleasure speaking with you yesterday.  As we discussed, please send the EUO request directly to John Smith as he is not our client.  Also, David Smith is merely a tenant of the property.

We disagree as to whether Ron Goode falls within the scope of the EUO provision, but we are considering allowing him to sit for examination.  We will get you potential dates for our client.

Importantly, there is nothing within the policy that should delay the decision on appraisal.  Please move forward with appointing an appraiser so that the process can begin as required under the language of the policy.

Best regards,

Shane

On Mon, Mar 6, 2023 at 5:08 PM Kim B. Howard <kbhoward@csattorneys.com> wrote:

> Shane,
>
> Attached please find our Revised EUO Demand letter, dated today, March 6, 2023.  We inadvertently left off John Smith's name on our initial letter to you dated March 3, 2023.
>
> Thank you,
>
> Kim
>
> **Christian Small** 
>
> *Legal Assistant to*
>
> *Christina May Bolin and Gabrielle E. Reeves*
>
> Direct: 251-415-9256
> Main:  251-432-1600
> Fax:   251-432-1700

2

Email: kbhoward@csattorneys.com

Christian & Small LLP
One Timber Way,
Suite 101
Daphne, AL 36527

http://www.csattorneys.com

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. There is no intent of the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. If you have received this message in error, please notify the sender immediately by telephone at 205-795-6588 or by electronic mail at support@csattorneys.com, and delete this message and all copies and backups thereof.

--
Shane P. Welch
Fortius Law Group, PLLC
2001 L Street NW, Suite 500
Washington, DC 20036
(O) (202) 963-1661
(C) (202) 794-7915
shane@fortiuslaw.com