## Kim B. Howard

| | |
|---|---|
| **From:** | Ashley Harrison <ashley@benton-law.com> |
| **Sent:** | Wednesday, November 8, 2023 3:53 PM |
| **To:** | Kim B. Howard; Christina M. Bolin |
| **Cc:** | Tom Benton; Ron Goode; Shane Welch |
| **Subject:** | RE: DNB Investments - EUO letter |
| **Attachments:** | Fortius Demand for Appraisal.pdf |

[External]

Tom wants your client to name their appraiser, then we can schedule the EUO thereafter.

The demand for an appraiser was made on November 5, 2022 to Steve Miller. See the attached.

Ashley J. Harrison
Paralegal
Benton Law Firm, LLC
169 Dauphin Street, Suite 300
Mobile, AL 36602
(251) 402-3767
ashley@benton-law.com

**From:** Kim B. Howard <kbhoward@csattorneys.com>
**Sent:** Thursday, October 12, 2023 3:17 PM
**To:** Ashley Harrison <ashley@benton-law.com>
**Subject:** RE: DNB Investments - EUO letter

Done

**From:** Ashley Harrison <ashley@benton-law.com>
**Sent:** Thursday, October 12, 2023 2:23 PM
**To:** Kim B. Howard <kbhoward@csattorneys.com>
**Subject:** RE: DNB Investments - EUO letter

[External]

Let's hold that date on the calendar and let me reach out to our client about the time.

Ashley J. Harrison
Paralegal
Benton Law Firm, LLC
169 Dauphin Street, Suite 300
Mobile, AL 36602
(251) 402-3767
ashley@benton-law.com

1

EXHIBIT J

**From:** Kim B. Howard <kbhoward@csattorneys.com>
**Sent:** Thursday, October 12, 2023 2:18 PM
**To:** Ashley Harrison <ashley@benton-law.com>
**Subject:** RE: DNB Investments - EUO letter

Let's do Nov. 29.

**From:** Ashley Harrison <ashley@benton-law.com>
**Sent:** Thursday, October 12, 2023 2:09 PM
**To:** Kim B. Howard <kbhoward@csattorneys.com>
**Subject:** RE: DNB Investments - EUO letter

[External]

Either November 28th or 29th will work.  Thanks Kim!

Ashley J. Harrison
Paralegal
Benton Law Firm, LLC
169 Dauphin Street, Suite 300
Mobile, AL 36602
(251) 402-3767
ashley@benton-law.com

**From:** Kim B. Howard <kbhoward@csattorneys.com>
**Sent:** Thursday, October 12, 2023 1:16 PM
**To:** Ashley Harrison <ashley@benton-law.com>
**Subject:** RE: DNB Investments - EUO letter

Okay….she is open Nov. 21, 22 (Thanksgiving is that week!)  OMG!

Then Nov. 28, 29

She might have a trial in December so I really don't want to do December dates yet.

See if any of these work.

Kim

**From:** Ashley Harrison <ashley@benton-law.com>
**Sent:** Thursday, October 12, 2023 1:11 PM
**To:** Kim B. Howard <kbhoward@csattorneys.com>
**Subject:** RE: DNB Investments - EUO letter

[External]

Yes, that would be perfect!

Ashley J. Harrison
Paralegal
Benton Law Firm, LLC
169 Dauphin Street, Suite 300
Mobile, AL 36602
(251) 402-3767
ashley@benton-law.com

**From:** Kim B. Howard <kbhoward@csattorneys.com>
**Sent:** Thursday, October 12, 2023 10:14 AM
**To:** Ashley Harrison <ashley@benton-law.com>
**Subject:** RE: DNB Investments - EUO letter

Hey Ashley....this is going to be hard.  Buster is killing me!  😊  How far out are you looking?  After Buster trial?

**From:** Ashley Harrison <ashley@benton-law.com>
**Sent:** Thursday, October 12, 2023 9:19 AM
**To:** Christina M. Bolin <cmbolin@csattorneys.com>; Ron Goode <ron@fortiuslaw.com>; Tom Benton <tom@benton-law.com>; Susan M. McKinley <smmckinley@csattorneys.com>
**Cc:** Shane Welch <shane@fortiuslaw.com>; Kim B. Howard <kbhoward@csattorneys.com>
**Subject:** RE: DNB Investments - EUO letter

[External]

Good morning,

I'm following up on this.  Can you please provide us with your availability for the EUO for Oscar Anez?  Thank you.

Ashley J. Harrison
Paralegal
Benton Law Firm, LLC
169 Dauphin Street, Suite 300
Mobile, AL 36602
(251) 402-3767
ashley@benton-law.com

**From:** Christina M. Bolin <cmbolin@csattorneys.com>
**Sent:** Thursday, June 29, 2023 10:58 AM
**To:** Ron Goode <ron@fortiuslaw.com>; Tom Benton <tom@benton-law.com>; Ashley Harrison <ashley@benton-law.com>; Susan M. McKinley <smmckinley@csattorneys.com>
**Cc:** Shane Welch <shane@fortiuslaw.com>; Kim B. Howard <kbhoward@csattorneys.com>
**Subject:** RE: DNB Investments - EUO letter

Great.  I'm currently available 7/11, 7/18-7/20 and 8/1-3.  Let me know what works for y'all.

**From:** Ron Goode <ron@fortiuslaw.com>
**Sent:** Thursday, June 29, 2023 8:35 AM
**To:** Christina M. Bolin <cmbolin@csattorneys.com>; Tom Benton <tom@benton-law.com>; Ashley Harrison <ashley@benton-law.com>; Susan M. McKinley <smmckinley@csattorneys.com>
**Cc:** Shane Welch <shane@fortiuslaw.com>; Kim B. Howard <kbhoward@csattorneys.com>
**Subject:** Re: DNB Investments - EUO letter

[External]

Christina - I was asked to interduce you to our new local counsel Tom Benton. Also our client Oscar Anez is available for an EUO any day Tuesday - Thursday after 3pm.

Kind Regards,

On Thu, Jun 29, 2023 at 8:16 AM Ron Goode <ron@fortiuslaw.com> wrote:

Christina -

On Fri, Mar 24, 2023 at 5:08 PM Shane Welch <shane@fortiuslaw.com> wrote:


---------- Forwarded message ---------
From: **Christina M. Bolin** <cmbolin@csattorneys.com>
Date: Fri, Mar 24, 2023 at 6:01 PM
Subject: RE: DNB Investments - EUO letter
To: Shane Welch <shane@fortiuslaw.com>
Cc: Kim B. Howard <kbhoward@csattorneys.com>, Ron Goode <ron@ataclaims.com>


April 5 is no longer good for me and I would prefer to do it in person.  Is your client located in the area?  I can do 4/11 or 4/13.


As to the appraisal issue, we can address that when it comes up.


If you don't want to put up Mr. Goode, I certainly understand your position.  I disagree with it and think that you are teetering on the line of violating the rules against practicing law without a license by taking that position.  I would caution you to look at Ala. Code 34-3-6.  Obviously, that is not my call to make.


Please also confirm that you will have an Alabama licensed attorney attending the EUO on behalf of your client.

**From:** Shane Welch <shane@fortiuslaw.com>
**Sent:** Friday, March 24, 2023 2:25 PM
**To:** Christina M. Bolin <cmbolin@csattorneys.com>
**Cc:** Kim B. Howard <kbhoward@csattorneys.com>; Ron Goode <ron@ataclaims.com>
**Subject:** Re: DNB Investments - EUO letter

[External]

Christina:

My client and I are available April 5th after 3pm if I can appear via Zoom or telephone.

Respectfully, we disagree on your client's position regarding appraisal. There is a disagreement as to the amount of loss. Nothing in the policy provides a party with the right to wait to appoint an appraiser once another party has demanded it.

## F. Appraisal

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

1. Pay its own appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

More than 20 days has passed since our request without your client's the selection of a competent and impartial appraiser. Therefore, we take the position that your client has breached the policy.

Also, please note that we take the position that Alabama's rule of privilege protects Ron's communications with the client in this case:

(b) General Rule of Privilege. A client has a privilege to refuse to disclose and to prevent any other person from disclosing a confidential communication made for the purpose of facilitating the rendition of professional legal services to the client, (1) between the client or a representative of the client and the client's attorney or a representative of the attorney, or (2) between the attorney and a representative of the attorney, (3) by the client or a representative of the client or the client's attorney or a representative of the attorney to an attorney or a representative of an attorney representing another party concerning a matter of common interest, (4) between representatives of the client and between the client and a representative of the client resulting from the specific request of, or at the express direction of, an attorney, or (5) among attorneys and their representatives representing the same client.

Ala. R. Evid. 502.

The client did not "hire" Ron.  The client retained Fortius which employs Ron as a representative of the firm.

Please let us know if the 5th works for you or suggest other potential availability between Tuesdays and Thursdays after 3 pm (my client's window of availability).

Respectfully,

Shane

On Fri, Mar 10, 2023 at 12:38 PM Christina M. Bolin <cmbolin@csattorneys.com> wrote:

Shane:

I have the entire first week of April open.  As for the appraisal, there seems to be a disparity between the carrier and your client as to the scope of the damages and what has already been paid. My client would like to take the EUOs in part to find out what it is that we disagree about, before we can agree that we disagree and go forward with appraisal.

Let me know if any time that week works for you.  Thanks!

---

Christina May Bolin

*Partner*

*Admitted in: AL, MS, FL & NY*

Direct:   251.415.9280
Cell:     251.490.6815
Fax:      251.432.1700
Email:    cmbolin@csattorneys.com

Christian & Small LLP
One Timber Way
Suite 101
Daphne, AL 36527



http://www.csattorneys.com

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. There is no intent of the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. If you have received this message in error, please notify the sender immediately by telephone at 205-795-6588 or by electronic mail at support@csattorneys.com, and delete this message and all copies and backups thereof.

**From:** Shane Welch <shane@fortiuslaw.com>
**Sent:** Friday, March 10, 2023 11:15 AM
**To:** Kim B. Howard <kbhoward@csattorneys.com>
**Cc:** Christina M. Bolin <cmbolin@csattorneys.com>; Ron Goode <ron@ataclaims.com>
**Subject:** Re: DNB Investments - EUO letter

Kim:

It was a pleasure speaking with you yesterday.  As we discussed, please send the EUO request directly to John Smith as he is not our client.  Also, David Smith is merely a tenant of the property.

We disagree as to whether Ron Goode falls within the scope of the EUO provision, but we are considering allowing him to sit for examination.  We will get you potential dates for our client.

Importantly, there is nothing within the policy that should delay the decision on appraisal.  Please move forward with appointing an appraiser so that the process can begin as required under the language of the policy.

Best regards,

Shane

On Mon, Mar 6, 2023 at 5:08 PM Kim B. Howard <kbhoward@csattorneys.com> wrote:

Shane,

Attached please find our Revised EUO Demand letter, dated today, March 6, 2023.  We inadvertently left off John Smith's name on our initial letter to you dated March 3, 2023.

Thank you,

Kim

Christian Small

Kim B. Howard

*Legal Assistant to*

*Christina May Bolin and Gabrielle E. Reeves*

Direct: 251-415-9256
Main:  251-432-1600
Fax:    251-432-1700
Email: kbhoward@csattorneys.com

Christian & Small LLP
One Timber Way,
Suite 101
Daphne, AL 36527

http://www.csattorneys.com

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. There is no intent of the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. If you have received this message in error, please notify the sender immediately by telephone at 205-795-6588 or by electronic mail at support@csattorneys.com, and delete this message and all copies and backups thereof.

--

Shane P. Welch
Fortius Law Group, PLLC
2001 L Street NW, Suite 500
Washington, DC 20036
(O) (202) 963-1661
(C) (202) 794-7915

shane@fortiuslaw.com

--

Shane P. Welch
Fortius Law Group, PLLC
2001 L Street NW, Suite 500
Washington, DC 20036
(O) (202) 963-1661
(C) (202) 794-7915

shane@fortiuslaw.com

--

Shane P. Welch
Fortius Law Group, PLLC
2001 L Street NW, Suite 500
Washington, DC 20036

(O) (202) 963-1661
(C) (202) 794-7915
shane@fortiuslaw.com

--

**Ron Goode**
Ron@FortiusLaw.com
Office (202) 738-9236
Direct (251) 786-1054

Fortius Law Group, LLC
Claims@FortiusLaw.com

fortiuslaw.com | 2001 L Street NW, Suite 500, Washington, DC 20036

The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

--

**Ron Goode**
Ron@FortiusLaw.com
Office (202) 738-9236
Direct (251) 786-1054

Fortius Law Group, LLC
Claims@FortiusLaw.com

fortiuslaw.com | 2001 L Street NW, Suite 500, Washington, DC 20036

The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.