# BENTON LAW FIRM, LLC

169 Dauphin Street, Suite 300
Mobile, Alabama 36602

Thomas Hart Benton, Jr.
Attorney

Email: tom@benton-law.com
Telephone: (251) 604-1123

December 27, 2023

**VIA EMAIL (to cmbolin@csattorneys.com)**
Christina May Bolin
Christian & Small LLP
One Timber Way
Suite 101
Daphne, AL 36527

> *Re:    Insured: DNB Investments LLC*
> *Insurer: GeoVera Advantage Insurance Services, Inc.*
> *Property Address: 25829 Argonne Dr. Daphne AL 36526*
> *Date of Loss: October 29, 2020*
> *Claim No.: 2024229243*
> *Policy No.: GC90041253*

## NOTICE OF COURT-APPOINTED UMPIRE REQUEST

Dear Ms. Bolin:

Please be advised that my client DNB Investments LLC ("DNB") is moving forward with requesting a court-appointed umpire because your client GeoVera Advantage Insurance Services, Inc. ("GeoVera") has elected to breach the Appraisal Clause of Policy No. GC90041253 (the "Policy").

As GeoVera knows, DNB's counsel sent a Demand for Appraisal letter under the Policy on November 5, 2022. In this letter, DNB selected Geoffrey Tibbils as its competent, disinterested appraiser, noting that Mr. Tibbils can be reached by email at gt@irwinclaims.com or by phone at (985)-773-2800. Since this letter, GeoVera has refused to name an appraiser in breach of the Policy, far exceeding the twenty-day period for a party to select a competent and impartial appraiser upon the other party's written demand.

As communicated in an email from DNB's counsel to GeoVera's counsel on March 24, 2023, nothing in the Policy permits a party to refuse to appoint an appraiser once the other party has demanded appraisal. As a result of GeoVera's repeated breach, DNB must now move forward with requesting a court-appointed umpire.

EXHIBIT L

Finally, GeoVera's delay has also forced DNB to select a new appraiser since Mr. Tibbels is no longer available.  DNB selects Jon Pruitt as its competent, disinterested appraiser.  Mr. Pruitt can be reached via email at jpruitt@addisonriley.com or by phone at (850) 426-1241.

If you have any questions, please contact me at (251) 604-1123 or tom@benton-law.com.

Sincerely,

Thomas H. Benton, Jr.

THB/