# Kim B. Howard

| | |
|---|---|
| **From:** | Ashley Harrison <ashley@benton-law.com> |
| **Sent:** | Tuesday, January 2, 2024 4:42 PM |
| **To:** | Christina M. Bolin |
| **Cc:** | Tom Benton |
| **Subject:** | DNB Investments LLC/GeoVera Advantage Insurance Services, Inc. |
| **Attachments:** | 2023 12 28 Order re Court's Appointed Umpire.pdf |

[External]

Good afternoon,

Please see the attached Order that was emailed to us by Judge Stankoski in the above-referenced matter.

I wanted to make sure you received this since it was sent by email.

Ashley J. Harrison
Paralegal
Benton Law Firm, LLC
169 Dauphin Street, Suite 300
Mobile, AL 36602
(251) 402-3767
ashley@benton-law.com

EXHIBIT N