## Kim B. Howard

| | |
|---|---|
| **From:** | Ashley Harrison <ashley@benton-law.com> |
| **Sent:** | Tuesday, January 2, 2024 4:56 PM |
| **To:** | Christina M. Bolin |
| **Cc:** | Tom Benton; Kim B. Howard |
| **Subject:** | RE: DNB Investments LLC/GeoVera Advantage Insurance Services, Inc. |
| **Attachments:** | 2023 12 27 THB to Judge re DNB v. GeoVera - Umpire Appointment Request.pdf |

[External]

See the attached.

Ashley J. Harrison
Paralegal
Benton Law Firm, LLC
169 Dauphin Street, Suite 300
Mobile, AL 36602
(251) 402-3767
ashley@benton-law.com

**From:** Christina M. Bolin <cmbolin@csattorneys.com>
**Sent:** Tuesday, January 2, 2024 4:44 PM
**To:** Ashley Harrison <ashley@benton-law.com>
**Cc:** Tom Benton <tom@benton-law.com>; Kim B. Howard <kbhoward@csattorneys.com>
**Subject:** RE: DNB Investments LLC/GeoVera Advantage Insurance Services, Inc.

Can you send me what you sent to Judge Stankoski please?

**From:** Ashley Harrison <ashley@benton-law.com>
**Sent:** Tuesday, January 2, 2024 4:42 PM
**To:** Christina M. Bolin <cmbolin@csattorneys.com>
**Cc:** Tom Benton <tom@benton-law.com>
**Subject:** DNB Investments LLC/GeoVera Advantage Insurance Services, Inc.

[External]

Good afternoon,

Please see the attached Order that was emailed to us by Judge Stankoski in the above-referenced matter.

I wanted to make sure you received this since it was sent by email.

Ashley J. Harrison
Paralegal
Benton Law Firm, LLC

1

EXHIBIT O

169 Dauphin Street, Suite 300
Mobile, AL 36602
(251) 402-3767
ashley@benton-law.com