

**CONSTRUCTION**
**CONSULTING**
**ROOFING**

**Locations:**
**Jacksonville**
**Pensacola**
**Miami**

# Appraisal Award

| | |
|---|---|
| Policy Holder: | DNB Investments |
| Insurer/Carrier: | GeoVera Advantage Insurance Services. INC. |
| Claim Number: | 2024229243 |
| Policy Number: | GC90041253 |
| Loss Location: | 25829 Argonne Dr. Daphne, AL 36526 |
| Date of Loss: | 10/29/2020 |

We, the undersigned appraisal panel members, have investigated and considered all the material facts and available information pertaining to this claim, and have decided on an Appraisal Award as described below, including the attached detailed breakdown:

| Description of Coverage Appraised | Award Amount | |
|---|---|---|
| | RCV Amount | ACV Amount |
| Dwelling | $88,464.23 | $79,491.82 |
| Contents | $0.00 | $0.00 |
| Ordinance and/or Law | $0.00 | $0.00 |
| Loss of Use/Additional Living Expenses | $0.00 | $0.00 |
| | | |

This Appraisal Award shall be valid and binding upon all parties concerned, if at least two of the three appraisal panel members concur in a decision, as evidenced by their signatures below.

The accompanying Umpire Estimate is part and parcel to the award. This Appraisal Award does not include, nor does this Appraisal Award account for or deduct, the insured(s)' deductible and/or any prior or advance payments that were made to the insured(s) by this insurer or any other insurer, if any. Additionally, this Appraisal Award does not consider any limitations or exclusions, which may or may not exist under the terms of the applicable insurance policy. This award does not consider attorney's fees, costs, nor interest.

All executed copies shall be considered as counterpart originals.

WE AGREE TO THE ABOVE:

_____     _____
Appraiser for the Carrier(s): Charlie Baker          11/11/2024                  Date

_____     _____
Appraiser for the Insured(s): Jon Pruitt             11-11-2024                  Date

_____     _____
Umpire:                                              Date

*NOTE*: Policy language for depreciation and coverage shall supersede this award and will be the sole responsibility of the Carrier for proper application. The panel reserves the right to revisit this award if errors or concerns are found at a later date.



## Addison Riley

FL: CBC1261672
FL: CCC1332222
AL: 25802

|  |  |  |  |
|---|---|---|---|
| Insured: | DNB Investments, LLC | Home: | (251) 623-0660 |
| Property: | Argonne Drive | | |
| | Daphne, AL 36526 | | |

|  |  |  |  |
|---|---|---|---|
| Claim Rep.: | Jon Pruitt | Business: | (850) 426-1241 |
| Company: | Addison Riley, LLC | | |
| Business: | 10 E Texar | | |
| | Pensacola , FL 32503 | | |

|  |  |  |  |
|---|---|---|---|
| Estimator: | Jon Pruitt | Business: | (850) 426-1241 |
| Company: | Addison Riley, LLC | | |
| Business: | 10 E Texar | | |
| | Pensacola , FL 32503 | | |

**Claim Number:** 2024229243          **Policy Number:** GC90041253          **Type of Loss:** Water Damage

| Date of Loss: | 10/29/2020 12:00 AM | Date Received: | |
|---|---|---|---|
| Date Inspected: | 12/29/2022 12:00 AM | Date Entered: | 12/27/2022 1:39 PM |

| Price List: | ALMB8X_JAN24 |
|---|---|
| | Restoration/Service/Remodel |
| Estimate: | READY1 |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

**READY1**

**1st Floor**

### 1st Floor

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Apply plant-based anti-microbial agent to more than the floor | 1,798.48 SF | | 0.00 | 0.31 | 11.82 | 113.86 | 683.21 |
| *Per carrier estimate* | | | | | | | |
| 2. Water extraction from hard surface floor | 1,263.23 SF | | 0.00 | 0.25 | 0.00 | 63.16 | 378.97 |
| *Per Carrier estimate* | | | | | | | |
| Total: 1st Floor | | | | | 11.82 | 177.02 | 1,062.18 |



**Hall Bathroom**                                                                                   **Height: 7' 7''**

| | | |
|---|---|---|
| 214.67 SF Walls | | 52.44 SF Ceiling |
| 267.11 SF Walls & Ceiling | | 52.44 SF Floor |
| 5.83 SY Flooring | | 28.00 LF Floor Perimeter |
| 30.33 LF Ceil. Perimeter | | |

**Door**                            **2' 4" X 6' 7"**                       **Opens into HALLWAY_2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 3. R&R 1/2" - drywall per LF - up to 2' tall | 28.00 LF | | 2.79 | 12.19 | 4.84 | 84.84 | 509.12 |
| 4. Texture drywall - light hand texture | 158.67 SF | | 0.00 | 1.16 | 1.04 | 37.02 | 222.12 |
| 5. Seal/prime (1 coat) then paint (2 coats) the walls | 214.67 SF | | 0.00 | 1.47 | 8.46 | 64.82 | 388.84 |
| 6. Mask and prep for paint - plastic, paper, tape (per LF) | 30.33 LF | | 0.00 | 1.51 | 0.90 | 9.34 | 56.04 |
| **Doors** | | | | | | | |
| 7. R&R Interior door - Colonist - pre-hung unit | 1.00 EA | | 23.34 | 306.14 | 27.07 | 71.30 | 427.85 |
| 8. Seal & paint door slab only (per side) | 2.00 EA | | 0.00 | 43.02 | 2.12 | 17.62 | 105.78 |
| 9. Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 35.23 | 1.27 | 14.36 | 86.09 |
| **MEPs.** | | | | | | | |
| 10. R&R Vanity | 4.10 LF | | 9.35 | 231.49 | 86.07 | 214.70 | 1,288.22 |
| 11. Toe kick - pre-finished wood - 1/2" | 5.00 LF | | 0.00 | 9.44 | 2.34 | 9.90 | 59.44 |
| Allowance for vanity. | | | | | | | |
| 12. Vanity top - Detach & reset | 4.10 LF | | 0.00 | 27.83 | 0.12 | 22.84 | 137.06 |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

**CONTINUED - Hall Bathroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 13. Sink - single - Detach & reset | 1.00 EA | | 0.00 | 182.15 | 0.07 | 36.46 | 218.68 |
| 14. Clean sink and faucet - Heavy | 1.00 EA | | 0.00 | 28.32 | 0.01 | 5.66 | 33.99 |
| 15. Toilet - Detach & reset | 1.00 EA | | 0.00 | 297.08 | 1.04 | 59.62 | 357.74 |
| 16. Clean toilet - Heavy | 1.00 EA | | 0.00 | 35.80 | 0.01 | 7.16 | 42.97 |
| 17. R&R Angle stop valve | 3.00 EA | | 6.22 | 45.45 | 4.10 | 31.84 | 190.95 |
| 18. R&R Plumbing fixture supply line | 3.00 EA | | 6.22 | 23.71 | 2.38 | 18.44 | 110.61 |
| 19. R&R P-trap assembly - ABS (plastic) | 1.00 EA | | 9.34 | 74.07 | 0.89 | 16.86 | 101.16 |
| 20. Bathroom mirror - Detach & reset | 12.00 SF | | 0.00 | 9.75 | 0.00 | 23.40 | 140.40 |
| 21. Clean mirror - Heavy | 12.00 SF | | 0.00 | 1.19 | 0.01 | 2.86 | 17.15 |
| 22. Light fixture - Detach & reset | 1.00 EA | | 0.00 | 61.47 | 0.00 | 12.30 | 73.77 |
| 23. Clean light bar - Heavy | 1.00 EA | | 0.00 | 29.73 | 0.01 | 5.94 | 35.68 |
| 24. Towel ring - Detach & reset | 1.00 EA | | 0.00 | 18.64 | 0.00 | 3.72 | 22.36 |
| **Base/Trim** | | | | | | | |
| 25. R&R Baseboard - 3 1/4" | 28.00 LF | | 0.57 | 3.88 | 5.86 | 26.10 | 156.56 |
| 26. Paint baseboard - two coats | 28.00 LF | | 0.00 | 1.61 | 0.52 | 9.12 | 54.72 |
| 27. R&R Quarter round - 3/4" | 28.00 LF | | 0.21 | 1.86 | 3.00 | 12.20 | 73.16 |
| 28. Seal & paint base shoe or quarter round | 28.00 LF | | 0.00 | 0.89 | 0.40 | 5.06 | 30.38 |
| **Floors** | | | | | | | |
| 29. Clean floor - Heavy | 52.44 SF | | 0.00 | 0.73 | 0.06 | 7.68 | 46.02 |
| 30. Remove Vinyl floor covering (sheet goods) | 52.44 SF | | 1.15 | 0.00 | 0.00 | 12.06 | 72.37 |
| *Per the carrier estimate there is vinyl under the tile* | | | | | | | |
| 31. R&R Tile floor covering | 52.44 SF | | 3.11 | 9.06 | 29.74 | 133.58 | 801.52 |
| 32. Floor protection - heavy paper and tape | 52.44 SF | | 0.38 | 0.00 | 0.40 | 4.06 | 24.39 |
| **Misc.** | | | | | | | |
| 33. Floor protection - cardboard and tape | 1.00 SF | | 0.00 | 0.69 | 0.03 | 0.14 | 0.86 |
| 34. Content Manipulation charge - per hour | 2.00 HR | | 0.00 | 48.37 | 0.00 | 19.34 | 116.08 |
| 35. Texture drywall - machine | 214.67 SF | | 0.00 | 0.81 | 1.41 | 35.06 | 210.35 |
| Totals: Hall Bathroom | | | | | 184.17 | 1,035.40 | 6,212.43 |



**Addison Riley**
Forensics
Appraisals
Construction

FL: CBC1261672
FL: CCC1332222
AL: 25802



| Foyer/Entry | | Height: 7' 7'' |
|---|---|---|
| 75.12 SF Walls | | 38.03 SF Ceiling |
| 113.15 SF Walls & Ceiling | | 38.03 SF Floor |
| 4.23 SY Flooring | | 8.92 LF Floor Perimeter |
| 16.42 LF Ceil. Perimeter | | |

| **Door** | **3' X 6' 7''** | **Opens into Exterior** |
| **Missing Wall** | **5' 8 1/16'' X 7' 7''** | **Opens into DINING_ROOM** |
| **Door** | **2' 6'' X 6' 7''** | **Opens into Exterior** |



| Subroom: Hallway 1 (3) | | Height: 7' 7'' |
|---|---|---|
| 127.12 SF Walls | | 25.50 SF Ceiling |
| 152.62 SF Walls & Ceiling | | 25.50 SF Floor |
| 2.83 SY Flooring | | 16.50 LF Floor Perimeter |
| 18.50 LF Ceil. Perimeter | | |

| **Door** | **2' X 6' 7''** | **Opens into CLOSET1** |
| **Missing Wall** | **2' 10'' X 7' 7''** | **Opens into FOYER_ENTRY** |
| **Missing Wall** | **2' 10'' X 7' 7''** | **Opens into LIVING_ROOM** |



| Subroom: Foyer Closet (1) | | Height: 7' 7'' |
|---|---|---|
| 77.83 SF Walls | | 8.83 SF Ceiling |
| 86.66 SF Walls & Ceiling | | 8.83 SF Floor |
| 0.98 SY Flooring | | 10.00 LF Floor Perimeter |
| 12.00 LF Ceil. Perimeter | | |

| **Door** | **2' X 6' 7''** | **Opens into FOYER_ENTRY** |



| Subroom: Closet (2) | | Height: 7' 7'' |
|---|---|---|
| 100.58 SF Walls | | 12.70 SF Ceiling |
| 113.28 SF Walls & Ceiling | | 12.70 SF Floor |
| 1.41 SY Flooring | | 13.00 LF Floor Perimeter |
| 15.00 LF Ceil. Perimeter | | |

| **Door** | **2' X 6' 7''** | **Opens into HALLWAY_1** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

<u>Walls</u>



**Forensics Appraisals Construction**

## Addison Riley

FL: CBC1261672
FL: CCC1332222
AL: 25802

**CONTINUED - Foyer/Entry**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 36. R&R 1/2" - drywall per LF - up to 2' tall | 1.00 LF | | 2.79 | 12.19 | 0.17 | 3.04 | 18.19 |
| 37. Texture drywall - light hand texture | 283.83 SF | | 0.00 | 1.16 | 1.86 | 66.22 | 397.32 |
| 38. Texture drywall - machine | 380.66 SF | | 0.00 | 0.81 | 2.50 | 62.16 | 372.99 |
| 39. Seal/prime (1 coat) then paint (2 coats) the walls | 380.66 SF | | 0.00 | 1.47 | 15.01 | 114.92 | 689.50 |
| 40. Mask and prep for paint - plastic, paper, tape (per LF) | 61.92 LF | | 0.00 | 1.51 | 1.83 | 19.06 | 114.39 |
| **Doors** | | | | | | | |
| 41. R&R Interior door - Colonist - pre-hung unit | 3.00 EA | | 23.34 | 306.14 | 81.21 | 213.92 | 1,283.57 |
| 42. Exterior door slab - Detach & reset | 1.00 EA | | 0.00 | 25.42 | 0.00 | 5.08 | 30.50 |
| 43. Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00 EA | | 0.00 | 172.76 | 13.31 | 37.22 | 223.29 |
| 44. Seal & paint door slab only (per side) | 6.00 EA | | 0.00 | 43.02 | 6.35 | 52.90 | 317.37 |
| 45. Prime & paint door slab only - exterior (per side) | 2.00 EA | | 0.00 | 51.76 | 3.79 | 21.46 | 128.77 |
| 46. Seal & paint door/window trim & jamb - (per side) | 3.00 EA | | 0.00 | 35.23 | 1.91 | 21.52 | 129.12 |
| **Base/Trim** | | | | | | | |
| 47. R&R Baseboard - 3 1/4" | 48.42 LF | | 0.57 | 3.88 | 10.13 | 45.12 | 270.72 |
| 48. Paint baseboard - two coats | 48.42 LF | | 0.00 | 1.61 | 0.90 | 15.78 | 94.64 |
| 49. R&R Quarter round - 3/4" | 48.42 LF | | 0.21 | 1.86 | 5.20 | 21.10 | 126.53 |
| 50. Seal & paint base shoe or quarter round | 48.42 LF | | 0.00 | 0.89 | 0.69 | 8.76 | 52.54 |
| **Floors** | | | | | | | |
| 51. Remove T- molding - for wood flooring | 3.00 LF | | 0.48 | 0.00 | 0.00 | 0.28 | 1.72 |
| 52. Tear out non-salv wood floor & bag - Category 3 water | 85.06 SF | | 5.82 | 0.00 | 0.74 | 99.16 | 594.95 |
| 53. Clean floor - Heavy | 85.06 SF | | 0.00 | 0.73 | 0.09 | 12.44 | 74.62 |
| 54. Snaplock Laminate - simulated wood flooring | 85.06 SF | | 0.00 | 5.89 | 32.41 | 106.68 | 640.09 |
| 55. R&R Vapor barrier - visqueen - 6mil | 85.06 SF | | 0.10 | 0.30 | 0.65 | 6.94 | 41.62 |
| 56. T- molding - for wood flooring | 1.00 LF | | 0.00 | 7.69 | 0.77 | 1.70 | 10.16 |
| **Misc.** | | | | | | | |
| 57. Content Manipulation charge - per hour | 1.00 HR | | 0.00 | 48.37 | 0.00 | 9.68 | 58.05 |
| 58. Floor protection - cardboard and tape | 1.00 SF | | 0.00 | 0.69 | 0.03 | 0.14 | 0.86 |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

**CONTINUED - Foyer/Entry**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Foyer/Entry | | | | | 179.55 | 945.28 | 5,671.51 |



### Living Room                                                    Height: Tray

|  |  |
|---|---|
| 324.03 SF Walls | 278.69 SF Ceiling |
| 602.72 SF Walls & Ceiling | 248.03 SF Floor |
| 27.56 SY Flooring | 41.92 LF Floor Perimeter |
| 48.08 LF Ceil. Perimeter | |

| **Door** | **6' 2" X 6' 7"** | **Opens into Exterior** |
|---|---|---|
| **Missing Wall** | **2' 10" X 7' 7"** | **Opens into HALLWAY_1** |
| **Missing Wall** | **9' 4" X 7' 7"** | **Opens into KITCHEN** |



### Subroom: Hallway 2 (1)                                         Height: 7' 7"

|  |  |
|---|---|
| 111.55 SF Walls | 35.75 SF Ceiling |
| 147.30 SF Walls & Ceiling | 35.75 SF Floor |
| 3.97 SY Flooring | 13.08 LF Floor Perimeter |
| 25.42 LF Ceil. Perimeter | |

| **Missing Wall** | **3' 3" X 7' 7"** | **Opens into LIVING_ROOM** |
|---|---|---|
| **Door** | **2' 6" X 6' 7"** | **Opens into BEDROOM_1** |
| **Door** | **2' 6" X 6' 7"** | **Opens into BEDROOM_3** |
| **Door** | **2' 6" X 6' 7"** | **Opens into LAUNDRY_ROOM** |
| **Door** | **2' 6" X 6' 7"** | **Opens into MASTER_BEDR2** |
| **Door** | **2' 4" X 6' 7"** | **Opens into HALL_BATHROO** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 59. R&R 1/2" - drywall per LF - up to 2' tall | 55.00 LF | | 2.79 | 12.19 | 9.52 | 166.70 | 1,000.12 |
| 60. Texture drywall - light hand texture | 325.58 SF | | 0.00 | 1.16 | 2.14 | 75.96 | 455.77 |
| 61. Texture drywall - machine | 435.58 SF | | 0.00 | 0.81 | 2.86 | 71.14 | 426.82 |
| 62. Seal/prime (1 coat) then paint (2 coats) the walls | 435.58 SF | | 0.00 | 1.47 | 17.17 | 131.50 | 788.97 |
| 63. Mask and prep for paint - plastic, paper, tape (per LF) | 73.50 LF | | 0.00 | 1.51 | 2.17 | 22.64 | 135.80 |
| **Doors** | | | | | | | |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

### CONTINUED - Living Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 64. Paint French door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 79.84 | 1.11 | 16.18 | 97.13 |
| 65. Door lockset & deadbolt - exterior - Detach & reset | 1.00 EA | | 0.00 | 33.57 | 0.00 | 6.72 | 40.29 |
| 66. R&R French double door set - Interior - pre-hung unit | 1.00 EA | | 28.72 | 806.54 | 77.67 | 182.58 | 1,095.51 |
| 67. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | | 0.00 | 41.45 | 0.78 | 8.46 | 50.69 |
| **Base/Trim** | | | | | | | |
| 68. Mask and prep for paint - tape only (per LF) | 55.00 LF | | 0.00 | 0.66 | 0.30 | 7.32 | 43.92 |
| 69. R&R Baseboard - 3 1/4" | 55.00 LF | | 0.57 | 3.88 | 11.50 | 51.26 | 307.51 |
| 70. Paint baseboard - two coats | 55.00 LF | | 0.00 | 1.61 | 1.02 | 17.92 | 107.49 |
| 71. R&R Quarter round - 3/4" | 55.00 LF | | 0.21 | 1.86 | 5.90 | 23.96 | 143.71 |
| 72. Seal & paint base shoe or quarter round | 55.00 LF | | 0.00 | 0.89 | 0.78 | 9.96 | 59.69 |
| **Floors** | | | | | | | |
| 73. Remove T- molding - for wood flooring | 21.00 LF | | 0.48 | 0.00 | 0.00 | 2.02 | 12.10 |
| 74. Tear out non-salv wood floor & bag - Category 3 water | 283.78 SF | | 5.82 | 0.00 | 2.49 | 330.82 | 1,984.91 |
| 75. Clean floor - Heavy | 283.78 SF | | 0.00 | 0.73 | 0.31 | 41.50 | 248.97 |
| 76. Snaplock Laminate - simulated wood flooring | 283.78 SF | | 0.00 | 5.89 | 108.14 | 355.92 | 2,135.52 |
| 77. R&R Vapor barrier - visqueen - 6mil | 283.78 SF | | 0.10 | 0.30 | 2.17 | 23.14 | 138.82 |
| 78. T- molding - for wood flooring | 21.00 LF | | 0.00 | 7.69 | 16.19 | 35.54 | 213.22 |
| **Misc.** | | | | | | | |
| 79. Content Manipulation charge - per hour | 6.00 HR | | 0.00 | 48.37 | 0.00 | 58.04 | 348.26 |
| 80. Floor protection - heavy paper and tape | 283.78 SF | | 0.38 | 0.00 | 2.17 | 22.00 | 132.01 |

Totals:  Living Room                                                                  264.39      1,661.28      9,967.23



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802



| Kitchen | Height: 7' 7" |
|---|---|
| 211.53  SF Walls | 109.86  SF Ceiling |
| 321.40  SF Walls & Ceiling | 109.86  SF Floor |
| 12.21  SY Flooring | 28.92  LF Floor Perimeter |
| 28.92  LF Ceil. Perimeter | |

| **Missing Wall** | **3' 11" X 7' 7"** | **Opens into DINING_ROOM** |
|---|---|---|
| **Window** | **3' X 2' 7"** | **Opens into Exterior** |
| **Missing Wall** | **9' 4" X 7' 7"** | **Opens into LIVING_ROOM** |

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | | |
| 81.  R&R 1/2" - drywall per LF - up to 2' tall | 28.92 | LF | | 2.79 | 12.19 | 5.00 | 87.64 | 525.86 |
| 82.  Texture drywall - light hand texture | 153.70 | SF | | 0.00 | 1.16 | 1.01 | 35.86 | 215.16 |
| 83.  Texture drywall - machine | 211.53 | SF | | 0.00 | 0.81 | 1.39 | 34.54 | 207.27 |
| 84.  Seal/prime (1 coat) then paint (2 coats) the walls | 211.53 | SF | | 0.00 | 1.47 | 8.34 | 63.86 | 383.15 |
| 85.  Mask and prep for paint - plastic, paper, tape (per LF) | 28.92 | LF | | 0.00 | 1.51 | 0.86 | 8.92 | 53.45 |
| **Doors** | | | | | | | | |
| 86.  R&R Interior door - Colonist - pre-hung unit | 1.00 | EA | | 23.34 | 306.14 | 27.07 | 71.30 | 427.85 |
| 87.  Door knob/lockset - Detach & reset | 1.00 | EA | | 0.00 | 23.98 | 0.00 | 4.80 | 28.78 |
| 88.  Seal & paint door slab only (per side) | 2.00 | EA | | 0.00 | 43.02 | 2.12 | 17.62 | 105.78 |
| 89.  Seal & paint door/window trim & jamb - (per side) | 1.00 | EA | | 0.00 | 35.23 | 0.64 | 7.16 | 43.03 |
| **Cabinets** | | | | | | | | |
| 90.  R&R Countertop - Granite or Marble | 30.82 | SF | | 6.71 | 66.15 | 102.49 | 469.60 | 2,817.63 |
| 91.  R&R Cabinetry - lower (base) units - High grade | 15.41 | LF | | 9.35 | 291.04 | 423.98 | 1,010.60 | 6,063.59 |
| 92.  R&R Cabinetry - upper (wall) units - High grade | 19.00 | LF | | 9.35 | 208.55 | 351.13 | 898.26 | 5,389.49 |
| **MEPs.** | | | | | | | | |
| 93.  Sink - double basin - Detach & reset | 1.00 | EA | | 0.00 | 194.83 | 0.10 | 38.98 | 233.91 |
| 94.  Clean sink - double and faucet | 1.00 | EA | | 0.00 | 31.14 | 0.00 | 6.22 | 37.36 |
| 95.  Detach & Reset P-trap assembly - ABS (plastic) | 1.00 | EA | 72.55 | 0.00 | 0.00 | 0.00 | 14.52 | 87.07 |
| 96.  Refrigerator - Remove & reset | 1.00 | EA | | 0.00 | 51.89 | 0.00 | 10.38 | 62.27 |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

<div align="center">CONTINUED - Kitchen</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 97. Dishwasher - Detach & reset | 1.00 EA | | 0.00 | 283.68 | 0.00 | 56.74 | 340.42 |
| 98. Range - electric - Remove & reset | 1.00 EA | | 0.00 | 38.93 | 0.00 | 7.78 | 46.71 |
| 99. Microwave oven - over range or drawer type- Detach & reset | 1.00 EA | | 0.00 | 143.72 | 0.00 | 28.74 | 172.46 |
| **Base/Trim** | | | | | | | |
| 100. Mask and prep for paint - tape only (per LF) | 28.92 LF | | 0.00 | 0.66 | 0.16 | 3.86 | 23.11 |
| 101. R&R Baseboard - 3 1/4" | 28.92 LF | | 0.57 | 3.88 | 6.05 | 26.96 | 161.70 |
| 102. Paint baseboard - two coats | 28.92 LF | | 0.00 | 1.61 | 0.54 | 9.42 | 56.52 |
| 103. R&R Quarter round - 3/4" | 28.92 LF | | 0.21 | 1.86 | 3.10 | 12.60 | 75.56 |
| 104. Seal & paint base shoe or quarter round | 28.92 LF | | 0.00 | 0.89 | 0.41 | 5.22 | 31.37 |
| 105. Toe kick - pre-finished wood - 1/2" | 26.00 LF | | 0.00 | 9.44 | 12.19 | 51.52 | 309.15 |
| **Floors** | | | | | | | |
| 106. Tear out non-salv wood floor & bag - Category 3 water | 109.86 SF | | 5.82 | 0.00 | 0.96 | 128.08 | 768.43 |
| 107. Clean floor - Heavy | 109.86 SF | | 0.00 | 0.73 | 0.12 | 16.06 | 96.38 |
| 108. Snaplock Laminate - simulated wood flooring | 109.86 SF | | 0.00 | 5.89 | 41.86 | 137.80 | 826.74 |
| 109. R&R Vapor barrier - visqueen - 6mil | 109.86 SF | | 0.10 | 0.30 | 0.84 | 8.96 | 53.75 |
| 110. T- molding - for wood flooring | 1.00 LF | | 0.00 | 7.69 | 0.77 | 1.70 | 10.16 |
| **Misc.** | | | | | | | |
| 111. Content Manipulation charge - per hour | 5.00 HR | | 0.00 | 48.37 | 0.00 | 48.38 | 290.23 |
| 112. Floor protection - cardboard and tape | 1.00 SF | | 0.00 | 0.69 | 0.03 | 0.14 | 0.86 |

| Totals: Kitchen | | | | | 991.16 | 3,324.22 | 19,945.20 |
|---|---|---|---|---|---|---|---|



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802



| Dining Room | Height: 7' 7" |
|---|---|
| 243.74  SF Walls | 126.25  SF Ceiling |
| 369.99  SF Walls & Ceiling | 126.25  SF Floor |
| 14.03  SY Flooring | 35.83  LF Floor Perimeter |
| 35.83  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | **3' X 4' 8"** | **Opens into Exterior** |
| **Window** | **3' X 4' 8"** | **Opens into Exterior** |
| **Missing Wall** | **3' 11" X 7' 7"** | **Opens into KITCHEN** |
| **Missing Wall** | **5' 8 1/16" X 7' 7"** | **Opens into FOYER_ENTRY** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 113.  R&R 1/2" - drywall per LF - up to 2' tall | 35.83 LF | | 2.79 | 12.19 | 6.20 | 108.60 | 651.54 |
| 114.  Texture drywall - light hand texture | 172.07 SF | | 0.00 | 1.16 | 1.13 | 40.14 | 240.87 |
| 115.  Texture drywall - machine | 243.74 SF | | 0.00 | 0.81 | 1.60 | 39.80 | 238.83 |
| 116.  Seal/prime (1 coat) then paint (2 coats) the walls | 243.74 SF | | 0.00 | 1.47 | 9.61 | 73.58 | 441.49 |
| 117.  Mask and prep for paint - plastic, paper, tape (per LF) | 35.83 LF | | 0.00 | 1.51 | 1.06 | 11.04 | 66.20 |
| **Doors** | | | | | | | |
| 118.  R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 2.00 EA | | 7.82 | 172.76 | 26.62 | 77.54 | 465.32 |
| 119.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | | 0.00 | 35.23 | 2.55 | 28.70 | 172.17 |
| **Base/Trim** | | | | | | | |
| 120.  Mask and prep for paint - tape only (per LF) | 35.83 LF | | 0.00 | 0.66 | 0.20 | 4.78 | 28.63 |
| 121.  R&R Baseboard - 3 1/4" | 35.83 LF | | 0.57 | 3.88 | 7.49 | 33.38 | 200.31 |
| 122.  Paint baseboard - two coats | 35.83 LF | | 0.00 | 1.61 | 0.67 | 11.68 | 70.04 |
| 123.  R&R Quarter round - 3/4" | 35.83 LF | | 0.21 | 1.86 | 3.84 | 15.58 | 93.58 |
| 124.  Seal & paint base shoe or quarter round | 35.83 LF | | 0.00 | 0.89 | 0.51 | 6.48 | 38.88 |
| **Floors** | | | | | | | |
| 125.  Tear out non-salv wood floor & bag - Category 3 water | 126.25 SF | | 5.82 | 0.00 | 1.11 | 147.18 | 883.07 |
| 126.  Clean floor - Heavy | 126.25 SF | | 0.00 | 0.73 | 0.14 | 18.46 | 110.76 |
| 127.  Snaplock Laminate - simulated wood flooring | 126.25 SF | | 0.00 | 5.89 | 48.11 | 158.34 | 950.06 |
| 128.  R&R Vapor barrier - visqueen - 6mil | 126.25 SF | | 0.10 | 0.30 | 0.97 | 10.30 | 61.78 |



**Addison Riley**

Forensics
Appraisals
Construction

FL: CBC1261672
FL: CCC1332222
AL: 25802

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Misc.** | | | | | | | |
| 129.  Content Manipulation charge - per hour | 5.00 HR | | 0.00 | 48.37 | 0.00 | 48.38 | 290.23 |
| 130.  Floor protection - heavy paper and tape | 126.25 SF | | 0.38 | 0.00 | 0.97 | 9.80 | 58.75 |
| Totals:  Dining Room | | | | | 112.78 | 843.76 | 5,062.51 |



**Master Bedroom**                                                    **Height: 7' 7''**

| | |
|---|---|
| 370.64  SF Walls | 192.81  SF Ceiling |
| 563.44  SF Walls & Ceiling | 192.81  SF Floor |
| 21.42  SY Flooring | 51.67  LF Floor Perimeter |
| 58.50  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 4'' X 6' 7''** | **Opens into MASTER_BATHR** |
| **Door** | **2' 6'' X 6' 7''** | **Opens into HALLWAY_2** |
| **Window** | **3' X 4' 8''** | **Opens into Exterior** |
| **Window** | **3' X 4' 8''** | **Opens into Exterior** |



**Subroom:  Master Closet (1)**                                      **Height: 7' 7''**

| | |
|---|---|
| 171.36  SF Walls | 34.50  SF Ceiling |
| 205.86  SF Walls & Ceiling | 34.50  SF Floor |
| 3.83  SY Flooring | 22.33  LF Floor Perimeter |
| 24.33  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' X 6' 7''** | **Opens into MASTER_BEDR2** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 131.  R&R 1/2'' - drywall per LF - up to 2' tall | 74.00 LF | | 2.79 | 12.19 | 12.80 | 224.28 | 1,345.60 |
| 132.  Texture drywall - light hand texture | 394.00 SF | | 0.00 | 1.16 | 2.59 | 91.92 | 551.55 |
| 133.  Texture drywall - machine | 542.00 SF | | 0.00 | 0.81 | 3.56 | 88.52 | 531.10 |
| 134.  Seal/prime (1 coat) then paint (2 coats) the walls | 542.00 SF | | 0.00 | 1.47 | 21.37 | 163.62 | 981.73 |
| 135.  Mask and prep for paint - plastic, paper, tape (per LF) | 82.83 LF | | 0.00 | 1.51 | 2.45 | 25.52 | 153.04 |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

**CONTINUED - Master Bedroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Doors** | | | | | | | |
| 136. R&R Interior door - Colonist - pre-hung unit | 1.00 EA | | 23.34 | 306.14 | 27.07 | 71.30 | 427.85 |
| 137. Door knob/lockset - Detach & reset | 1.00 EA | | 0.00 | 23.98 | 0.00 | 4.80 | 28.78 |
| 138. Crown molding - 3 1/4" | 17.00 LF | | 0.00 | 4.76 | 3.93 | 16.96 | 101.81 |
| 139. Seal & paint door slab only (per side) | 2.00 EA | | 0.00 | 43.02 | 2.12 | 17.62 | 105.78 |
| 140. Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 35.23 | 1.27 | 14.36 | 86.09 |
| **Base/Trim** | | | | | | | |
| 141. Mask and prep for paint - tape only (per LF) | 74.00 LF | | 0.00 | 0.66 | 0.41 | 9.84 | 59.09 |
| 142. R&R Baseboard - 3 1/4" | 74.00 LF | | 0.57 | 3.88 | 15.48 | 68.96 | 413.74 |
| 143. Paint baseboard - two coats | 74.00 LF | | 0.00 | 1.61 | 1.38 | 24.10 | 144.62 |
| **Floors** | | | | | | | |
| 144. Tear out wet non-salvageable carpet, cut/bag - Cat 3 water | 1.00 EA | | 0.00 | 1.18 | 0.05 | 0.26 | 1.49 |
| 145. Tear out wet carpet pad, cut/bag - Category 3 water | 1.00 EA | | 0.00 | 1.10 | 0.05 | 0.24 | 1.39 |
| 146. Clean floor - Heavy | 227.31 SF | | 0.00 | 0.73 | 0.25 | 33.24 | 199.43 |
| 147. Carpet | 289.08 SF | | 0.00 | 3.13 | 72.80 | 195.52 | 1,173.14 |
| 148. Carpet pad - High grade | 227.31 SF | | 0.00 | 0.92 | 19.91 | 45.80 | 274.84 |
| **Misc.** | | | | | | | |
| 149. Content Manipulation charge - per hour | 5.00 HR | | 0.00 | 48.37 | 0.00 | 48.38 | 290.23 |
| 150. Floor protection - heavy paper and tape | 227.31 SF | | 0.38 | 0.00 | 1.74 | 17.62 | 105.74 |
| Totals: Master Bedroom | | | | | 189.23 | 1,162.86 | 6,977.04 |



| Master Bathroom | | Height: 7' 7" |
|---|---|---|
| 316.18 SF Walls | | 70.06 SF Ceiling |
| 386.24 SF Walls & Ceiling | | 70.06 SF Floor |
| 7.78 SY Flooring | | 41.17 LF Floor Perimeter |
| 45.17 LF Ceil. Perimeter | | |

| **Door** | **2' 4" X 6' 7"** | **Opens into MASTER_BEDR2** |
|---|---|---|



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

**CONTINUED - Master Bathroom**



| Subroom:  Closet (1) | | | | | | Height: 7' 7" |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 58.54  SF Walls | | | | 5.11  SF Ceiling | | |
| 63.65  SF Walls & Ceiling | | | | 5.11  SF Floor | | |
| 0.57  SY Flooring | | | | 7.50  LF Floor Perimeter | | |
| 9.17  LF Ceil. Perimeter | | | | | | |

**Door**  1' 8" X 6' 7"   **Opens into MASTER_BATHR**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 151.  R&R 1/2" - drywall per LF - up to 2' tall | 48.67 LF | | 2.79 | 12.19 | 8.42 | 147.50 | 885.00 |
| 152.  Texture drywall - light hand texture | 277.39 SF | | 0.00 | 1.16 | 1.82 | 64.72 | 388.31 |
| 153.  Texture drywall - machine | 374.72 SF | | 0.00 | 0.81 | 2.46 | 61.20 | 367.18 |
| 154.  Seal/prime (1 coat) then paint (2 coats) the walls | 374.72 SF | | 0.00 | 1.47 | 14.77 | 113.12 | 678.73 |
| 155.  Mask and prep for paint - plastic, paper, tape (per LF) | 54.33 LF | | 0.00 | 1.51 | 1.61 | 16.72 | 100.37 |
| **Doors** | | | | | | | |
| 156.  Interior door - Colonist - pre-hung unit | 1.00 EA | | 0.00 | 306.14 | 27.07 | 66.64 | 399.85 |
| 157.  Door knob/lockset - Detach & reset | 1.00 EA | | 0.00 | 23.98 | 0.00 | 4.80 | 28.78 |
| 158.  Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00 EA | | 0.00 | 172.76 | 13.31 | 37.22 | 223.29 |
| 159.  Seal & paint door slab only (per side) | 2.00 EA | | 0.00 | 43.02 | 2.12 | 17.62 | 105.78 |
| 160.  Seal & paint door/window trim & jamb - (per side) | 1.00 EA | | 0.00 | 35.23 | 0.64 | 7.16 | 43.03 |
| **MEPs.** | | | | | | | |
| 161.  Vanity - High grade | 5.00 LF | | 0.00 | 317.65 | 152.13 | 348.08 | 2,088.46 |
| 162.  Vanity top - Detach & reset | 5.00 LF | | 0.00 | 27.83 | 0.14 | 27.86 | 167.15 |
| 163.  Sink - single - Detach & reset | 1.00 EA | | 0.00 | 182.15 | 0.07 | 36.46 | 218.68 |
| 164.  Clean sink and faucet - Heavy | 1.00 EA | | 0.00 | 28.32 | 0.01 | 5.66 | 33.99 |
| 165.  Toilet - Detach & reset | 1.00 EA | | 0.00 | 297.08 | 1.04 | 59.62 | 357.74 |
| 166.  Clean toilet - Heavy | 1.00 EA | | 0.00 | 35.80 | 0.01 | 7.16 | 42.97 |
| 167.  R&R Angle stop valve | 3.00 EA | | 6.22 | 45.45 | 4.10 | 31.84 | 190.95 |
| 168.  R&R Plumbing fixture supply line | 3.00 EA | | 6.22 | 23.71 | 2.38 | 18.44 | 110.61 |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

### CONTINUED - Master Bathroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 169. R&R P-trap assembly - ABS (plastic) | 1.00 EA | | 9.34 | 74.07 | 0.89 | 16.86 | 101.16 |
| 170. Bathroom mirror - Detach & reset | 15.00 SF | | 0.00 | 9.75 | 0.00 | 29.26 | 175.51 |
| 171. Clean mirror - Heavy | 15.00 SF | | 0.00 | 1.19 | 0.02 | 3.58 | 21.45 |
| 172. Light fixture - Detach & reset | 1.00 EA | | 0.00 | 61.47 | 0.00 | 12.30 | 73.77 |
| 173. Clean light bar - Heavy | 1.00 EA | | 0.00 | 29.73 | 0.01 | 5.94 | 35.68 |
| 174. Towel ring - Detach & reset | 1.00 EA | | 0.00 | 18.64 | 0.00 | 3.72 | 22.36 |
| **Base/Trim** | | | | | | | |
| 175. Mask and prep for paint - tape only (per LF) | 48.67 LF | | 0.00 | 0.66 | 0.27 | 6.48 | 38.87 |
| 176. R&R Baseboard - 3 1/4" | 48.67 LF | | 0.57 | 3.88 | 10.18 | 45.34 | 272.10 |
| 177. Paint baseboard - two coats | 48.67 LF | | 0.00 | 1.61 | 0.91 | 15.86 | 95.13 |
| 178. R&R Quarter round - 3/4" | 48.67 LF | | 0.21 | 1.86 | 5.22 | 21.18 | 127.15 |
| 179. Seal & paint base shoe or quarter round | 48.67 LF | | 0.00 | 0.89 | 0.69 | 8.80 | 52.81 |
| **Floors** | | | | | | | |
| 180. Clean floor - Heavy | 75.11 SF | | 0.00 | 0.73 | 0.08 | 10.98 | 65.89 |
| 181. Remove Vinyl floor covering (sheet goods) | 75.11 SF | | 1.15 | 0.00 | 0.00 | 17.28 | 103.66 |
| *Per the carrier estimate there is vinyl under the tile* | | | | | | | |
| 182. R&R Tile floor covering | 75.11 SF | | 3.11 | 9.06 | 42.60 | 191.34 | 1,148.03 |
| **Misc.** | | | | | | | |
| 183. Content Manipulation charge - per hour | 2.00 HR | | 0.00 | 48.37 | 0.00 | 19.34 | 116.08 |
| 184. Floor protection - heavy paper and tape | 75.11 SF | | 0.38 | 0.00 | 0.58 | 5.82 | 34.94 |
| Totals: Master Bathroom | | | | | 293.55 | 1,485.90 | 8,915.46 |



| Laundry Room | | Height: 7' 7" |
|---|---|---|
| 165.86 SF Walls | | 36.85 SF Ceiling |
| 202.72 SF Walls & Ceiling | | 36.85 SF Floor |
| 4.09 SY Flooring | | 22.17 LF Floor Perimeter |
| 24.67 LF Ceil. Perimeter | | |

| Door | 2' 6" X 6' 7" | Opens into HALLWAY_2 |
|---|---|---|
| Window | 1' 10" X 2' 7" | Opens into Exterior |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

## CONTINUED - Laundry Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 185. R&R 1/2" - drywall per LF - up to 2' tall | 22.17 LF | | 2.79 | 12.19 | 3.84 | 67.20 | 403.14 |
| 186. Texture drywall - light hand texture | 121.53 SF | | 0.00 | 1.16 | 0.80 | 28.36 | 170.13 |
| 187. Texture drywall - machine | 165.86 SF | | 0.00 | 0.81 | 1.09 | 27.10 | 162.54 |
| 188. Seal/prime (1 coat) then paint (2 coats) the walls | 165.86 SF | | 0.00 | 1.47 | 6.54 | 50.06 | 300.41 |
| 189. Mask and prep for paint - plastic, paper, tape (per LF) | 24.67 LF | | 0.00 | 1.51 | 0.73 | 7.60 | 45.58 |
| **Doors** | | | | | | | |
| 190. Interior door - Colonist - pre-hung unit | 1.00 EA | | 0.00 | 306.14 | 27.07 | 66.64 | 399.85 |
| 191. Door knob/lockset - Detach & reset | 1.00 EA | | 0.00 | 23.98 | 0.00 | 4.80 | 28.78 |
| 192. Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00 EA | | 0.00 | 172.76 | 13.31 | 37.22 | 223.29 |
| 193. Seal & paint door slab only (per side) | 2.00 EA | | 0.00 | 43.02 | 2.12 | 17.62 | 105.78 |
| 194. Seal & paint door/window trim & jamb - (per side) | 1.00 EA | | 0.00 | 35.23 | 0.64 | 7.16 | 43.03 |
| **Base/Trim** | | | | | | | |
| 195. Mask and prep for paint - tape only (per LF) | 22.17 LF | | 0.00 | 0.66 | 0.12 | 2.94 | 17.69 |
| 196. R&R Baseboard - 3 1/4" | 22.17 LF | | 0.57 | 3.88 | 4.64 | 20.64 | 123.94 |
| 197. Paint baseboard - two coats | 22.17 LF | | 0.00 | 1.61 | 0.41 | 7.22 | 43.32 |
| 198. R&R Quarter round - 3/4" | 22.17 LF | | 0.21 | 1.86 | 2.38 | 9.66 | 57.94 |
| 199. Seal & paint base shoe or quarter round | 22.17 LF | | 0.00 | 0.89 | 0.32 | 4.00 | 24.05 |
| **Floors** | | | | | | | |
| 200. Clean floor - Heavy | 36.85 SF | | 0.00 | 0.73 | 0.04 | 5.38 | 32.32 |
| 201. Remove Vinyl floor covering (sheet goods) | 36.85 SF | | 1.15 | 0.00 | 0.00 | 8.48 | 50.86 |
| *Per the carrier estimate there is vinyl under the tile* | | | | | | | |
| 202. R&R Tile floor covering | 36.85 SF | | 3.11 | 9.06 | 20.90 | 93.88 | 563.24 |
| **Misc.** | | | | | | | |
| 203. Content Manipulation charge - per hour | 2.00 HR | | 0.00 | 48.37 | 0.00 | 19.34 | 116.08 |
| 204. Floor protection - heavy paper and tape | 36.85 SF | | 0.38 | 0.00 | 0.28 | 2.86 | 17.14 |
| 205. Washer/Washing machine - Remove & reset | 1.00 EA | | 0.00 | 50.49 | 0.00 | 10.10 | 60.59 |



**Addison Riley**

Forensics
Appraisals
Construction

FL: CBC1261672
FL: CCC1332222
AL: 25802

### CONTINUED - Laundry Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 206.  Dryer - Remove & reset | 1.00 EA | | 0.00 | 38.93 | 0.00 | 7.78 | 46.71 |
| 207.  Water heater - Detach & reset | 1.00 EA | | 0.00 | 659.40 | 0.00 | 131.88 | 791.28 |
| Totals:  Laundry Room | | | | | 85.23 | 637.92 | 3,827.69 |



**Bedroom 1**                                                                   Height: 7' 7"

| | |
|---|---|
| 291.14  SF Walls | 121.00  SF Ceiling |
| 412.14  SF Walls & Ceiling | 121.00  SF Floor |
| 13.44  SY Flooring | 39.67  LF Floor Perimeter |
| 44.17  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | 3' X 4' 8" | **Opens into Exterior** |
| **Door** | 2' 6" X 6' 7" | **Opens into HALLWAY_2** |



**Subroom:  Bedroom 1 Closet (1)**                                        Height: 7' 7"

| | |
|---|---|
| 89.04  SF Walls | 9.26  SF Ceiling |
| 98.31  SF Walls & Ceiling | 9.26  SF Floor |
| 1.03  SY Flooring | 11.50  LF Floor Perimeter |
| 13.50  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 2' X 6' 8" | **Opens into BEDROOM_1** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 208.  R&R 1/2" - drywall per LF - up to 2' tall | 51.17 LF | | 2.79 | 12.19 | 8.85 | 155.10 | 930.47 |
| 209.  Texture drywall - light hand texture | 277.85 SF | | 0.00 | 1.16 | 1.83 | 64.82 | 388.96 |
| 210.  Texture drywall - machine | 380.18 SF | | 0.00 | 0.81 | 2.50 | 62.10 | 372.55 |
| 211.  Seal/prime (1 coat) then paint (2 coats) the walls | 380.18 SF | | 0.00 | 1.47 | 14.99 | 114.78 | 688.63 |
| 212.  Mask and prep for paint - plastic, paper, tape (per LF) | 57.67 LF | | 0.00 | 1.51 | 1.70 | 17.76 | 106.54 |
| **Doors** | | | | | | | |
| 213.  Interior door - Colonist - pre-hung unit | 1.00 EA | | 0.00 | 306.14 | 27.07 | 66.64 | 399.85 |
| 214.  Door knob/lockset - Detach & reset | 1.00 EA | | 0.00 | 23.98 | 0.00 | 4.80 | 28.78 |



**Forensics**
**Appraisals**
**Construction**

**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

**CONTINUED - Bedroom 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 215. Door opening (jamb & casing) - 32"to36"wide - paint grade | 1.00 EA | | 0.00 | 172.76 | 13.31 | 37.22 | 223.29 |
| 216. Seal & paint door slab only (per side) | 2.00 EA | | 0.00 | 43.02 | 2.12 | 17.62 | 105.78 |
| 217. Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 35.23 | 1.27 | 14.36 | 86.09 |
| 218. Mask and prep for paint - tape only (per LF) | 51.17 LF | | 0.00 | 0.66 | 0.28 | 6.82 | 40.87 |
| **Base/Trim** | | | | | | | |
| 219. R&R Baseboard - 3 1/4" | 51.17 LF | | 0.57 | 3.88 | 10.70 | 47.68 | 286.09 |
| 220. Paint baseboard - two coats | 51.17 LF | | 0.00 | 1.61 | 0.95 | 16.68 | 100.01 |
| **Floors** | | | | | | | |
| 221. Tear out wet non-salvageable carpet, cut/bag - Cat 3 water | 130.26 SF | | 0.93 | 0.00 | 0.86 | 24.40 | 146.40 |
| 222. Tear out wet carpet pad, cut/bag - Category 3 water | 130.26 SF | | 0.88 | 0.00 | 0.86 | 23.10 | 138.59 |
| 223. Clean floor - Heavy | 130.26 SF | | 0.00 | 0.73 | 0.14 | 19.04 | 114.27 |
| 224. Carpet | 181.17 SF | | 0.00 | 3.13 | 45.63 | 122.54 | 735.23 |
| 225. Carpet pad - High grade | 130.26 SF | | 0.00 | 0.92 | 11.41 | 26.24 | 157.49 |
| **Misc.** | | | | | | | |
| 226. Content Manipulation charge - per hour | 5.00 HR | | 0.00 | 48.37 | 0.00 | 48.38 | 290.23 |
| 227. Floor protection - cardboard and tape | 1.00 SF | | 0.00 | 0.69 | 0.03 | 0.14 | 0.86 |

| Totals: Bedroom 1 | | | | | 144.50 | 890.22 | 5,340.98 |



**Bedroom 2**                                                                 **Height: 7' 7"**

291.69 SF Walls                          121.00 SF Ceiling
412.69 SF Walls & Ceiling                121.00 SF Floor
13.44 SY Flooring                        39.67 LF Floor Perimeter
44.17 LF Ceil. Perimeter

**Door**            **2' 6" X 6' 7"**            **Opens into HALLWAY_2**
**Window**          **2' 11" X 4' 8"**           **Opens into Exterior**



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

### CONTINUED - Bedroom 2



| Subroom: Bedroom 2 Closet (1) | | Height: 7' 7" |
|---|---|---|
| 90.47 SF Walls | | 9.42 SF Ceiling |
| 99.90 SF Walls & Ceiling | | 9.42 SF Floor |
| 1.05 SY Flooring | | 11.67 LF Floor Perimeter |
| 13.67 LF Ceil. Perimeter | | |

**Door**               2' X 6' 7"               Opens into BEDROOM_3

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 228. R&R 1/2" - drywall per LF - up to 2' tall | 51.33 LF | | 2.79 | 12.19 | 8.88 | 155.56 | 933.36 |
| 229. Texture drywall - light hand texture | 279.50 SF | | 0.00 | 1.16 | 1.84 | 65.20 | 391.26 |
| 230. Texture drywall - machine | 382.17 SF | | 0.00 | 0.81 | 2.51 | 62.42 | 374.49 |
| 231. Seal/prime (1 coat) then paint (2 coats) the walls | 382.17 SF | | 0.00 | 1.47 | 15.07 | 115.38 | 692.24 |
| 232. Mask and prep for paint - plastic, paper, tape (per LF) | 57.83 LF | | 0.00 | 1.51 | 1.71 | 17.80 | 106.83 |
| **Doors** | | | | | | | |
| 233. R&R Interior door - Colonist - pre-hung unit | 1.00 EA | | 23.34 | 306.14 | 27.07 | 71.30 | 427.85 |
| 234. Door knob/lockset - Detach & reset | 1.00 EA | | 0.00 | 23.98 | 0.00 | 4.80 | 28.78 |
| 235. Seal & paint door slab only (per side) | 2.00 EA | | 0.00 | 43.02 | 2.12 | 17.62 | 105.78 |
| 236. Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 35.23 | 1.27 | 14.36 | 86.09 |
| **Base/Trim** | | | | | | | |
| 237. Mask and prep for paint - tape only (per LF) | 51.33 LF | | 0.00 | 0.66 | 0.28 | 6.84 | 41.00 |
| 238. R&R Baseboard - 3 1/4" | 51.33 LF | | 0.57 | 3.88 | 10.74 | 47.84 | 287.00 |
| 239. Paint baseboard - two coats | 51.33 LF | | 0.00 | 1.61 | 0.96 | 16.72 | 100.32 |
| **Floors** | | | | | | | |
| 240. Tear out wet non-salvageable carpet, cut/bag - Cat 3 water | 130.42 SF | | 0.93 | 0.00 | 0.86 | 24.44 | 146.59 |
| 241. Tear out wet carpet pad, cut/bag - Category 3 water | 130.42 SF | | 0.88 | 0.00 | 0.86 | 23.14 | 138.77 |
| 242. Clean floor - Heavy | 130.42 SF | | 0.00 | 0.73 | 0.14 | 19.06 | 114.41 |
| 243. Carpet | 168.00 SF | | 0.00 | 3.13 | 42.31 | 113.62 | 681.77 |
| 244. Carpet pad - High grade | 130.42 SF | | 0.00 | 0.92 | 11.43 | 26.28 | 157.70 |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

**CONTINUED - Bedroom 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **_Misc._** | | | | | | | |
| 245. Content Manipulation charge - per hour | 2.00 HR | | 0.00 | 48.37 | 0.00 | 19.34 | 116.08 |
| 246. Floor protection - cardboard and tape | 1.00 SF | | 0.00 | 0.69 | 0.03 | 0.14 | 0.86 |
| Totals: Bedroom 2 | | | | | 128.08 | 821.86 | 4,931.18 |
| **Total: 1st Floor** | | | | | **2,584.46** | **12,985.72** | **77,913.41** |

**General**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 247. Residential Supervision / Project Management - per hour | 80.00 HR | | 0.00 | 69.86 | 0.00 | 1,117.76 | 6,706.56 |
| **_10 hours a week for 2 months_** | | | | | | | |
| 248. Temporary toilet (per month) | 2.00 MO | | 0.00 | 145.00 | 0.00 | 58.00 | 348.00 |
| 249. Temporary hand washing station (per month) | 2.00 MO | | 0.00 | 240.00 | 0.00 | 96.00 | 576.00 |
| 250. Job-site moving/storage container - 20' long (per month) | 2.00 MO | | 0.00 | 229.95 | 50.36 | 102.06 | 612.32 |
| **_Allowance for 1 container, for 2 months._** | | | | | | | |
| 251. Job-site moving container - pick up/del. (ea. way) 12'-20' | 2.00 EA | | 0.00 | 85.90 | 18.81 | 38.12 | 228.73 |
| 252. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | | 503.00 | 0.00 | 0.00 | 100.60 | 603.60 |
| 253. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | | 0.00 | 475.00 | 0.00 | 95.00 | 570.00 |
| 254. Final Clean | 1.00 EA | | 0.00 | 650.00 | 0.00 | 0.00 | 650.00 |
| Totals: General | | | | | 69.17 | 1,607.54 | 10,295.21 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 255. Electrical labor minimum | 1.00 EA | | 0.00 | 20.50 | 0.00 | 4.10 | 24.60 |
| 256. Vinyl floor covering labor minimum | 1.00 EA | | 0.00 | 31.50 | 0.00 | 6.30 | 37.80 |
| 257. Door labor minimum | 1.00 EA | | 0.00 | 161.01 | 0.00 | 32.20 | 193.21 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 42.60 | 255.61 |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

**Line Item Totals: READY1**                                          2,653.63      14,635.86      88,464.23

## Grand Total Areas:

| | | |
|---|---|---|
| 3,458.76 SF Walls | 1,293.94 SF Ceiling | 4,752.70 SF Walls and Ceiling |
| 1,263.23 SF Floor | 140.36 SY Flooring | 460.33 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 524.67 LF Ceil. Perimeter |
| 1,263.23 Floor Area | 1,384.56 Total Area | 3,492.89 Interior Wall Area |
| 1,240.93 Exterior Wall Area | 166.33 Exterior Perimeter of Walls | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 71,174.74 |
| Material Sales Tax | 2,584.46 |
| Storage Rental Tax | 69.17 |
| | |
| Subtotal | 73,828.37 |
| Overhead | 7,317.93 |
| Profit | 7,317.93 |
| | |
| **Replacement Cost Value** | **$88,464.23** |
| Less Depreciation | (8,972.41) |
| | |
| **Actual Cash Value** | **$79,491.82** |
| **Net Claim** | **$79,491.82** |
| | |
| Total Recoverable Depreciation | 8,972.41 |
| | |
| **Net Claim if Depreciation is Recovered** | **$88,464.23** |

_____

Jon Pruitt



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (10.95%) | Storage Rental Tax (10.95%) |
|---|---|---|---|---|
| **Line Items** | 7,317.93 | 7,317.93 | 2,584.46 | 69.17 |
| **Total** | **7,317.93** | **7,317.93** | **2,584.46** | **69.17** |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

## Recap by Room

**Estimate: READY1**

| | | |
|---|---:|---:|
| **Area: 1st Floor** | **873.34** | **1.23%** |
| **Hall Bathroom** | **4,992.86** | **7.01%** |
| **Foyer/Entry** | **4,546.68** | **6.39%** |
| **Living Room** | **8,041.56** | **11.30%** |
| **Kitchen** | **15,629.82** | **21.96%** |
| **Dining Room** | **4,105.97** | **5.77%** |
| **Master Bedroom** | **5,624.95** | **7.90%** |
| **Master Bathroom** | **7,136.01** | **10.03%** |
| **Laundry Room** | **3,104.54** | **4.36%** |
| **Bedroom 1** | **4,306.26** | **6.05%** |
| **Bedroom 2** | **3,981.24** | **5.59%** |
| **Area Subtotal: 1st Floor** | **62,343.23** | **87.59%** |
| **General** | **8,618.50** | **12.11%** |
| **Labor Minimums Applied** | **213.01** | **0.30%** |
| **Subtotal of Areas** | **71,174.74** | **100.00%** |
| **Total** | **71,174.74** | **100.00%** |



**Addison Riley**

FL: CBC1261672
FL: CCC1332222
AL: 25802

### Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| APPLIANCES | 607.64 | | 607.64 |
| CABINETRY | 13,316.12 | 3,879.43 | 9,436.69 |
| CLEANING | 1,168.83 | | 1,168.83 |
| CONTENT MANIPULATION | 2,152.85 | | 2,152.85 |
| CONT: PACKING,HANDLNG,STORAGE | 171.80 | | 171.80 |
| GENERAL DEMOLITION | 7,854.59 | | 7,854.59 |
| DOORS | 4,054.37 | 636.28 | 3,418.09 |
| DRYWALL | 10,361.70 | 129.65 | 10,232.05 |
| ELECTRICAL | 20.50 | | 20.50 |
| FLOOR COVERING - CARPET | 2,446.68 | 929.18 | 1,517.50 |
| FLOOR COVERING - CERAMIC TILE | 1,489.47 | 170.32 | 1,319.15 |
| FLOOR COVERING - VINYL | 31.50 | | 31.50 |
| FLOOR COVERING - WOOD | 3,921.51 | 1,139.23 | 2,782.28 |
| PERMITS AND FEES | 475.00 | | 475.00 |
| FINISH CARPENTRY / TRIMWORK | 3,334.94 | 249.87 | 3,085.07 |
| FINISH HARDWARE | 214.73 | | 214.73 |
| LABOR ONLY | 5,588.80 | | 5,588.80 |
| LIGHT FIXTURES | 122.94 | | 122.94 |
| MARBLE - CULTURED OR NATURAL | 253.25 | | 253.25 |
| PLUMBING | 2,448.34 | 44.82 | 2,403.52 |
| PAINTING | 8,580.31 | 907.98 | 7,672.33 |
| TOILET & BATH ACCESSORIES | 263.25 | | 263.25 |
| TEMPORARY REPAIRS | 770.00 | | 770.00 |
| WATER EXTRACTION & REMEDIATION | 875.62 | | 875.62 |
| **O&P Items Subtotal** | **70,524.74** | **8,086.76** | **62,437.98** |

| Non-O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 650.00 | | 650.00 |
| **Non-O&P Items Subtotal** | **650.00** | **0.00** | **650.00** |
| O&P Items Subtotal | 70,524.74 | 8,086.76 | 62,437.98 |
| Material Sales Tax | 2,584.46 | 885.65 | 1,698.81 |
| Storage Rental Tax | 69.17 | | 69.17 |
| Overhead | 7,317.93 | | 7,317.93 |
| Profit | 7,317.93 | | 7,317.93 |
| **Total** | **88,464.23** | **8,972.41** | **79,491.82** |





Case 1:24-cv-00450-B Doc# 1-19 Filed 12/04/24 Page 26 of 26 PageID# 187

1st Floor