```
BALDWIN COUNTY, ALABAMA
HARRY D'OLIVE, JR. PROBATE JUDGE
Filed/cert. 11/21/2023 1:31 PM
DEED TAX      $  133.50
TOTAL         $  152.50
3 Pages
```

2096624

STATE OF ALABAMA
COUNTY OF BALDWIN

## STATUTORY WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS, that **DNB INVESTMENTS, LLC, an Alabama Limited Liability company**, the Grantor, for and in consideration of the sum of ONE HUNDRED THIRTY THREE THOUSAND THREE HUNDRED THIRTY THREE AND 33/100 ($133,333.33) DOLLARS, in cash, and for other good and valuable consideration, hereby acknowledged to have been paid to Grantor by **KIMBERLY ANEZ SMITH**, the Grantee, in fee simple do hereby, subject to all matters hereinafter mentioned, **GRANT, BARGAIN, SELL and CONVEY** unto the said Grantee, her heirs and assigns, all that real property situated in the County of **Baldwin**, State of Alabama, described as follows, to-wit:

> **Lot 47, Overton Place Subdivision, as shown by Map or Plat thereof recorded at Slide File 2159-A, Probate Records, Baldwin County, Alabama.**

> EXCEPTING THEREFROM such oil, gas and other minerals in, on and under said real property, together with all rights in connection therewith, as have previously been reserved by or conveyed by others.

TOGETHER WITH ALL AND SINGULAR, the rights, members, privileges and appurtenances thereunto belonging, or in anywise appertaining; TO HAVE AND TO HOLD the above described property unto the said Grantee, its successors and assigns, in fee simple, FOREVER.

### THIS CONVEYANCE IS MADE SUBJECT TO THE FOLLOWING:

1. The sale from Seller to Purchaser shall be "AS IS WHERE IS" and the Warranty Deed shall contain the following provisions: The Grantor and Grantee herein covenant and understand that as to the physical condition of, or improvements on the property, including but not limited to the foundation, roof, walls, plumbing, heating or any other utility system located on subject property is hereby conveyed without warranty of any kind, express or implied, where is, as is, with all faults. Grantor knows of no latent defects in the property, but make no representation there as to, and Grantee accepts the premises without any warranty or representation as to structural soundness, structural defect, or any defect whatsoever, whether latent or patent; further Grantor makes no representation as to fitness for utilization or habitability, or as to the condition of hazardous wastes, contamination or pollution but has no actual knowledge of any.

2. Any and all rights of, redemption, restrictive covenants, reservations, easements, rights-of-way and building set back lines, if any, applicable to said property of record in the Office of the Judge of Probate, **Baldwin County, Alabama.**

EXHIBIT Q

3

IT IS EXPRESSLY UNDERSTOOD AND AGREED by and between the parties hereto that this deed contains no warranty except against the acts of the within named Grantor, and all persons claiming by, through or under it.

IN WITNESS WHEREOF, the Grantor has caused this conveyance to be executed by its Managing Member who is thereunto duly authorized on this the 25th day of September, 2023.

GRANTOR:

DNB INVESTMENTS, LLC
An Alabama Limited Liability company

By: _____
Oscar C. Anez
As Its Managing Member

STATE OF ALABAMA

COUNTY OF MOBILE

I, the undersigned, a Notary Public in and for said county and in said state, hereby certify that **Oscar C. Anez**, whose name as **Managing Member** of **DNB Investments, LLC, an Alabama Limited Liability company**, is signed to the foregoing conveyance, and who is known to me, acknowledged before me that, being informed of the contents of the conveyance, as such signer and with full authority, he executed the same for and as the act of said corporation.

Given under my hand and seal of office this 25th day of September, 2023.

_____
Notary Public
My commission expires:

BENNETT JACKSON
My Commission Expires
October 26, 2026

**PROPERTY ADDRESS:**   25829 Argonne Dr., Daphne, AL 36526

**Grantor's Address:**
P. O. Box 7718
Mobile, AL 36670

**Grantee's Address:**
25829 Argonne Dr.
Daphne, AL 36526

**This Instrument Prepared by:**
Oscar C. Anez

## Real Estate Sales Validation Form

*This Document must be filed in accordance with Code of Alabama 1975, Section 40-22-1*

Grantor's Name  DNB Investments LLC
Mailing Address  _____

Grantee's Name  Kimberly A Smith
Mailing Address  25829 Argonne Dr
Daphne Al 36526

Property Address  25829 Argonne Dr
Daphne, Al 36526

Date of Sale  September 23, 2023
Total Purchase Price  $ 133,333.33
or
Actual Value  $ _____
or
Assessor's Market Value  $ _____

The purchase price or actual value claimed on this form can be verified in the following documentary evidence: (check one)  (Recordation of documentary evidence is not required)
☐ Bill of Sale
☐ Sales Contract
☐ Closing Statement
☐ Appraisal
☐ Other _____

If the conveyance document presented for recordation contains all of the required information referenced above, the filing of this form is not required.

### Instructions

Grantor's name and mailing address - provide the name of the person or persons conveying interest to property and their current mailing address.

Grantee's name and mailing address - provide the name of the person or persons to whom interest to property is being conveyed.

Property address - the physical address of the property being conveyed, if available.

Date of Sale - the date on which interest to the property was conveyed.

Total purchase price - the total amount paid for the purchase of the property, both real and personal, being conveyed by the instrument offered for record.

Actual value - if the property is not being sold, the true value of the property, both real and personal, being conveyed by the instrument offered for record. This may be evidenced by an appraisal conducted by a licensed appraiser or the assessor's current market value.

If no proof is provided and the value must be determined, the current estimate of fair market value, excluding current use valuation, of the property as determined by the local official charged with the responsibility of valuing property for property tax purposes will be used and the taxpayer will be penalized pursuant to Code of Alabama 1975 § 40-22-1 (h).

I attest, to the best of my knowledge and belief that the information contained in this document is true and accurate. I further understand that any false statements claimed on this form may result in the imposition of the penalty indicated in Code of Alabama 1975 § 40-22-1 (h).

Date  11/21/23
___ Unattested   _____ (verified by)

Print  Kimberly A. Smith
Sign  _Kimberly A Smith_
(Grantor/Grantee/Owner/Agent) circle one

Form RT-1