AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| GeoVera Specialty Insurance Company | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-000450 |
| DNB Investments LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GeoVera Specialty Insurance Company

Date: 12/09/2024

*Attorney's signature*

Gabrielle E. Reeves REEVG0041
*Printed name and bar number*

1 Timber Way
Suite 101
Daphne, AL 36527

*Address*

gereeves@csattorneys.com
*E-mail address*

(251) 432-1600
*Telephone number*

*FAX number*