IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DIVISION OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GEOVERA SPECIALTY INSURANCE COMPANY,** * * * | |
| **Plaintiff,** * | |
| * | **CASE NO.: 1:24-cv-00450-B** |
| **vs.** * * | |
| **DNB INVESTMENTS LLC,** * * | |
| **Defendant.** * * * | |

**MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendant, DNB Investments LLC ("DNB"), by and through undersigned counsel, hereby moves to dismiss the Complaint for Declaratory Judgment and for Damages of Plaintiff, GeoVera Specialty Insurance Company, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. Specifically, Defendant seeks dismissal of Plaintiff's Complaint on the grounds that this Court lacks subject matter jurisdiction.

Respectfully submitted,

*/s/ Thomas H. Benton, Jr.*
THOMAS H. BENTON, JR. (BEN028)

*Attorney for DNB Investments LLC*

OF COUNSEL:

Benton Law Firm, LLC
169 Dauphin Street, Suite 300
Mobile, AL 36602
Telephone: 251-604-1123
tom@benton-law.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was filed through the Court's electronic filing system on December 18, 2024. Notice of this filing will be sent to all parties listed on the Court's electronic filing system. Parties may access all filed documents through the Court's system.

                                                                                       */s/ Thomas H. Benton, Jr.*
                                                                                       THOMAS H. BENTON, JR. (BEN028)