```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **GEOVERA SPECIALTY INSURANCE COMPANY,** | * |
| Plaintiff, | * |
| vs. | *   **CIVIL ACTION NO. 24-0450-B** |
| **DNB INVESTMENTS, LLC,** | * |
| Defendant. | * |

## ORDER

This action is before the Court on Defendant DNB Investments, LLC's "Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure" (Doc. 9), and the supporting Memorandum. (Doc. 10). Plaintiff is **ORDERED** to file a response to the motion on or before **January 9, 2025**. Any reply by Defendant shall be filed by **January 23, 2025**.

**DONE** this **19th** day of **December, 2024.**

                                                **/s/ SONJA F. BIVINS**
                                           **UNITED STATES MAGISTRATE JUDGE**