# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **GEOVERA SPECIALTY INSURANCE COMPANY,** | * * * |
| Plaintiff, | * |
| | * Case No: 1:24-cv-00450-WS-B |
| v. | * * |
| **DNB INVESTMENTS, et al,** | * * |
| Defendants. | * * |

## MOTION TO CONTINUE

COMES NOW, Plaintiff GeoVera Specialty Insurance Company, ("GeoVera"), by and through its counsel of record, and files this Motion to Continue. In support thereof, GeoVera states as follows:

1. The Court entered its scheduling order on July 1, 2025, wherein Plaintiff is ordered to disclose its experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before October 17, 2025.

2. Plaintiff has asked numerous times for date for the deposition of Defendant DNB Investments and has not received a response. (See Exhibit A, emails dated September 16, 2025, September 29, 2025, and October 6, 2025.) Counsel has also followed up with a phone call to counsel for DNB and has been unable to reach him.

3. GeoVera requires the deposition of the Plaintiff so that its experts can complete a thorough review of the file and prepare a comprehensive report.

4.  No party will be prejudiced by this continuance. The trial of this matter is not set until May of 2026. There is ample time to push the expert deadlines back 30 days and not move any other deadlines.

5.  The undersigned counsel sent a draft of this motion to counsel for DNB and has not received a response at the time of this filing.

WHEREFORE, it is respectfully submitted that this Court continue the expert disclosure deadlines an additional 30 days.

Respectfully submitted this 14th day of October, 2025.

/s/*Christina May Bolin*
CHRISTINA MAY BOLIN (MAYCH6582)
GABRIELLE E. REEVES (REEVG0041)
*Attorneys for Plaintiff GeoVera Specialty Insurance Company*

**OF COUNSEL:**
**CHRISTIAN & SMALL LLP**
1 Timber Way, Ste. 101
Daphne, AL 36527
(251) 415-9256
cmbolin@csattorneys.com
gereeves@csattorneys.com

# CERTIFICATE OF SERVICE

      I hereby certify that on October 14, 2025, I served the foregoing via electronic mail in care of its counsel of record as follows:

Thomas H. Benton, Jr.
169 Dauphin Street, Suite 301
Mobile, AL 36602
Email: tom@benton-law.com

                                              */s/ Christina May Bolin*
                                              COUNSEL