**Susan M. McKinley**

| | |
|---|---|
| **From:** | Kim B. Howard |
| **Sent:** | Tuesday, September 16, 2025 12:48 PM |
| **To:** | Tom Benton; Ashley Harrison |
| **Cc:** | Christina M. Bolin; Gaby E. Reeves |
| **Subject:** | GeoVera v. DNB Investments - Discovery Request and 30(b)(6) Notice |
| **Attachments:** | Geovera's First Discovery Req to Defendant.docx; Geovera's First Discovery Req to Defendant.pdf; 30B6 Deposition of DNB.pdf |

Attached please find GeoVera's First Interrogatories, Request for Production and Request for Admission propounded to Defendant DNB. (I provided a WORD version of the discovery requests for your convenience.)

Also attached is a 30(b)(6) Notice of Deposition of DNB Rep. Expert deadlines are coming up, so we would ask that you provide us with dates within the next 30 days.

We look forward to hearing from you soon.

Thank you,
Kim

*Kim B. Howard*
*Legal Assistant to Christina May Bolin and Gabrielle E. Reeves*

Direct: 251.415.9256
Main: 251.432.1600
Fax: 251.432.1700
Email: kbhoward@csattorneys.com

Christian & Small LLP
One Timber Way
Suite 101
Daphne, AL 36527

http://www.csattorneys.com



This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. There is no intent of the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. If you have received this message in error, please notify the sender immediately by telephone at 205-795-6588 or by electronic mail at support@csattorneys.com, and delete this message and all copies and backups thereof.

**Susan M. McKinley**

|  |  |
|---|---|
| **From:** | Kim B. Howard |
| **Sent:** | Monday, September 29, 2025 10:21 AM |
| **To:** | Tom Benton; Ashley Harrison |
| **Cc:** | Christina M. Bolin; Gaby E. Reeves |
| **Subject:** | RE: GeoVera v. DNB Investments - Discovery Request and 30(b)(6) Notice |

Tom/Ashley

Can you please provide dates for the 30b6 rep's deposition?

Thank you,
Kim

**From:** Kim B. Howard
**Sent:** Tuesday, September 16, 2025 12:48 PM
**To:** Tom Benton <tom@benton-law.com>; Ashley Harrison <ashley@benton-law.com>
**Cc:** Christina M. Bolin <cmbolin@csattorneys.com>; Gaby E. Reeves <gereeves@csattorneys.com>
**Subject:** GeoVera v. DNB Investments - Discovery Request and 30(b)(6) Notice

Attached please find GeoVera's First Interrogatories, Request for Production and Request for Admission propounded to Defendant DNB. (I provided a WORD version of the discovery requests for your convenience.)

Also attached is a 30(b)(6) Notice of Deposition of DNB Rep. Expert deadlines are coming up, so we would ask that you provide us with dates within the next 30 days.

We look forward to hearing from you soon.

Thank you,
Kim

Kim B. Howard
*Legal Assistant to Christina May Bolin and Gabrielle E. Reeves*

Direct: 251.415.9256
Main: 251.432.1600
Fax: 251.432.1700
Email: kbhoward@csattorneys.com



Christian & Small LLP
One Timber Way
Suite 101
Daphne, AL 36527

http://www.csattorneys.com

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. There is no intent of the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. If you have received this message in error, please notify the sender immediately by telephone at 205-795-6588 or by electronic mail at support@csattorneys.com, and delete this message and all copies and backups thereof.

**Susan M. McKinley**

---

**From:** Kim B. Howard
**Sent:** Monday, October 6, 2025 11:31 AM
**To:** Tom Benton; Ashley Harrison
**Cc:** Christina M. Bolin; Gaby E. Reeves
**Subject:** RE: GeoVera v. DNB Investments - Discovery Request and 30(b)(6) Notice

Tom/Ashley,

We still need dates for the 30b6 depositions. Please let us know.

Thank you,
Kim

---

*Kim B. Howard*
*Legal Assistant to Christina May Bolin and*
*Gabrielle E. Reeves*

Direct: 251.415.9256
Main: 251.432.1600
Fax: 251.432.1700
Email: kbhoward@csattorneys.com

Christian & Small LLP
One Timber Way
Suite 101
Daphne, AL 36527

http://www.csattorneys.com

---

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. There is no intent of the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. If you have received this message in error, please notify the sender immediately by telephone at 205-795-6588 or by electronic mail at support@csattorneys.com, and delete this message and all copies and backups thereof.

**From:** Kim B. Howard
**Sent:** Monday, September 29, 2025 10:21 AM
**To:** Tom Benton <tom@benton-law.com>; Ashley Harrison <ashley@benton-law.com>
**Cc:** Christina M. Bolin <cmbolin@csattorneys.com>; Gaby E. Reeves <gereeves@csattorneys.com>
**Subject:** RE: GeoVera v. DNB Investments - Discovery Request and 30(b)(6) Notice

Tom/Ashley

Can you please provide dates for the 30b6 rep's deposition?

Thank you,
Kim

**From:** Kim B. Howard
**Sent:** Tuesday, September 16, 2025 12:48 PM
**To:** Tom Benton <tom@benton-law.com>; Ashley Harrison <ashley@benton-law.com>
**Cc:** Christina M. Bolin <cmbolin@csattorneys.com>; Gaby E. Reeves <gereeves@csattorneys.com>
**Subject:** GeoVera v. DNB Investments - Discovery Request and 30(b)(6) Notice

Attached please find GeoVera's First Interrogatories, Request for Production and Request for Admission propounded to Defendant DNB. (I provided a WORD version of the discovery requests for your convenience.)

Also attached is a 30(b)(6) Notice of Deposition of DNB Rep. Expert deadlines are coming up, so we would ask that you provide us with dates within the next 30 days.

We look forward to hearing from you soon.

Thank you,
Kim

*Kim B. Howard*
*Legal Assistant to Christina May Bolin and Gabrielle E. Reeves*

Direct: 251.415.9256
Main: 251.432.1600
Fax: 251.432.1700
Email: kbhoward@csattorneys.com



Christian & Small LLP
One Timber Way
Suite 101
Daphne, AL 36527

http://www.csattorneys.com

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. There is no intent of the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. If you have received this message in error, please notify the sender immediately by telephone at 205-795-6588 or by electronic mail at support@csattorneys.com, and delete this message and all copies and backups thereof.