AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:24-cv-000450-WS-B

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: Via Certified Mail #70191640000150731294 delivered to individual at ATA Loss 25910 Canal Rd, Ste 264 Orange Beach AL on *(date)* Sept. 19, 2025 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/28/2025

_____
Server's signature (Kim B. Howard)

Kim B. Howard
Printed name and title

Christian & Small
1 Timber Way, Ste. 101, Daphne, AL 36527
Server's address

Additional information regarding attempted service, etc.:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70191640000150731294

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:18 am on September 19, 2025 in ORANGE BEACH, AL 36561.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

ORANGE BEACH, AL 36561
September 19, 2025, 10:18 am

**Arrived at USPS Regional Facility**

MOBILE AL DISTRIBUTION CENTER
September 18, 2025, 7:29 am

**Departed Post Office**

ROBERTSDALE, AL 36567
September 17, 2025, 4:31 pm

**USPS in possession of item**

ROBERTSDALE, AL 36567
September 17, 2025, 4:09 pm

Hide Tracking History



Certified Mail Receipt — Sent to: ATA Consultants, 25910 Canal Rd. Slp. 269, Orange Beach, AL 36561. Postmarked ROBERTSDALE, AL 36567, SEP 17 2025. Total Postage and Fees $10.48.

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)