# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| GEOVERA SPECIALTY INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | Case No.: 1:24-cv-00450-WS-B |
| v. | * * | |
| DNB INVESTMENTS, et al., | * * | |

---

## AFFIDAVIT OF SERVICE

---

STATE OF ALABAMA

COUNTY OF BALDWIN

Before me, the undersigned authority in and for said State and County, did personally appear GABRIELLE E. REEVES, who is known to me and, who, upon first being duly sworn by me, did aver and state:

1.      I am over the age of 19 years, a resident of the State of Alabama and have personal knowledge of the matters set forth herein.

2.      On October 30, 2025, I hand-delivered the Amended Notice of 30(b)(6) Deposition of Defendant DNB Investments with Fed. R. Civ. P. 30(b)(5) request, to the law office of DNB's counsel, Thomas H. Benton, Jr., Esq., at 169 Dauphin Street, Suite 300, Mobile, Alabama at 8:15 a.m. A true and complete copy of said Amended Notice and the cover letter under which it was delivered are attached hereto as composite Exhibit "A." Said Amended Notice was initially sent to Defendant DNB Investments in care of its counsel of record as set forth in the Certificate of Service of the Amended Notice. (Ex. "A," Amd. Notice of 30(b)(6) Deposition at p. 2.)

FURTHER AFFIANT SAITH NAUGHT.

_____
GABRIELLE E. REEVES

STATE OF ALABAMA

COUNTY OF BALDWIN


SWORN TO AND SUBSCRIBED BEFORE ME, _Susan McKinley_____,
a duly  licensed Notary Public for said State and County, on this, the ___30th___ Day of
October, 2025.


_____
NOTARY PUBLIC
My Commission Expires:_____

SUSAN MCKINLEY
My Commission Expires
November 13, 2027

STATE OF
NOTARY
PUBLIC
ALABAMA



Gabrielle E. Reeves
Direct Dial: (251) 415-9264
E-mail Address: gereeves@csattorneys.com

October 30, 2025

*Via Hand Delivery*

Thomas H. Benton, Jr., Esq.
BENTON LAW FIRM, LLC
169 Dauphin Street, Suite 300
Mobile, AL 36602

RE:    *Geovera Specialty Insurance Company, Plaintiff, v. DNB Investments, et al.*
       **In the United State District Court for the Southern District of Alabama, Southern Division**
       **CASE No.: 1:24-cv-00450**

Dear Tom:

Enclosed is a copy of the Amended Notice of 30(b)(6) Deposition with Rule 30(b)(5) request of DNB Investments. I did not receive a response from your office indicating receipt of the Notice and wanted to be sure you and the designated corporate representative had it in hand prior to the deposition on Monday, November 3, 2025.

Sincerely,

Gabrielle E. Reeves

Enclosure



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEOVERA SPECIALTY INSURANCE COMPANY,** | * * * | |
| **Plaintiff,** | * * | **CASE No: 1:24-cv-00450-WS-B** |
| **v.** | * * | |
| **DNB INVESTMENTS, et al,** | * * | |
| **Defendants.** | * * | |

## AMENDED NOTICE OF 30(b)(6) DEPOSITION

**PLEASE TAKE NOTICE**, that, commencing at 10:00 AM, on November 3, 2025, at the law office of Thomas H. Benton, Jr., located at 169 Dauphin Street, Ste. 301, Mobile, AL 36602, Plaintiff GeoVera Specialty Insurance Company, by its undersigned attorneys, will take, pursuant to Rule 30 (b) (6), *Federal Rules of Civil Procedure*, the deposition on oral examination of the person(s) designed by Defendant DNB Investments, to testify concerning the matters set forth in Exhibit A to this notice. Pursuant to Rule 30 (b) (5), *Federal Rules of Civil Procedure*, Plaintiff requests that DNB produce for inspection and copying, at or prior to the deposition(s) scheduled by this notice, the documents or things described in Exhibit B to this notice. The oral examination(s) will be conducted before an officer authorized by the *Federal Rules of Civil Procedure* to administer oaths and will continue from day to day thereafter, if necessary, until completed. You are invited to attend and examine the deponent(s). You are further advised that the deposition(s) will be recorded on videotape, in addition to and not in lieu of, the usual stenographic recording.

Respectfully submitted this the 21st day of October, 2025.

/s/ Christina May Bolin
CHRISTINA MAY BOLIN (MAYCH6582)
GABRIELLE E. REEVES (REEVG0041)
*Attorneys for Plaintiff GeoVera Specialty*
*Insurance Company*

**OF COUNSEL:**
**CHRISTIAN & SMALL LLP**
1 Timber Way, Ste. 101
Daphne, AL 36527
(251) 415-9256
cmbolin@csattorneys.com
gereeves@csattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2025, I served the foregoing on DNB Investments, LLC via electronic mail in care of its counsel of record as follows:

Thomas H. Benton, Jr.
169 Dauphin Street, Suite 301
Mobile, AL 36602
Email: tom@benton-law.com

/s/ Christina May Bolin
COUNSEL

## EXHIBIT A

1.    The corporate or business entity status of and primary business engaged in by Defendant DNB Investments.

2.    The procurement of the GeoVera policy no. GC90041253 for the property located at 25829 Argonne Dr, Daphne, Alabama 36526.

3.    The ownership of DNB Investments, LLC at the time of policy inception, at the time of loss, and at present.

4.    The corporate structure of DNB Investments, LLC at the time of policy inception, at the time of loss, and at present.

5.    The relationship between any member of DNB Investments, LLC and ATA Loss Consultants and/or Fortius Law.

6.    The claim for water damage to the property on or about October 29, 2020.

7.    Any loss consultants engaged by Defendant to evaluate the loss.

8.    Any estimates for repair to the alleged damage.

9.    Any repairs to the property alleged to be caused by damage related to the claim.

10.    Any upgrades made to the property.

11.    The transfer of title to the property.

12.    The sale of the property.

13.    The position asserted in court that the amount of the claim was less than $75,000.

14.    The selection, retention and appointment of your appraiser.

15.    The appraisal of the damage to the property.

16.    Documents presented by your appraiser at the appraisal of the loss.  Documents prepared by your appraiser that were not submitted at the appraisal.

17.    The rental history of the property.

18.    The relationship between David Smith and DNB Investments, LLC

19.    Payments received from GeoVera.

20.    Actual expenses incurred in repairing the property.

21.    Application of the money received from GeoVera to the repair of the property.

22.    Communications between this Defendant and the Baldwin County Circuit Court related to this claim.

## **EXHIBIT B**

1.    All documents previously identified and produced by DNB in response to Plaintiff's written discovery requests to DNB.

2.    All documents reviewed by the deponent(s) in preparation for their deposition(s).

3.    Any documents showing the relationship between DNB Investments, LLC and the current owner of the property.

4.    Any documents showing the relationship between DNB Investments at ATA Loss Consultants.

5.    Any documents showing the relationship between DNB Investments and Fortius Law.

6.     Any documents related to repairs made at the subject property.

7.     Any documents evidencing payments under the policy by GeoVera.

8.     Any document evidencing actual payments for the cost of repairs, including but not limited to bank statements, cancelled checks, and/or receipts.

9.     Any document mentioned in Exhibit A, above.

4641378.1