IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GEOVERA SPECIALTY INSURANCE COMPANY,** * * * | |
| Plaintiff, * | CASE No: 1:24-cv-00450-WS-B |
| v. * * | |
| **DNB INVESTMENTS, et al,** * * | |
| Defendants. * * | |

## NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY PURSUANT TO RULE 45

NOTICE IS HEREBY GIVEN, pursuant to Fed. R. Civ. P. 45 a(4), that Defendant Geovera Specialty Insurance Company intends to serve the attached subpoena commanding production of the documents and things at the time and place specified therein and execution of the attached certificate or sworn testimony as to the authenticity and completeness of the documents and things produced on **Addison and Riley, 10 Texar Drive, Pensacola, AL 35203** on November 6, 2025, or as soon thereafter as service can be effectuated, but not until after service of this Notice on Defendant DNB Investments, LLC.

Respectfully submitted this 6th day of November, 2025.

/s/ *Gabrielle E. Reeves*
CHRISTINA MAY BOLIN (MAYCH6582)
GABRIELLE E. REEVES (REEVG0041)
*Attorneys for Plaintiff GeoVera Specialty Insurance Company*

1

OF COUNSEL:
**CHRISTIAN & SMALL LLP**
1 Timber Way, Ste. 101
Daphne, AL 36527
(251) 432-1600
cmbolin@csattorneys.com
gereeves@csattorneys.com

## CERTIFICATE OF SERVICE

 I hereby certify that on November 6, 2025, I served the foregoing Notice of Intent to Serve Subpoena pursuant to Fed. R. Civ. P. 45 on DNB Investments, LLC via electronic mail in care of its counsel of record as follows:

 Thomas H. Benton, Jr.
 169 Dauphin Street, Suite 301
 Mobile, AL  36602
 Email: tom@benton-law.com

           */s/ Gabrielle E. Reeves*
           COUNSEL

2