STATE OF FLORIDA

COUNTY OF _____

### CERTIFICATION OF AUTHENTICITY OF BUSINESS RECORDS

Before me, _____, the undersigned authority in and for said State and County, personally appeared _____, who, upon first being duly sworn by me, deposed as follows:

My name is _____, I am of sound mind, over the age of eighteen (18) years, of sound mind, and personally acquainted with the facts herein stated:

I am the custodian of the records of **ADDISON RILEY LLC, 10 Texar Drive, Pensacola, FL 32503**. Attached hereto are all documents, information, and materials maintained by **ADDISON RILEY LLC** regarding that real property located at 25829 Argonne Dr., Daphne, AL 36526. The attached records are kept by **ADDISON RILEY LLC** in the regular course of business, and it was the regular course of business of **ADDISON RILEY LLC** for an employee or representative of **ADDISON RILEY LLC** with knowledge of the act, event, opinion, inspection, estimate, evaluation, or occurrence recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, opinion, inspection, estimate, evaluation, or occurrence. The records attached hereto are a complete and accurate reproduction of the original records maintained by **ADDISON RILEY LLC** regarding that real property located at 25829 Argonne Dr., Daphne, AL 36526.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this \_\_\_\_\_ day of _____, 2025.

_____
RECORDS CUSTODIAN,
ADDISON RILEY LLC

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF _____, 2025.

_____
NOTARY PUBLIC

My Commission Expires:_____

[AFFIX NOTARIAL SEAL]