AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:24-cv-000450-WS-B

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: Addison Riley, LLC via USPS Priority-signature required mail with Tracking # 9410 8301 0935 5006 8818 25 on *(date)* 11/10/2025 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2025

*Susan McKinley*
Server's signature

Susan McKinley / Assistant
Printed name and title

101 Suite -1 Timber Way
Daphne AL 36527
Server's address

Additional information regarding attempted service, etc.:

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9410830109355006881825

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:04 am on November 10, 2025 in PENSACOLA, FL 32503. The item was signed for by D JOHNSON.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room
PENSACOLA, FL 32503
November 10, 2025, 11:04 am

### Out for Delivery

PENSACOLA, FL 32503
November 10, 2025, 6:10 am

### Arrived at Hub

PENSACOLA, FL 32503
November 9, 2025, 8:42 am

### Arrived at USPS Facility

PENSACOLA, FL 32503
November 9, 2025, 7:08 am

### Departed USPS Regional Facility

PENSACOLA FL PROCESSING CENTER
November 9, 2025, 6:48 am

### Arrived at USPS Regional Facility

- PENSACOLA FL PROCESSING CENTER
  November 8, 2025, 12:51 am

- Departed USPS Regional Facility
  MOBILE AL DISTRIBUTION CENTER
  November 7, 2025, 10:57 pm

- Arrived at USPS Regional Facility
  MOBILE AL DISTRIBUTION CENTER
  November 7, 2025, 8:33 pm

- Departed Post Office
  ROBERTSDALE, AL 36567
  November 7, 2025, 4:33 pm

- USPS in possession of item
  ROBERTSDALE, AL 36567
  November 7, 2025, 1:34 pm

- Shipping Label Created, USPS Awaiting Item
  DAPHNE, AL 36527
  November 6, 2025, 2:04 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**Proof of Delivery** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs